# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GALVESTON WHARVES<br>Plaintiff(s)<br>v.<br><br>TRELLEBORG AB   et al<br>Defendant(s) | **CASE NUMBER:**<br>CV10 2319 VBF  (RCx)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>*(Use separate proof of service for each person/party served)* |

1 - At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:

a. ☒ summons   ☒ complaint   ☐ alias summons   ☐ first amended complaint
☐ second amended complaint

☒ other *(specify):* NOTICE OF ASSIGNMENT, CIVIL COVER SHEET. CERTIFICATE OF INTERESTED PERSONS, NOTICE OF RELATED CASES & STANDING ORDER

2) Person served:

a. ☒ Defendant *(name):* DONALD L. MURRAY
b. ☒ Other *(specify name and title or relationship to the party/business named):*
   DONALD L. MURRAY
c. ☒ Address where papers were served: 34930 ROYAL TROON CT  DAGSBORO, DE

3. Manner of Service in compliance with *(the appropriate box must be checked):*

a. ☒ Federal Rules of Civil Procedure
b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:

a. ☒ By Personal service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

   1. ☒ Papers were served on *(date):* 4/4/10      at *(time):* 3:45 PM

b. ☐ By **Substituted service.** By leaving copies:

   1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

   2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

   3. ☐ Papers were served on *(date):* _____ at *(time):* _____

   4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

   5. ☐ papers were mailed on (date): _____

   6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

c. [ ] **Mail and acknowledgment** of service. By mailing (bY first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. [ ] **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any otheragent authorized by appointmentorby law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepal d, a copy to the defendant.

e. [ ] **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(byfirst-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. [ ] **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

9. [ ] **Certified or registered mail service.** By mailing to an address outside California *(hyfirst-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. [ ] **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. [ ] by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* _____ at *(time):* _____

   b. [ ] By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c [ ] By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 1 8 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   GRANVILLE MORRIS

   a. Fee for service: $
   b. [X] Not a registered California process server
   c. [ ] Exempt from registration under B&P 22350(b)
   d. [ ] Registered California process server

8. [ ] I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  4/4/10

_____
*SIGNATURE)*

---

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)                                                                                                     PAGF 2

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On April 13, 2010, I caused to be served the following document:

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

By posting these documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 13, 2010, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

PROOF OF SERVICE

# Mailing Information for a Case 2:10-cv-02319-VBF-RC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,rmaniskas@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Kellie Lerner**
  klerner@labaton.com

- **Bernard Persky**
  bpersky@labaton.com,electroniccasefiling@labaton.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Hollis Salzman**
  hsalzman@labaton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gregory S Asciolla
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Eric J Belfi
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
```