# AFFIDAVIT OF SERVICE
# STATE OF MAINE

I, Alan Goodman, do state the following:

I am a Maine licensed, bonded and insured Private Investigator.
I am not a party to the action. I am over the age of 21.

RE: Summons & Complaint and any/all other documents as provided to me

US District Court
Central District of California
No. CV10 2319 VBF (RCx)

Board of Trustees of the Galveston Wharfs: et. al
v
Trelleborg AB; et. al

On Monday, April 5, 2010, I located 16 Roberts Street, Falmouth, Maine. No one responded to my knocking at the door. There were no vehicles registered to William Alan Potts at the address.

On Tuesday, April 6, 2010, I spoke with the current tenant at 16 Roberts Street, Falmouth, Maine. The name William A. Potts was not familiar to him. He stated he had been at the address for a bit less than a year.

On Wednesday, April 7, 2010, I served William Alan Potts, in hand, at 109 Pleasant Hill Road, Freeport, Maine at 7:01AM. Potts is described as a white male, 40-45 years of age, 5', 9" tall, 200 pounds with dark hair. Vehicles previously registered to him at the Roberts Street address were in evidence at the 109 Pleasant Hill Road, Freeport, Maine home. I reviewed the documents with him. He did not offer any knowledge of the file.

3/8/2010                                          3/8/2010
_____                _____
Before me                                          Alan Goodman, LPI

JAMES MOORE
Notary Public, Maine
My Commission Expires September 6, 2013

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On April 22, 2010, I caused to be served the following document:

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

By posting these documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 22, 2010, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

# Mailing Information for a Case 2:10-cv-02319-VBF-RC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,rmaniskas@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Kellie Lerner**
  klerner@labaton.com

- **Bernard Persky**
  bpersky@labaton.com,electroniccasefiling@labaton.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Hollis Salzman**
  hsalzman@labaton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gregory S Asciolla
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Eric J Belfi
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
```