Kevin E. Gaut keg@msk.com (SBN 117352)
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Boulevard
Los Angeles, CA 90064
Tel. 310-312-3179
Fax 310-312-3100
Defendants SII, Inc. f/k/a Seaward International Inc., SHI, Inc. f/k/a Seaward Holdings, Inc., and Frank March

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Board of Trustees of the Galveston Wharves; Board of Commissioners of the Port of New Orleans; and OSG Lightering LLC, et al. Plaintiff(s) | CASE NUMBER CV10-2319 VBF (RCx) |
| v. | |
| Trelleborg AB; Virginia Harbor Services, Inc. d.b.a Seaward; Seward International, Inc., et al. Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Sally Ann Hostetler, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: Defendants SII, Inc. f/k/a Seaward International Inc., SHI, Inc. f/k/a Seaward Holdings, Inc., and Frank March by whom I have been retained.

My business information is:

Odin, Feldman & Pittleman PC
*Firm Name*

9302 Lee Highway, Suite 1100
*Street Address*

Fairfax, VA 22031-1214
*City, State, Zip*

Sally.Hostetler@ofplaw.com
*E-Mail Address*

(703) 218-2114
*Telephone Number*

(703) 218-2160
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| *Title of Court* | *Date of Admission* |
|---|---|
| Supreme Court of Virginia | 10/14/1982 |
| United States District Court for Eastern and Western Districts of Virginia | 1983 |
| United State Court of Appeals for the Fourth Circuit | 1982 |
| United States Bankruptcy Court for the Eastern District of Virginia | 1986 |





I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| *Case Number* | *Title of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:
None

I designate Kevin E. Gaut as local counsel, whose business information is as follows:

Mitchell Silberberg & Knupp LLP
*Firm Name*

11377 W. Olympic Boulevard
*Street Address*

Los Angeles, CA 90064
*City, State, Zip*

keg@msk.com
*E-Mail Address*

(310) 312-3179
*Telephone Number*

(310) 312-3100
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated 4/26/10

Sally Ann Hostetler
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated 4/26/10

Kevin E. Gaut
*Designee's Name (please print)*

*Designee's Signature*

117352
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**



American LegalNet, Inc.
www.FormsWorkFlow.com