1  Lionel Z. Glancy (Bar No. #134180)
   Michael Goldberg (Bar No. #188669)
2  Andy Sohrn (Bar No. #241388
   info@glancylaw.com
3  GLANCY BINKOW & GOLDBERG LLP
4  1801 Ave. of the Stars, Suite 311
   Los Angeles, CA 90067
5  Telephone: (310) 201-9150
   Facsimile: (310) 201-9160
6
   Gregory S. Asciolla
7  gasciolla@labaton.com
   William V. Reiss
8  wreiss@labaton.com
   LABATON SUCHAROW LLP
9  140 Broadway
   New York, NY 10005
10 Telephone: (212) 907-0700
   Facsimile: (212) 818-0477
11
   *Attorneys for Plaintiffs and the Proposed*
12 *Classes*

13              **IN THE UNITED STATES DISTRICT COURT**
14              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15                                              )
16 BOARD OF TRUSTEES OF THE                     )   No. CV10-2319-VB (RCx)
   GALVESTON WHARVES, ET AL.                    )
17                                              )   **PROOF OF SERVICE OF**
18                    Plaintiffs,               )   **SUMMONS AND COMPLAINT**
                                                )   **ON DEFENDANT ROBERT B.**
19      vs.                                     )   **TAYLOR**
20                                              )
   TRELLEBORG AB; ET AL.                        )
21                                              )
22                    Defendants.               )

23
24
25
26
27
28

**PROOF OF SERVICE**

1 | Attached hereto is a Proof of Service confirming service of Summons,
2 | Complaint and supporting documents in the above-captioned case.
3 | Service of said documents was conducted on April 9, 2010 on Defendant
4 | Robert B. Taylor at 107 Katie Lane, Winchester, VA 22602.
5 |
6 | Dated: April 27, 2010                     Respectfully submitted,
7 |
8 |                                           /s/Michael Goldberg
   |                                           Lionel Z. Glancy (Bar No. #134180)
9 |                                           Michael Goldberg (Bar No. #188669)
   |                                           Andy Sohrn (Bar No. #241388)
10 |                                          **GLANCY BINKOW & GOLDBERG**
11 |                                          **LLP**
   |                                          1801 Ave. of the Stars, Suite 311
12 |                                          Los Angeles, CA 90067
13 |                                          Telephone: (310) 201-9150
   |                                          Facsimile: (310) 201-9160
14 |                                          info@glancylaw.com
15 |
16 |                                          Gregory S. Asciolla
   |                                          William V. Reiss
17 |                                          **LABATON SUCHAROW LLP**
   |                                          140 Broadway
18 |                                          New York, NY 10005
19 |                                          Telephone: (212) 907-0700
   |                                          Facsimile: (212) 818-0477
20 |                                          gasciolla@labaton.com
21 |                                          wreiss@labaton.com
22 |
23 |
24 |
25 |
26 |
27 |
28 |

**PROOF OF SERVICE**                                                                   1

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GALVESTON WHARVES; BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS and OSG LIGHTERING LLC on Behalf of Themselves and All Others Similarly Situated,<br>VS<br>ROBERT B. TAYLOR | IN THE U.S. DISTRICT COURT<br><br>FOR: CENTRAL DISTRICT OF CALIFORNIA<br><br>CASE NO: CV10 2319 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RETURN OF PRIVATE PROCESS SERVER

I DECLARE, that I am a citizen of the United States, over the age of eighteen (18) years and not a party to this action and within the boundaries of the State where service was affected. I was authorized by law to perform said service.

I served __Robert B. Taylor__
with the SUMMONS, COMPLAINT AND SUPPORTING DOCUMENTS,

at: __107 KATIE Lane, WINCHESTER, VA 22602__
on __APRIL 9__, __2010__ at __7:45__ P.M.

**MANNER OF SERVICE:**

__x__  By personally delivering copies **to the person**/authorized agent or entity being served.

____  By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.

____  By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 years or older and explaining the general nature of the papers.

____  By posting copies in a conspicuous manner to the address of the person/entity being served.

____  Copies of the documents were mailed prepaid, first-class on _____

**DESCRIPTION:**
Race __W__; Sex __M__; Height __5'9"__; Weight __180__; Age __55+__; Hair __GRAY__
Other Distinguishing Features __Eye Glasses__

**NON-SERVICE:**
I was unable to serve because __Evading; __ Unknown at Address; __ Moved; __ Address Does Not Exist;__
Other _____:

I DECLARE under penalties of perjury that the information contained herein is true and correct, and this affidavit was executed on __APRIL 9, 2010__ (date).

*Sheryl McCann*
**Signature of Server**

__SHERYL McCANN__
**Print**

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On April 27, 2010, I caused to be served the following document:

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT ROBERT B. TAYLOR**

By posting these documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 27, 2010, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

# Mailing Information for a Case 2:10-cv-02319-VBF-RC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin E Gaut**
  keg@msk.com,jda@msk.com

- **Lionel Z Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Kellie Lerner**
  klerner@labaton.com

- **Bernard Persky**
  bpersky@labaton.com,electroniccasefiling@labaton.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Hollis Salzman**
  hsalzman@labaton.com

- **Andy Sohrn**
  asohrn@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gregory S Asciolla
```
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

