Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
Andy Sohrn (Bar No. #241388
info@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Gregory S. Asciolla
gasciolla@labaton.com
William V. Reiss
wreiss@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Plaintiffs and the Proposed Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GALVESTON WHARVES, ET AL. | No. CV10-2319-VB (RCx) |
| Plaintiffs, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT FRANK A. MARCH** |
| vs. | |
| TRELLEBORG AB; ET AL. | |
| Defendants. | |

**PROOF OF SERVICE**

1  Attached hereto is an Affidavit of Service confirming service of (i)
2 Summons; (ii) Complaint; (iii) Civil Cover Sheet; (iv) Notice of Assignment; (v)
3 Certificate of Interested Persons; (vi) Notice of Related Cases; and (vii) Standing
4 Order in the above-captioned case.
5  Service of said documents was conducted on April 15, 2010 on Defendant
6 Frank A. March at 14601 Burbridge Road Southeast, Cumberland, MD, 21205.
7
8 Dated:  April 27, 2010                                   Respectfully submitted,
9
10                                                                   /s/Michael Goldberg
   Lionel Z. Glancy (Bar No. #134180)
11 Michael Goldberg (Bar No. #188669)
   Andy Sohrn (Bar No. #241388)
12 **GLANCY BINKOW & GOLDBERG LLP**
13 1801 Ave. of the Stars, Suite 311
   Los Angeles, CA 90067
14 Telephone: (310) 201-9150
15 Facsimile: (310) 201-9160
   info@glancylaw.com
16
17
18 Gregory S. Asciolla
   William V. Reiss
19 **LABATON SUCHAROW LLP**
   140 Broadway
20 New York, NY 10005
21 Telephone: (212) 907-0700
   Facsimile: (212) 818-0477
22 gasciolla@labaton.com
23 wreiss@labaton.com
24
25
26
27
28

**PROOF OF SERVICE**                                                                                                    1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE GALVESTON WHARVES;
et. al.,

                                        Plaintiffs,        Case No.
        -against-                                       CV 10-2319

TRELLEBORG AB, et.al.,                             AFFIDAVIT OF
                                                                  SERVICE

                                          Defendants.

STATE OF NEW YORK}
COUNTY OF NEW YORK}ss.:

*CRAIG ROBERTSON* being duly sworn, deposes and says: I am not a party to this action, I am over 18 years of age and reside at Cumberland, MD:

On April 15, 2010 at : 1 p.m. at 14601 Burbridge Road Southeast, Cumberland, MD 21205, I served the within **SUMMONS, COMPLAINT, CIVIL COVER SHEET, NOTICE OF ASSIGNMENT, CERTIFICATE OF INTERESTED PERSONS, NOTICE OF RELATED CASES and STANDING ORDER** on **FRANK A. MARCH** defendant therein named, by delivering a true copy of same to **FRANK A. MARCH**, personally.

The person served is a   *W*  male,   *M*  hair,         years old,         in height,         pounds.

                                                                              _____
                                                                              Sheriff's Name

Sworn to before me this
    day of April 2010.

_____
NOTARY PUBLIC

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On April 27, 2010, I caused to be served the following document:

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT FRANK A. MARCH**

By posting these documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 27, 2010, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

# Mailing Information for a Case 2:10-cv-02319-VBF-RC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin E Gaut**
  keg@msk.com,jda@msk.com

- **Lionel Z Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Kellie Lerner**
  klerner@labaton.com

- **Bernard Persky**
  bpersky@labaton.com,electroniccasefiling@labaton.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Hollis Salzman**
  hsalzman@labaton.com

- **Andy Sohrn**
  asohrn@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gregory S Asciolla
```
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

