Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
Andy Sohrn (Bar No. #241388
info@glancylaw.com
GLANCY BINKOW & GOLDBERG
LLP
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Gregory S. Asciolla
gasciolla@labaton.com
William V. Reiss
wreiss@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Plaintiffs and the Proposed Classes*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GALVESTON WHARVES, ET AL. ) ) ) | No. CV10-02319-GW (FFMx) |
| Plaintiffs, ) ) ) | **WAIVER OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT BRIDGESTONE CORPORATION** |
| vs. ) ) ) | |
| TRELLEBORG AB; ET AL. ) ) | |
| Defendants. ) | |

1    Attached hereto is an executed Waiver of Service of Summons by James

2   Weidner, attorney for Defendant Bridgestone Corporation.  Said Waiver was

3   executed on May 3, 2010.

4

5

6   Dated:  May 4, 2010                    Respectfully submitted,

7

8                                          */s/Michael Goldberg*
                                           Lionel Z. Glancy (Bar No. #134180)
9                                          Michael Goldberg (Bar No. #188669)
                                           Andy Sohrn (Bar No. #241388)
10                                          **GLANCY BINKOW & GOLDBERG**
                                           **LLP**
11                                          1801 Ave. of the Stars, Suite 311
12                                          Los Angeles, CA 90067
                                           Telephone: (310) 201-9150
13                                          Facsimile: (310) 201-9160
14                                          info@glancylaw.com

15                                          Gregory S. Asciolla
16                                          William V. Reiss
17                                          **LABATON SUCHAROW LLP**
                                           140 Broadway
18                                          New York, NY 10005
19                                          Telephone: (212) 907-0700
                                           Facsimile: (212) 818-0477
20                                          gasciolla@labaton.com
21                                          wreiss@labaton.com

22                                          *Attorneys for Plaintiffs and the Class*

23

24

25

26

27

28

Lionel Z. Glancy (Bar No. 134180)
Glancy Binkow & Goldberg LLP
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone (310) 201-9150

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GALVESTON WHARVES; BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS and OSG LIGHTERING LLC on Behalf of Themselves and all Others Similarly Situated <br><br> PLAINTIFF(S) | CASE NUMBER <br><br> 10-cv-02319 |
| v. <br> TRELLEBORG AB; [See attachment to Waiver of Service of Summons for additional defendants]. <br><br> DEFENDANT(S). | **WAIVER OF SERVICE OF SUMMONS** |

To: Lionel Z. Glancy,
*(Name of Plaintiff's Attorney or Unrepresented Plaintiff)*

I hereby acknowledge receipt of your request that I waive service of a summons in the above-entitled action. I have also received a copy of the complaint in the action, two copies of this waiver form, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served within 60 days after* _____ April 26, 2010 _____, or within 90 days after that date if the request was sent outside the United States.

*Date Notice of Lawsuit and Request for Waiver of Service Summons is sent.

May 3, 2010
*Date Signed by Receiving Party*

JAMES R. WEIDNER
*Name*

31 WEST 52d ST. 4TH floor
*Street Address*

NYC, NY 10019
*City, State, Zip Code*

*Signature*

212-878-8215 / 212 878 8375
*Telephone Number and Fax Number*

COUNSEL
*Relationship to Entity on Whose Behalf I am Acting*

BRIDGESTONE CORPORATION
*Name of Party Waiving Service*

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of summons was received.

CV-108 (06/98)              **WAIVER OF SERVICE OF SUMMONS**

ATTACHMENT TO WAIVER OF SERVICE OF SUMMONS
Defendants [Continued]

1

2

3   VIRGINIA HARBOR SERVICES, INC. D/B/A SEAWARD

4   SEAWARD INTERNATIONAL INC.

5   SEAWARD HOLDINGS, INC.

6   FENTEK MARINE SYSTEMS GMBH

7   URETHANE PRODUCTS CORPORATION

8   MARINE FENDERS INTERNATIONAL, INC.

9   WATERMAN SUPPLY COMPANY, INC.

10   NEXTWAVE MARINE LLC

11   PLASTIC PILINGS, INC.

12   MARITIME INTERNATIONAL, INC.

13   FRANK MARCH

14   ROBERT B. TAYLOR

15   DONALD MURRAY

16   PETER NILSSON

17   WILLIAM ALAN POTTS

18   GERALD THERMOS

19   SEYMOUR WATERMAN

20   ANDREW BARMAKIAN

21   JOHN DEATS

22   TOMAS CRAWAACK

23   PROMAR (A.K.A PROMAR LLC OR PROMAR CORP.)

24   FENDERCARE MARINE SOLUTIONS

25   JAMES FISHER PLC

26   THE YOKOHAMA RUBBER COMPANY, LTD.

27   BRIDGESTONE CORPORATION

28   BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.

1   SUMITOMO RUBBER INDUSTRIES, LTD.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Mailing Information for a Case 2:10-cv-02319-GW-FFM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J Belfi**
  ebelfi@labaton.com

- **Kevin E Gaut**
  keg@msk.com,Sally.Hostetler@ofplaw.com,jda@msk.com

- **Lionel Z Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Sally Ann Hostetler**
  sally.hostetler@ofplaw.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Kellie Lerner**
  klerner@labaton.com

- **Bernard Persky**
  bpersky@labaton.com,electroniccasefiling@labaton.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Hollis Salzman**
  hsalzman@labaton.com

