1 | Lionel Z. Glancy (Bar No. #134180)
2 | Michael Goldberg (Bar No. #188669)
  | Andy Sohrn (Bar No. #241388
3 | info@glancylaw.com
  | GLANCY BINKOW & GOLDBERG LLP
4 | 1801 Ave. of the Stars, Suite 311
  | Los Angeles, CA 90067
5 | Telephone: (310) 201-9150
  | Facsimile: (310) 201-9160
6 |
7 | Gregory S. Asciolla
  | gasciolla@labaton.com
8 | William V. Reiss
  | wreiss@labaton.com
9 | LABATON SUCHAROW LLP
  | 140 Broadway
10 | New York, NY 10005
   | Telephone: (212) 907-0700
11 | Facsimile: (212) 818-0477

*Attorneys for Plaintiffs and the Proposed Classes*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| BOARD OF TRUSTEES OF THE GALVESTON WHARVES, ET AL., | ) ) ) | No. CV10-2319-GW (FFMx) |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT PROMAR** |
| TRELLEBORG AB; ET AL., | ) ) ) | |
| Defendants. | ) ) | |

**PROOF OF SERVICE**

1  Attached hereto is an Affidavit of Service confirming service of
2  (i) Summons; (ii) Complaint; and (iii) supporting documents in the above-
3  captioned case.
4  Service of said documents was conducted on April 29, 2010 on Defendant
5  PROMAR through its agent, Robert B. Taylor, at 107 Katie Lane, Winchester, VA
6  22602.

7
8  Dated:  May 13, 2010                              Respectfully submitted,
9
10                                                       /s/Michael Goldberg
                                                     Lionel Z. Glancy (Bar No. #134180)
11                                                   Michael Goldberg (Bar No. #188669)
                                                     Andy Sohrn (Bar No. #241388)
12                                                   **GLANCY BINKOW & GOLDBERG**
13                                                   **LLP**
                                                     1801 Ave. of the Stars, Suite 311
14                                                   Los Angeles, CA 90067
15                                                   Telephone: (310) 201-9150
                                                     Facsimile: (310) 201-9160
16                                                   info@glancylaw.com
17
                                                     Gregory S. Asciolla
18                                                   William V. Reiss
19                                                   **LABATON SUCHAROW LLP**
                                                     140 Broadway
20                                                   New York, NY 10005
21                                                   Telephone: (212) 907-0700
                                                     Facsimile: (212) 818-0477
22                                                   gasciolla@labaton.com
23                                                   wreiss@labaton.com
24
25
26
27
28

**PROOF OF SERVICE**                                                              1

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GALVESTON WHARVES; BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS and OSG LIGHTERING LLC on Behalf of Themselves and All Others Similarly Situated,<br>    PLANTIFF<br>      VS | IN THE U.S. DISTRICT COURT<br><br>FOR: CENTRAL DISTRICT OF CALIFORNIA |
| ROBERT B. TAYLOR<br>    DEFENDANT | CASE NO: CV10 2319 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RETURN OF PRIVATE PROCESS SERVER

    **I DECLARE**, that I am a citizen of the United States, over the age of eighteen (18) years and not a party to this action and within the boundaries of the State where service was affected. I was authorized by law to perform said service.

**I served** _Robert B. Taylor, Agent for/ProMar Corp._ ProMar a/k/a ProMar LLC or with the SUMMONS, COMPLAINT, AND SUPPORTING DOCUMENTS.

at: _107 KATIE LANE, WINCHESTER, VA 22602_
on _APRIL 29_, _2010_ at _8:58_ P.M.

**MANNER OF SERVICE:**

    __X__    By personally delivering copies **to the person**/authorized agent or entity being served.

    _____    By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.

    _____    By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 years or older and explaining the general nature of the papers.

    _____    By posting copies in a conspicuous manner to the address of the person/entity being served.

    _____    Copies of the documents were mailed prepaid, first-class on _____

**DESCRIPTION:**
Race _W_; Sex _M_; Height _5'9"_; Weight _180_; Age _55+_; Hair _GRAY NO GLASSES._

**NON-SERVICE:**
I was unable to serve because __Evading; __ Unknown at Address; __ Moved; __ Address Does Not Exist; __Other _____

    **I DECLARE** under penalties of perjury that the information contained herein is true and correct, and this affidavit was executed on _APRIL 29, 2010_ (date).

AMANDA M. KEYER
Notary Public-Maryland
Baltimore County
My Commission Expires
December 16, 2013

_Amanda M Keyer_

Signature of Server
**Sheryl McCann**
Print

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On May 13, 2010, I caused to be served the following document:

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT PROMAR**

By posting these documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 13, 2010, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

# Mailing Information for a Case 2:10-cv-02319-GW-FFM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J Belfi**
  ebelfi@labaton.com

- **Kevin E Gaut**
  keg@msk.com,Sally.Hostetler@ofplaw.com,jda@msk.com

- **Lionel Z Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Sally Ann Hostetler**
  sally.hostetler@ofplaw.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Kellie Lerner**
  klerner@labaton.com

- **Bernard Persky**
  bpersky@labaton.com,electroniccasefiling@labaton.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Hollis Salzman**
  hsalzman@labaton.com

