LIONEL Z. GLANCY #134180
PETER A. BINKOW   #173848
MICHAEL GOLDBERG #188669
E-mail: info@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160

Gregory S. Asciolla (pro hac vice)
E-mail: gasciolla@labaton.com
William V. Reiss (pro hac vice)
E-mail:      wreiss@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone:  (212) 907-0700
Facsimile:   (212) 818-0477

*Attorneys for Plaintiff and the Proposed Classes*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE GALVESTON WHARVES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TRELLEBORG AB, et al.<br><br>Defendants. | Case No. CV10-2319-GW (FFMx)<br><br>CLASS ACTION<br><br>AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT JAMES FISHER PLC |
|---|---|

Attached hereto is an Affidavit of Service confirming service of (i) Summons; (ii) Complaint; and (iii) supporting documents in the above-captioned case. Service of said documents was effected on May 13, 2010 at 11:15 a.m. on Defendant James Fisher PLC at Fisher House, Michaelson Road, Barrow-in-Furness, LA 14 HR, England.

1     A copy of this Affidavit has been sent to all parties on the attached service
2 list and by the means of service indicated thereon.
3 Dated: June 2, 2010                 Respectfully submitted,

          */s/Michael Goldberg*
          Lionel Z. Glancy (Bar No. #134180)
          Michael Goldberg (Bar No. #188669)
          Andy Sohrn (Bar No. #241388)
          GLANCY BINKOW & GOLDBERG LLP
          1801 Ave. of the Stars, Suite 311
          Los Angeles, CA 90067
          Telephone: (310) 201-9150
          Facsimile: (310) 201-9160
          E-mail: info@glancylaw.com

          Gregory S. Asciolla
          William V. Reiss
          LABATON SUCHAROW LLP
          140 Broadway
          New York, NY 10005
          Telephone: (212) 907-0700
          Facsimile: (212) 818-0477
          E-mail: gasciolla@labaton.com
          E-mail: wreiss@labaton.com

*Attorneys for Plaintiffs and the Proposed Class*

# EXHIBIT A

Board of Trustees of the Galveston Wharves, et al., Plaintiff(s)
vs.
Trelleborg AB, et. al., Defendant(s)

APS International, Ltd.
1-800-328-7171

CivilActionGroup.com

APS File: 256876-9

## AFFIDAVIT OF SERVICE ON A CORPORATION

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--James Fisher PLC
Court Case No. CV10 2319 VBF (RCx)

**Law Firm Requesting Service:**
LABATON & SUCHAROW
Ms. Anne Christensen
140 Broadway
New York, NY 10005

**Name of Server:** Christopher Hugh Rebanks, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 13-May-2010 11:15 am

**Place of Service:** Fisher House, Michaelson Road, Barrow-in-Furness LA14 1HR, England

**Documents Served:** the undersigned served the documents described as:
Summary of the Document to be Served, Summons, Civil Cover Sheet, Civil Cover Sheet Attachment, Class Action Complaint, Notice of Related Cases Pursuant to Local Rule 83-1.3.1, Notice of Assignment to United States Magistrate Judge for Discovery, Certification and Notice of Interested Parties (Local Rule 7.1-1), Standing Order

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
James Fisher PLC
By delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is
Richard Watson, Legal Advisor

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color _____ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

C. H. Rebanks
Signature of Server

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

At Penrith, Cumbria, England:
Subscribed and sworn to before me this
21st day of May , 2010
Jonathan M. Richardson
Notary Public          (Commission Expires)
by Christopher H. Rebanks
known to me personally.

2042

J.M. RICHARDSON N.P.
1 ST. ANDREW'S PL., PENRITH CA11
COMMISSION EXP. WITH LIFE.

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On June 2, 2010, I caused to be served the following document:

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT JAMES FISHER PLC;**

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT FENDERCARE MARINE SOLUTIONS LIMITED**

By posting these documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 2, 2010, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

# SERVICE LIST

## For Plaintiffs

Gregory S Asciolla
Eric Belfi
Kellie Lerner
Bernard Persky
William V. Reiss
Hollis Salzman
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
212-907-0700
212-818-0477 (fax)             *For Board of Trustees of the Galveston Wharves Board of Commissioners of the Port of New Orleans and OSG Lightering LLC*

Andrew A Esbenshade
Caldwell Leslie & Proctor PC
1000 Wilshire Boulevard Suite 600
Los Angeles, CA 90017-2463
213-629-9040
213-629-9022 (fax)
esbenshade@caldwell-leslie.com             *For RDA Construction Corp.*

Todd S Heyman
Charles E Tompkins
Shapiro Haber & Urmy
53 State Street
Boston, MA 02109
617-439-3939
617-439-0134 (fax)
theyman@shulaw.com             *For RDA Construction Corp.*

Paul Holtzman
Krokidas & Bluestein LLP
600 Atlantic Avenue 19th Floor
Boston, MA 02210
617-482-7211
617-482-7212 (fax)
pholtzman@kb-law.com             *For RDA Construction Corp.*

## For Defendants

Ronald N. Sarian
ASTOR & PHILLIPS
800 Wilshire Blvd.
15th Floor
Los Angeles CA 90017-2619
Telephone: (213) 680-9212
Facsimile: (213) 891-2910
E-mail: rsarian@astor-phillips.com             *For Andrew Barmakian (Defendant)*

| | |
|---|---|
| 1 | James Weidner |
| 2 | Todd A. Spiegelman |
|   | Alejandra De Urioste |
| 3 | James D. Miller |
|   | CLIFFORD CHANCE LLP |
| 4 | 31 West 52nd Street |
|   | New York, NY 10019-6131 |
| 5 | Telephone: (212) 878-8000 |
|   | Facsimile: (212) 878-8375 |
| 6 | E-mail: james.weidner@cliffordchance.com |

*For Bridgestone Industrial Products America Inc and Bridgestone Corporation (Defendant)*

Bety Javidzad
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4624
Facsimile: (310) 785-4601
E-mail: bety.javidzad@hoganlovells.com

*For John Deats (Defendant) and Maritime International Inc (Defendant)*

Kevin E. Gaut
Sally Ann Hostetler
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Boulevard
Los Angeles, CA 90064
Telephone: (310) 312-3179
Facsimile: (310) 231-8379
E-mail: keg@msk.com

*For Frank March, Seaward Holdings, Inc. and Seaward International, Inc. (Defendants)*

Nathan D. Meyer
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
E-mail: nmeyer@raklaw.com

*For Marine Fenders International Inc, Gerald Thermos,, Waterman Supply Company, Inc, and Seymour Waterman (Defendants)*

Jennifer S. Elkayam
BLECHER & COLLINS
515 South Figueroa Street
Suite 1750
Los Angeles, CA 90071
Telephone: (213) 622-4222
Facsimile: (213) 622-1656
Email: jelkayam@blechercollins.com

*For Urethane Products Corporation (Defendant)*

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | | |
| 2 | Roxann E. Henry<br>HOWREY LLP | |
| 3 | 1299 Pennsylvania Ave NW<br>Washington DC 20004 | |
| 4 | Telephone: (202) 383-6503<br>Facsimile: (202) 383-6610 | |
| 5 | E-mail: HenryR@howrey.com | *For Virginia Harbor Services, Inc. (Defendant)* |
| 6 | James R. Wade<br>HAYNES & BOONE | |
| 7 | 1615 L Street, NW, Suite 800<br>Washington, DC 20036-5610 | *For Donald Murray (Defendant)* |
| 8 | | |
| 9 | Jeffrey L. Richardson<br>MITCHELL SILBERBERG & KNUPP LLP | |
| 10 | 11377 West Olympic Blvd.<br>Los Angeles, CA 90064 | |
| 11 | Telephone: (310) 312-3769<br>Facsimile: (310) 231-8370 | |
| 12 | E-Mail: jlr@msk.com | |
| 13 | Nina Ginsberg<br>Ben DiMuro | |
| 14 | DiMUROGINSBURG, PC<br>908 King Street, Suite 200 | |
| 15 | Alexandria, VA 22314<br>Telephone: (703) 684-4333 | |
| 16 | Facsimile: (703) 548-3181<br>E-Mail: nginsberg@dimuro.com | |
| 17 | Bdimuro@dimuro.com | *For William Alan Potts (Defendant)* |
| 18 | Phillip C. Zane | |
| 19 | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>Lincoln Square | |
| 20 | 555 Eleventh Street, N.W.<br>6th Floor | |
| 21 | Washington, DC 20004<br>Telephone: 202.508.3490 | |
| 22 | Facsimile: 202.220.2290<br>E-mail: pzane@bakerdonelson.com | *For Robert B. Taylor (Defendant)* |
| 23 | | |
| 24 | Mail service is made on the last known address or believed-to-be current address of the following defendants: | |
| 25 | | |
| 26 | Andrew Barkmakian, Agent of Service<br>Plastic Pilings Inc | |
| 27 | 13241 Harness Drive<br>Rancho Cucamonga, CA 91739 | *Plastic Pilings Inc (Defendant)* |
| 28 | | |

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | Robert B. Taylor, Agent for Nextwave Marine LLC | |
| 2 | 107 Katie Lane<br>Winchester, VA 22602 | *For Nextwave Marine LLC (Defendant)* |
| 3 | Fendercare Marine Solutions | |
| 4 | Fisher House<br>P.O. Box 4 | |
| 5 | Barrow-in-Furness<br>Cumbria LA14 1HR | |
| 6 | United Kingdom | *For Fendercare Marine Solutions (Defendant)* |
| 7 | | |
| 8 | Fentek Marine Systems GmbH<br>Langenstücken 36a. D-22393<br>Hamburg. Germany | *For Fentek Marine Systems GmbH (Defendant)* |
| 9 | | |
| 10 | Trelleborg AB<br>P.O. Box 153 | |
| 11 | 231 22 Trelleborg<br>Sweden | *For Trelleborg AB (Defendant)* |
| 12 | Tomas Crawaack | |
| 13 | Diestelstrabe 13<br>22397 Hamburg | |
| 14 | Germany | *For Tomas Crawaack (Defendant)* |
| 15 | James Fisher PLC<br>Fisher House | |
| 16 | P.O. Box 4<br>Barrow-in-Furness | |
| 17 | Cumbria LA14 1HR<br>United Kingdom | *For James Fisher PLC (Defendant)* |
| 18 | | |
| 19 | Peter Nilsson<br>c/o Trelleborg AB | |
| 20 | P.O. Box 153 231 22 Trelleborg<br>Sweden | *For Peter Nilsson (Defendant)* |
| 21 | Robert B. Taylor, Agent for Promar Corp. | |
| 22 | 107 Katie Lane<br>Winchester, VA 22602 | *For ProMar (Defendant)* |
| 23 | Sumitomo Rubber Industrial, Ltd. | |
| 24 | 3-6-9 Wakihama-cho,<br>Chuo-ku | |
| 25 | 651-0072<br>JAPAN | *For Sumitomo Rubber Industrial, Ltd.(Defendant)* |
| 26 | | |
| 27 | | |
| 28 | | |

PROOF OF SERVICE

1  The Yokohama Rubber Company, Ltd.
2  36-11, Shimbashi 5-chome
   Minato-ku, Tokyo
3  105-8685
   Japan                                         *For The Yokohama Rubber Company,*
4                                                *Ltd. (Defendant)*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
PROOF OF SERVICE