Andrew Barmakian
13241 Harness Dr.
Rancho Cucamonga, CA 91739

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Board of Trustees of the Galveston Wharves, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV10-2319-GW (FFMx) And related cases CV-03360-GW-FFM CV-00381-GW-FFM |
| v. | |
| Trelleborg AB, et al., | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

Andrew Barmakian                         ☐ Plaintiff   ☒ Defendant   ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of __Bill J. Thompson__

as attorney of record in place and stead of __Ronald N. Sarian__

                                                                *New Attorney*

                                                                *Present Attorney*

Dated __OCTOBER 11, 2010__

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated __10/11/2010__

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated _____

*Signature of New Attorney*

__67801__
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)                    REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Andrew Barmakian
13241 Harness Dr.
Rancho Cucamonga, CA 91739

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Board of Trustees of the Galveston Wharves, et al., Plaintiff(s) v. Trelleborg AB, et al., Defendant(s). | CASE NUMBER CV10-2319-GW (FFMx) And related cases CV-03360-GW-FFM CV-00381-GW-FFM REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
|---|---|

**Andrew Barmakian** ☐ Plaintiff ☑ Defendant ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of **Bill J. Thompson**
                                                    *New Attorney*

as attorney of record in place and stead of **Ronald N. Sarian**
                                             *Present Attorney*

Dated **OCTOBER 11, 2010**

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated _____

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated **OCTOBER 11, 2010**                    **BILL J. THOMPSON**
                                              *Signature of New Attorney*
                                              **67801**
                                              *State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)                REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY