Andrew Barmakian
13241 Harness Dr.
Rancho Cucamonga, CA 91739

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Board of Trustees of the Galveston Wharves, et al., <br><br> Plaintiff(s) <br><br> v. <br><br> Trelleborg AB, et al., <br><br> Defendant(s). | CASE NUMBER: <br> CV10-2319-GW (FFMx) <br> And related cases CV-03360-GW-FFM <br> CV-00381-GW-FFM <br><br> ORDER ON <br> REQUEST FOR APPROVAL OF <br> SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__Andrew Barmakian__  ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

to substitute __Bill J. Thompson__ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__25375 Orchard Village Rd., Suite 106__
*Street Address*

__Valencia, CA 91351__                     __thompsonlaw@prodigy.net__
*City, State, Zip*                          *E-Mail Address*

__(661) 222-2207__        __(661) 259-9393__        __67801__
*Telephone Number*        *Fax Number*             *State Bar Number*

as attorney of record in place and stead of __Ronald N. Sarian__
                                            *Present Attorney*

is hereby  ☐ GRANTED    ☐ DENIED

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY