# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Board of Trustees of the Galveston Wharves, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 10-2319-GW(FFMx) |
| v. | |
| Trelleborg, AB, et al., | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

__Andrew Barmakian__    ☐ Plaintiff   ✔ Defendant   ☐ Other _____
*Name of Party*

to substitute _____Bill J. Thompson_____ who is

✔ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

25375 Orchard Village Rd., Suite 106
*Street Address*

Valencia, CA 91351                              thompsonlaw@prodigy.net
*City, State, Zip*                              *E-Mail Address*

661-222-2207                    661-259-9393                    67801
*Telephone Number*             *Fax Number*                    *State Bar Number*

as attorney of record in place and stead of ___Ronald N. Sarian_____
*Present Attorney*

**is hereby    ✔ GRANTED    ☐ DENIED**

Dated: October 14, 2010

_____
GEORGE H. WU, U. S. District Judge

**NOTICE TO COUNSEL : IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.**