```
Eric J Belfi
```
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

# SERVICE LIST

## For Plaintiffs

Gregory S Asciolla
Eric Belfi
Kellie Lerner
Bernard Persky
William V. Reiss
Hollis Salzman
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
212-907-0700
212-818-0477 (fax)

## For Defendants

Ronald N. Sarian
ASTOR & PHILLIPS
800 Wilshire Blvd.
15th Floor
Los Angeles CA 90017-2619
Telephone: (213) 680-9212
Facsimile: (213) 891-2910
E-mail: rsarian@astor-phillips.com           *For Andrew Barmakian (Defendant)*

James Weidner
CLIFFORD CHANCE LLP
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
E-mail: james.weidner@cliffordchance.com
                               *For Bridgestone Industrial Products*
                        *America Inc and Bridgestone Corporation (Defendant)*

Bety Javidzad
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4624
Facsimile: (310) 785-4601
E-mail: bjavidzad@hhlaw.com           *For John Deats (Defendant) and*
                                  *Maritime International Inc (Defendant)*

| | | |
|---|---|---|
| 1 | Kevin E. Gaut | |
| 2 | Sally Ann Hostetler<br>MITCHELL SILBERBERG & | |
| 3 | KNUPP LLP<br>11377 W. Olympic Boulevard | |
| 4 | Los Angeles, CA 90064<br>Telephone: (310) 312-3179 | |
| 5 | Facsimile: (310) 231-8379<br>E-mail: keg@msk.com | *For Frank March, Seaward Holdings,* |
| 6 | | *Inc. and Seaward International, Inc.*<br>*(Defendants)* |
| 7 | | |
| 8 | Nathan D. Meyer | |
| 9 | RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor | |
| 10 | Los Angeles, CA 90025<br>Telephone: (310) 826-7474 | |
| 11 | Facsimile: (310) 826-6991<br>E-mail: nmeyer@raklaw.com | *For Marine Fenders International Inc,* |
| 12 | | *Gerald Thermos,, Waterman Supply*<br>*Company, Inc, and Seymour Waterman* |
| 13 | | *(Defendants)* |
| 14 | Jennifer S. Elkayam<br>BLECHER & COLLINS | |
| 15 | 515 South Figueroa Street<br>Suite 1750 | |
| 16 | Los Angeles, CA 90071<br>Telephone: (213) 622-4222 | |
| 17 | Facsimile: (213) 622-1656<br>Email: jelkayam@blechercollins.com | *For Urethane Products Corporation* |
| 18 | | *(Defendant)* |
| 19 | Roxann E. Henry | |
| 20 | HOWREY LLP<br>1299 Pennsylvania Ave NW | |
| 21 | Washington DC 20004<br>Telephone: (202) 383-6503 | |
| 22 | Facsimile: (202) 383-6610<br>E-mail: HenryR@howrey.com | *For Virginia Harbor Services, Inc. (Defendant)* |
| 23 | | |
| 24 | James R. Wade<br>HAYNES & BOONE | |
| 25 | 1615 L Street, NW, Suite 800<br>Washington, DC 20036-5610 | *For Donald Murray (Defendant)* |
| 26 | | |
| 27 | Mail service is made on the last known address or believed-to-be current address of the following defendants: | |
| 28 | William Alan Potts<br>109 Pleasant Hill Road | |

| | |
|---|---|
| Freeport, Maine 04032 | *For William Alan Potts, Defendant* |
| Andrew Barkmakian, Agent of Service<br>Plastic Pilings Inc<br>13241 Harness Drive<br>Rancho Cucamonga, CA 91739 | *Plastic Pilings Inc (Defendant)* |
| Mary Drummond, Agent<br>Corporation Service Co.<br>2711 Centerville Rd.<br>Wilmington, DE 19801 | *For Nextwave Marine LLC (Defendant)* |
| Fendercare Marine Solutions<br>Fisher House<br>P.O. Box 4<br>Barrow-in-Furness<br>Cumbria LA14 1HR<br>United Kingdom | *For Fendercare Marine Solutions (Defendant)* |
| Fentek Marine Systems GmbH<br>Langenstücken 36a. D-22393<br>Hamburg. Germany | *For Fentek Marine Systems GmbH (Defendant)* |
| Trelleborg AB<br>P.O. Box 153<br>231 22 Trelleborg<br>Sweden | *For Trelleborg AB (Defendant)* |
| Tomas Crawaack<br>Diestelstrabe 13<br>22397 Hamburg<br>Germany | *For Tomas Crawaack (Defendant)* |
| James Fisher PLC<br>Fisher House<br>P.O. Box 4<br>Barrow-in-Furness<br>Cumbria LA14 1HR<br>United Kingdom | *For James Fisher PLC (Defendant)* |
| Peter Nilsson<br>c/o Trelleborg AB<br>P.O. Box 153 231 22 Trelleborg<br>Sweden | *For Peter Nilsson (Defendant)* |
| ProMar<br>242 Street of Dreams<br>Martinsburg, WV 251401 | *For ProMar (Defendant)* |

| | | |
|---|---|---|
| 1 | Sumitomo Rubber Industrial, Ltd.<br>3-6-9 Wakihama-cho, | |
| 2 | Chuo-ku<br>651-0072 | |
| 3 | JAPAN | *For Sumitomo Rubber Industrial, Ltd. (Defendant)* |
| 4 | | |
| 5 | Robert B Taylor<br>107 Katie Lane | |
| 6 | Winchester, VA 22602-6664 | *For Robert B. Taylor (Defendant)* |
| 7 | The Yokohama Rubber Company, Ltd.<br>36-11, Shimbashi 5-chome | |
| 8 | Minato-ku, Tokyo<br>105-8685 | |
| 9 | Japan | *For The Yokohama Rubber Company, Ltd. (Defendant)* |