```
Eric J Belfi
```
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

# SERVICE LIST

## For Plaintiffs

Gregory S Asciolla
Eric Belfi
Kellie Lerner
Bernard Persky
William V. Reiss
Hollis Salzman
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
212-907-0700
212-818-0477 (fax)

## For Defendants

Ronald N. Sarian
ASTOR & PHILLIPS
800 Wilshire Blvd.
15th Floor
Los Angeles CA 90017-2619
Telephone: (213) 680-9212
Facsimile: (213) 891-2910
E-mail: rsarian@astor-phillips.com            *For Andrew Barmakian (Defendant)*

James Weidner
CLIFFORD CHANCE LLP
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
E-mail: james.weidner@cliffordchance.com
                                    *For Bridgestone Industrial Products*
                                    *America Inc and Bridgestone Corporation (Defendant)*

Bety Javidzad
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4624
Facsimile: (310) 785-4601
E-mail: bjavidzad@hhlaw.com            *For John Deats (Defendant) and*
                                       *Maritime International Inc (Defendant)*

| | | |
|---|---|---|
| 1 | Kevin E. Gaut | |
| 2 | Sally Ann Hostetler<br>MITCHELL SILBERBERG & | |
| 3 | KNUPP LLP<br>11377 W. Olympic Boulevard | |
| 4 | Los Angeles, CA 90064<br>Telephone: (310) 312-3179 | |
| 5 | Facsimile: (310) 231-8379<br>E-mail: keg@msk.com | *For Frank March, Seaward Holdings,* |
| 6 | | *Inc. and Seaward International, Inc.*<br>*(Defendants)* |
| 7 | | |
| 8 | Nathan D. Meyer | |
| 9 | RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor | |
| 10 | Los Angeles, CA 90025<br>Telephone: (310) 826-7474 | |
| 11 | Facsimile: (310) 826-6991<br>E-mail: nmeyer@raklaw.com | *For Marine Fenders International Inc,* |
| 12 | | *Gerald Thermos,, Waterman Supply*<br>*Company, Inc, and Seymour Waterman* |
| 13 | | *(Defendants)* |
| 14 | Jennifer S. Elkayam<br>BLECHER & COLLINS | |
| 15 | 515 South Figueroa Street<br>Suite 1750 | |
| 16 | Los Angeles, CA 90071<br>Telephone: (213) 622-4222 | |
| 17 | Facsimile: (213) 622-1656<br>Email: jelkayam@blechercollins.com | *For Urethane Products Corporation* |
| 18 | | *(Defendant)* |
| 19 | Roxann E. Henry<br>HOWREY LLP | |
| 20 | 1299 Pennsylvania Ave NW<br>Washington DC 20004 | |
| 21 | Telephone: (202) 383-6503<br>Facsimile: (202) 383-6610 | |
| 22 | E-mail: HenryR@howrey.com | *For Virginia Harbor Services, Inc. (Defendant)* |
| 23 | James R. Wade | |
| 24 | HAYNES & BOONE<br>1615 L Street, NW, Suite 800 | |
| 25 | Washington, DC 20036-5610 | *For Donald Murray (Defendant)* |
| 26 | | |
| 27 | Mail service is made on the last known address or believed-to-be current address of the following defendants: | |
| 28 | William Alan Potts<br>109 Pleasant Hill Road | |

PROOF OF SERVICE

Page 3

| | | |
|---|---|---|
| 1 | Freeport, Maine 04032 | *For William Alan Potts, Defendant* |
| 2 | Andrew Barkmakian, Agent of Service | |
| 3 | Plastic Pilings Inc<br>13241 Harness Drive | |
| 4 | Rancho Cucamonga, CA 91739 | *Plastic Pilings Inc (Defendant)* |
| 5 | Mary Drummond, Agent<br>Corporation Service Co. | |
| 6 | 2711 Centerville Rd.<br>Wilmington, DE 19801 | *For Nextwave Marine LLC (Defendant)* |
| 7 | Fendercare Marine Solutions | |
| 8 | Fisher House<br>P.O. Box 4 | |
| 9 | Barrow-in-Furness<br>Cumbria LA14 1HR | |
| 10 | United Kingdom | *For Fendercare Marine Solutions (Defendant)* |
| 11 | | |
| 12 | Fentek Marine Systems GmbH<br>Langenstücken 36a. D-22393 | |
| 13 | Hamburg. Germany | *For Fentek Marine Systems GmbH (Defendant)* |
| 14 | Trelleborg AB<br>P.O. Box 153 | |
| 15 | 231 22 Trelleborg<br>Sweden | *For Trelleborg AB (Defendant)* |
| 16 | | |
| 17 | Tomas Crawaack<br>Diestelstrabe 13 | |
| | 22397 Hamburg | |
| 18 | Germany | *For Tomas Crawaack (Defendant)* |
| 19 | James Fisher PLC | |
| 20 | Fisher House<br>P.O. Box 4 | |
| 21 | Barrow-in-Furness<br>Cumbria LA14 1HR | |
| 22 | United Kingdom | *For James Fisher PLC (Defendant)* |
| 23 | Peter Nilsson<br>c/o Trelleborg AB | |
| 24 | P.O. Box 153 231 22 Trelleborg<br>Sweden | *For Peter Nilsson (Defendant)* |
| 25 | | |
| 26 | ProMar<br>242 Street of Dreams | |
| 27 | Martinsburg, WV 251401 | *For ProMar (Defendant)* |
| 28 | | |

PROOF OF SERVICE

Page 4

| | | |
|---|---|---|
| 1 | Sumitomo Rubber Industrial, Ltd.<br>3-6-9 Wakihama-cho, | |
| 2 | Chuo-ku<br>651-0072 | |
| 3 | JAPAN | *For Sumitomo Rubber Industrial, Ltd.*<br>*(Defendant)* |
| 4 | | |
| 5 | Robert B Taylor<br>107 Katie Lane | |
| 6 | Winchester, VA 22602-6664 | *For Robert B. Taylor (Defendant)* |
| 7 | The Yokohama Rubber Company, Ltd.<br>36-11, Shimbashi 5-chome | |
| 8 | Minato-ku, Tokyo<br>105-8685 | |
| 9 | Japan | *For The Yokohama Rubber Company,*<br>*Ltd. (Defendant)* |

(Lines 10–28 blank)

PROOF OF SERVICE