- **Andy Sohrn**
  asohrn@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gregory S Asciolla
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
```

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court.  I am over the age of 18 and not a party to the within action.  My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On May 4, 2010, I caused to be served the following document:

**WAIVER OF SERVICE OF SUMMONS**

By posting these documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And  by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 4, 2010, at Los Angeles, California.

_s/ **Michael Goldberg**_
Michael Goldberg

1

## SERVICE LIST

2

### For Plaintiffs

3  Gregory S Asciolla
   Eric Belfi
4  Kellie Lerner
   Bernard Persky
5  William V. Reiss
   Hollis Salzman
6  Labaton Sucharow LLP
7  140 Broadway
   New York, NY 10005
8  212-907-0700
   212-818-0477 (fax)

9

### For Defendants

10
   Ronald N. Sarian
11 ASTOR & PHILLIPS
   800 Wilshire Blvd.
12 15th Floor
   Los Angeles CA 90017-2619
13 Telephone: (213) 680-9212
   Facsimile: (213) 891-2910
14 E-mail: rsarian@astor-phillips.com          *For Andrew Barmakian (Defendant)*

15

16 James Weidner
   CLIFFORD CHANCE LLP
17 31 West 52nd Street
   New York, NY 10019-6131
18 Telephone: (212) 878-8000
   Facsimile: (212) 878-8375
19 E-mail: james.weidner@cliffordchance.com
                                           *For Bridgestone Industrial Products*
20                           *America Inc and Bridgestone Corporation (Defendant)*

21 Bety Javidzad
   HOGAN LOVELLS US LLP
22 1999 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
23 Telephone: (310) 785-4624
   Facsimile: (310) 785-4601
24 E-mail: bety.javidzad@hoganlovells.com    *For John Deats (Defendant) and*
                                      *Maritime International Inc (Defendant)*
25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kevin E. Gaut
Sally Ann Hostetler
MITCHELL SILBERBERG &
KNUPP LLP
11377 W. Olympic Boulevard
Los Angeles, CA 90064
Telephone: (310) 312-3179
Facsimile: (310) 231-8379
E-mail: keg@msk.com

*For Frank March, Seaward Holdings, Inc.
and Seaward International, Inc. (Defendants)*

Nathan D. Meyer
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
E-mail: nmeyer@raklaw.com

*For Marine Fenders International Inc,
Gerald Thermos,, Waterman Supply
Company, Inc, and Seymour Waterman
(Defendants)*

Jennifer S. Elkayam
BLECHER & COLLINS
515 South Figueroa Street
Suite 1750
Los Angeles, CA 90071
Telephone: (213) 622-4222
Facsimile: (213) 622-1656
Email: jelkayam@blechercollins.com

*For Urethane Products Corporation
(Defendant)*

Roxann E. Henry
HOWREY LLP
1299 Pennsylvania Ave NW
Washington DC 20004
Telephone: (202) 383-6503
Facsimile: (202) 383-6610
E-mail: HenryR@howrey.com

*For Virginia Harbor Services, Inc. (Defendant)*

James R. Wade
HAYNES & BOONE
1615 L Street, NW, Suite 800
Washington, DC 20036-5610

*For Donald Murray (Defendant)*

Jeffrey L. Richardson
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 312-3769
Facsimile: (310) 231-8370
E-Mail: jlr@msk.com                    *For William Alan Potts (Defendant)*

Phillip C. Zane
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Lincoln Square
555 Eleventh Street, N.W.
6th Floor
Washington, DC  20004
Telephone:  202.508.3490
Facsimile:  202.220.2290
E-mail:  pzane@bakerdonelson.com       *For Robert B. Taylor (Defendant)*

        Mail service is made on the last known address or believed-to-be current
address of the following defendants:

Andrew Barkmakian, Agent of Service
Plastic Pilings Inc
13241 Harness Drive
Rancho Cucamonga, CA 91739              *Plastic Pilings Inc (Defendant)*

Mary Drummond, Agent
Corporation Service Co.
2711 Centerville Rd.
Wilmington, DE 19801                    *For Nextwave Marine LLC (Defendant)*

Fendercare Marine Solutions
Fisher House
P.O. Box 4
Barrow-in-Furness
Cumbria LA14 1HR
United Kingdom                         *For Fendercare Marine Solutions (Defendant)*

Fentek Marine Systems GmbH
Langenstücken 36a. D-22393
Hamburg. Germany                       *For Fentek Marine Systems GmbH (Defendant)*

Trelleborg AB
P.O. Box 153
231 22 Trelleborg
Sweden                                 *For Trelleborg AB (Defendant)*

Tomas Crawaack
Diestelstrabe 13
22397 Hamburg
Germany                                *For Tomas Crawaack (Defendant)*

PROOF OF SERVICE

Page 4

1

2   James Fisher PLC
    Fisher House
3   P.O. Box 4
    Barrow-in-Furness
4   Cumbria LA14 1HR
    United Kingdom                    *For James Fisher PLC (Defendant)*

5
    Peter Nilsson
6   c/o Trelleborg AB
    P.O. Box 153 231 22 Trelleborg
7   Sweden                            *For Peter Nilsson (Defendant)*

8   ProMar
    242 Street of Dreams
9   Martinsburg, WV 251401            *For ProMar (Defendant)*

10  Sumitomo Rubber Industrial, Ltd.
    3-6-9 Wakihama-cho,
11  Chuo-ku
    651-0072
12  JAPAN                             *For Sumitomo Rubber Industrial, Ltd.*
                                      *(Defendant)*
13

14  The Yokohama Rubber Company, Ltd.
    36-11, Shimbashi 5-chome
15  Minato-ku, Tokyo
    105-8685
16  Japan                             *For The Yokohama Rubber Company,*
                                       *Ltd. (Defendant)*
17

18

19

20

21

22

23

24

25

26

27

28

---

PROOF OF SERVICE