- **Andy Sohrn**
  asohrn@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gregory S Asciolla
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
```

# SERVICE LIST

## For Plaintiffs

Gregory S Asciolla
Eric Belfi
Kellie Lerner
Bernard Persky
William V. Reiss
Hollis Salzman
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
212-907-0700
212-818-0477 (fax)

## For Defendants

Ronald N. Sarian
ASTOR & PHILLIPS
800 Wilshire Blvd.
15th Floor
Los Angeles CA 90017-2619
Telephone: (213) 680-9212
Facsimile: (213) 891-2910
E-mail: rsarian@astor-phillips.com          *For Andrew Barmakian (Defendant)*

James Weidner
CLIFFORD CHANCE LLP
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
E-mail: james.weidner@cliffordchance.com
                    *For Bridgestone Industrial Products America Inc and Bridgestone Corporation (Defendant)*

Bety Javidzad
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4624
Facsimile: (310) 785-4601
E-mail: bety.javidzad@hoganlovells.com     *For John Deats (Defendant) and Maritime International Inc (Defendant)*

Kevin E. Gaut
Sally Ann Hostetler
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Boulevard
Los Angeles, CA 90064
Telephone: (310) 312-3179
Facsimile: (310) 231-8379
E-mail: keg@msk.com

*For Frank March, Seaward Holdings, Inc. and Seaward International, Inc. (Defendants)*

Nathan D. Meyer
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
E-mail: nmeyer@raklaw.com

*For Marine Fenders International Inc, Gerald Thermos,, Waterman Supply Company, Inc, and Seymour Waterman (Defendants)*

Jennifer S. Elkayam
BLECHER & COLLINS
515 South Figueroa Street
Suite 1750
Los Angeles, CA 90071
Telephone: (213) 622-4222
Facsimile: (213) 622-1656
Email: jelkayam@blechercollins.com

*For Urethane Products Corporation (Defendant)*

Roxann E. Henry
HOWREY LLP
1299 Pennsylvania Ave NW
Washington DC 20004
Telephone: (202) 383-6503
Facsimile: (202) 383-6610
E-mail: HenryR@howrey.com

*For Virginia Harbor Services, Inc. (Defendant)*

James R. Wade
HAYNES & BOONE
1615 L Street, NW, Suite 800
Washington, DC 20036-5610

*For Donald Murray (Defendant)*

| | | |
|---|---|---|
| 1 | Jeffrey L. Richardson<br>MITCHELL SILBERBERG & KNUPP LLP | |
| 2 | 11377 West Olympic Blvd.<br>Los Angeles, CA 90064 | |
| 3 | Telephone: (310) 312-3769<br>Facsimile: (310) 231-8370 | |
| 4 | E-Mail: jlr@msk.com | *For William Alan Potts (Defendant)* |
| 5 | Phillip C. Zane | |
| 6 | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>Lincoln Square | |
| 7 | 555 Eleventh Street, N.W.<br>6th Floor | |
| 8 | Washington, DC 20004<br>Telephone: 202.508.3490 | |
| 9 | Facsimile: 202.220.2290<br>E-mail: pzane@bakerdonelson.com | *For Robert B. Taylor (Defendant)* |
| 10 | | |
| 11 | Mail service is made on the last known address or believed-to-be current address of the following defendants: | |
| 12 | | |
| 13 | Andrew Barkmakian, Agent of Service<br>Plastic Pilings Inc | |
| 14 | 13241 Harness Drive<br>Rancho Cucamonga, CA 91739 | *Plastic Pilings Inc (Defendant)* |
| 15 | Mary Drummond, Agent | |
| 16 | Corporation Service Co.<br>2711 Centerville Rd. | |
| 17 | Wilmington, DE 19801 | *For Nextwave Marine LLC (Defendant)* |
| 18 | Fendercare Marine Solutions<br>Fisher House | |
| 19 | P.O. Box 4<br>Barrow-in-Furness | |
| 20 | Cumbria LA14 1HR | |
| 21 | United Kingdom | *For Fendercare Marine Solutions (Defendant)* |
| 22 | | |
| 23 | Fentek Marine Systems GmbH<br>Langenstücken 36a. D-22393 | |
| | Hamburg. Germany | *For Fentek Marine Systems GmbH (Defendant)* |
| 24 | Trelleborg AB | |
| 25 | P.O. Box 153<br>231 22 Trelleborg | |
| 26 | Sweden | *For Trelleborg AB (Defendant)* |
| 27 | Tomas Crawaack<br>Diestelstrabe 13 | |
| 28 | 22397 Hamburg<br>Germany | *For Tomas Crawaack (Defendant)* |

| | | |
|---|---|---|
| 1 | | |
| 2 | James Fisher PLC<br>Fisher House | |
| 3 | P.O. Box 4<br>Barrow-in-Furness | |
| 4 | Cumbria LA14 1HR<br>United Kingdom | *For James Fisher PLC (Defendant)* |
| 5 | Peter Nilsson | |
| 6 | c/o Trelleborg AB<br>P.O. Box 153 231 22 Trelleborg | |
| 7 | Sweden | *For Peter Nilsson (Defendant)* |
| 8 | ProMar<br>242 Street of Dreams | |
| 9 | Martinsburg, WV 251401 | *For ProMar (Defendant)* |
| 10 | Sumitomo Rubber Industrial, Ltd.<br>3-6-9 Wakihama-cho, | |
| 11 | Chuo-ku<br>651-0072 | |
| 12 | JAPAN | *For Sumitomo Rubber Industrial, Ltd.*<br>*(Defendant)* |
| 13 | | |
| 14 | The Yokohama Rubber Company, Ltd.<br>36-11, Shimbashi 5-chome | |
| 15 | Minato-ku, Tokyo<br>105-8685 | |
| 16 | Japan | *For The Yokohama Rubber Company,*<br> *Ltd. (Defendant)* |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |