Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

Hollis L. Salzman (*pro hac vice*)
Gregory S. Asciolla (*pro hac vice*)
William V. Reiss (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477
hsalzman@labaton.com
gasciolla@labaton.com
wreiss@labaton.com

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | Master Consolidated Case File No. CV10-2319-GW (FFMx) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO FILE A CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT THEREOF** |
| | Date:       November 22, 2010<br>Time:       8:30 a.m.<br>Judge:      Hon. George H. Wu<br>Courtroom:  10 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 22, 2010, or as soon thereafter as this matter may be heard, in Courtroom 10 of this Court, located at 312 N. Spring Street, Los Angeles, CA 90012, Plaintiffs will and hereby do move this Court to file a Corrected Consolidated Amended Class Action Complaint in

order to substitute FenderCare Limited for Defendants FenderCare Marine Solutions Limited and James Fisher PLC.

This Motion is made pursuant to Federal Rules of Civil Procedure ("FRCP") 15(a)(2) and 21, and is based on the following grounds:

(1)  In its Consolidated Amended Class Action Complaint (the "Complaint" or "CAC"), Plaintiffs named FenderCare Marine Solutions Limited and James Fisher PLC as Defendants in the above-caption action.

(2)  It has recently come to Plaintiffs' attention that the entity that distributed and/or sold Foam-Filled Fenders and Buoys and Marine Fenders in the United States and participated in the Foam-Filled Fenders and Buoys and Marine Fenders conspiracies as alleged in the Complaint is FenderCare Limited, a subsidiary of Defendant FenderCare Marine Solutions Limited, whose ultimate parent is Defendant James Fisher PLC.

This Motion is being made following the conference of counsel for Plaintiffs and FenderCare Marine Solutions Limited and James Fisher PLC pursuant to L.R. 7-3 concerning the substance of the Motion, which took place on October 4, 2010. In addition, on October 21 and 22, 2010, Plaintiffs' counsel attempted to further confer with counsel for FenderCare Marine Solutions Limited and James Fisher PLC.  Because counsel for FenderCare Marine Solutions Limited and James Fisher PLC were unavailable, Plaintiffs' counsel left detailed phone messages concerning the substance of the Motion and requested that counsel for FenderCare Marine Solutions and James Fisher PLC contact Interim Class Counsel by 4:00 EST on October 22, 2010, prior to the filing of the Motion.  As of the filing of the Motion, Plaintiffs' counsel has not received a response.

This Motion is based on this Notice and the Memorandum of Law in Support Thereof, the pleadings and documents on file in this lawsuit, any declarations filed therewith, and on such other material as may be presented at the hearing.

DATED: October 22, 2010

By:  /s/ Michael Goldberg

       Lionel Z. Glancy (Bar No. #134180)
       Michael Goldberg (Bar No. #188669)
       **GLANCY BINKOW & GOLDBERG LLP**
       1801 Ave. of the Stars, Suite 311
       Los Angeles, CA 90067
       Telephone: (310) 201-9150
       Facsimile: (310) 201-9160
       info@glancylaw.com

       Hollis L. Salzman (*pro hac vice*)
       Gregory S. Asciolla (*pro hac vice*)
       William V. Reiss (*pro hac vice*)
       **LABATON SUCHAROW LLP**
       140 Broadway
       New York, NY 10005
       Telephone: (212) 907-0700
       Facsimile: (212) 818-0477
       hsalzman@labaton.com
       gasciolla@labaton.com
       wreiss@labaton.com

       *Interim Class Counsel,*
       *Chair of the Executive Committee*

Motion To File A Corrected Consolidated Amended Class Action Complaint
Master Consolidated Case File No. CV10-2319-GW (FFMx)

3

**MEMORANDUM OF LAW IN SUPPORT OF MOTION
TO FILE CORRECTED CONSOLIDATED AMENDED
CLASS ACTION COMPLAINT**

Plaintiffs, by and through their undersigned counsel, hereby move the Court to file a Corrected Consolidated Amended Class Action Complaint (attached hereto as Exhibit A), replacing Defendants FenderCare Marine Solutions Limited and James Fisher PLC (together, "FenderCare Defendants") with FenderCare Limited.

## BACKGROUND

On July 23, 2010, Plaintiffs filed the CAC [D.E. 121]. The CAC alleges that Defendant FenderCare Marine Solutions Limited operated in the United States and participated in two separate, but related, conspiracies to fix, raise, maintain and/or stabilize prices, rig bids and allocate the market in the United States for Foam-Filled Fenders and Buoys and Marine Fenders. *See* CAC ¶¶ 46, 51, 53, 116 and 178. The Complaint further alleges that Defendant James Fisher PLC engaged in the same conspiracies through its subsidiary, Defendant FenderCare Marine Solutions Limited. *Id*. at ¶¶ 47, 51 and 53.

In the FenderCare Defendants' Motion to Dismiss Plaintiffs' Complaint and accompanying declaration of Justin J.B. Tyler in support thereof ("Tyler Decl.") (together, "FenderCare Defendants' Motion") [D.E. 168],[1] the FenderCare Defendants represented that neither entity sells Foam-Filled Fenders or Buoys or Marine Fenders in the United States. FenderCare Defendants' Motion at 2, 3. Based on these representations, Plaintiffs conducted a further investigation into the correct name of the entity that engaged in such distribution and/or sales in the United States. Plaintiffs determined that the correct name of the entity that

---

[1]  Justin J.B. Tyler is the Company Secretary of James Fisher & Sons PLC. Tyler Decl. ¶ 1.

1   distributed and/or sold Foam-Filled Fenders and Buoys and Marine Fenders in the

2   United States is FenderCare Limited.  Upon information and belief, FenderCare

3   Limited is a direct subsidiary of Defendant FenderCare Marine Solutions Limited,

4   whose ultimate parent is Defendant James Fisher PLC.

5   ## ARGUMENT

6   FRCP 15(a)(2) requires that the court "freely give leave [to amend] when

7   justice so requires."  Fed. R. Civ. P. 15(a)(2).  The four factors generally

8   considered in determining whether leave to amend should be granted are "bad

9   faith, undue delay, prejudice to the opposing party, and futility of amendment."

10  *Ditto v. McCurdy*, 510 F.3d 1070, 1079 (9th Cir. 2007) (citation omitted).  Here,

11  Plaintiffs seek merely to amend the Complaint in order to correct a misnomer, *i.e.*,

12  they inadvertently named the wrong Defendants.  Because there has been no undue

13  delay in Plaintiffs' efforts to correct the error, no prejudice to the newly-named

14  party, and no bad faith by Plaintiffs, Plaintiffs respectfully request that their

15  Motion be granted.

16  Where, as here, the error is one of form rather than substance and the proper

17  Defendant has not been prejudiced by the error, courts routinely grant a plaintiff

18  leave to file a corrected amended complaint.  *See Darby v. Pasadena Police Dep't*,

19  939 F.2d 311 (5th Cir. 1991) (permitting plaintiff to amend its complaint to name

20  the city in lieu of the police department where plaintiff incorrectly named the

21  police department which did not have capacity to be sued and the City had notice

22  of the suit); *De Vos & Co. v. Gabe Corp.*, No. 90-1490, 1991 WL 161363, at *2

23  (S.D. Fla. Aug. 12, 1991) ("Misnomer mistakes need not be treated as grounds for

24  dismissal . . . if the party intended to be served knows, or has good reason to know,

25  that he has been proceeded against, or where an imprecisely designated defendant

26  was fully apprised of the fact and nature of the action against it."); *Cleveland v.*

27  *Greene Cnty. Sch. Sys.*, No. 3:04-CV-99, 2005 WL 1185638, at *2 (M.D. Ga. May

28

MOTION TO FILE A CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT
MASTER CONSOLIDATED CASE FILE NO. CV10-2319-GW (FFMx)

5

18, 2005) (permitting plaintiff to amend complaint to name the proper party where dismissal, based on an apparent misnomer, would be unjust).

Plaintiffs move for leave to file a Corrected Consolidated Amended Class Action Complaint in order to substitute FenderCare Limited, the operating company that distributed and/or sold Foam-Filled Fenders and Buoys and Marine Fenders in the United States, for its inadvertently mis-named corporate parents. Substitution of FenderCare Limited would not result in prejudice because this case is still in the nascent pleadings stage, discovery has not yet commenced, and FenderCare Limited is likely already on notice of Plaintiffs' claims in light of the fact that its corporate parents are the FenderCare Defendants.  In any event, on October 22, 2010, Plaintiffs sent a letter by registered mail to FenderCare Limited's corporate address informing it of the action and attaching the Complaint.[2]

In addition, there has been no undue delay in moving to correct the error. Plaintiffs first learned of the inadvertent misnomer on September 14, 2010, when Defendants filed their motion to dismiss.  Plaintiffs have also proceeded in good faith to correctly identify the proper Defendants throughout their investigation, and they moved promptly to correct the inadvertent error as soon as it was discovered.

## CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request that the Court grant Plaintiffs' motion to file a Corrected Consolidated Amended Class Action Complaint in order to substitute FenderCare Limited for Defendants FenderCare Marine Solutions Limited and James Fisher PLC.

---

[2]   As soon as the Court grants the Motion, Plaintiffs intend to formally serve FenderCare Limited with the Corrected Consolidated Amended Class Action Complaint.

MOTION TO FILE A CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT
MASTER CONSOLIDATED CASE FILE NO. CV10-2319-GW (FFMx)

6

Dated: October 22, 2010

By: _/s/ Michael Goldberg_____

Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
**GLANCY BINKOW & GOLDBERG LLP**
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

Hollis L. Salzman (*pro hac vice*)
Gregory S. Asciolla (*pro hac vice*)
William V. Reiss (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
hsalzman@labaton.com
gasciolla@labaton.com
wreiss@labaton.com

*Interim Class Counsel,*
*Chair of the Executive Committee*

Motion To File A Corrected Consolidated Amended Class Action Complaint
Master Consolidated Case File No. CV10-2319-GW (FFMx)

7

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On October 22, 2010, I caused to be served the following document:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO FILE A CORRECTED AMENDED CONSOLIDATED COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 22, 2010, at Los Angeles, California.

*s/ **Michael Goldberg***
Michael Goldberg

## SERVICE LIST

### ATTORNEYS RECEIVING NOTICE VIA MAIL OR E-MAIL

### (NOT ON COURT'S ECF SYSTEM IN THIS CASE)

Mail (or e-mail) service is made on the last known address or believed-to-be current address of the following parties:

### FOR PLAINTIFFS

Andrew A Esbenshade
Caldwell Leslie & Proctor PC
1000 Wilshire Boulevard Suite 600
Los Angeles, CA 90017-2463
213-629-9040
213-629-9022 (fax)
esbenshade@caldwell-leslie.com                    *For RDA Construction Corp.*

Todd S Heyman
Charles E Tompkins
Shapiro Haber & Urmy
53 State Street
Boston, MA 02109
617-439-3939
617-439-0134 (fax)
theyman@shulaw.com                                *For RDA Construction Corp.*

Paul Holtzman
Krokidas & Bluestein LLP
600 Atlantic Avenue 19th Floor
Boston, MA 02210
617-482-7211
617-482-7212 (fax)
pholtzman@kb-law.com                              *For RDA Construction Corp.*

A. Craig Eiland
Attorney at Law
2211 The Strand, Suite 201
Galveston, TX 77550
Telephone: (409) 763-3260
Facsimile: (713) 513-5211
E-mail: ceiland@eilandlaw.com
                                                  *For Board of Trustees of the*
                                                  *Galveston Wharves*

Gerald O. Gussoni, Jr.
Jeffery M. Lynch
Joseph W. Fritz, Jr.
Diana T. A. Hale
1350 Port of New Orleans Place
New Orleans, LA 70130

1  Telephone: (504) 528-3228
   Facsimile: (504) 528-3209
2  E-mail: gussonib@portno.com
   E-mail: lynchj@portno.com
3  E-mail: fritzj@portno.com
   E-mail: haled@portno.com
4                                              *For Board of Commissioners of the*
5                                              *Port of New Orleans*

6
   M. Stephen Dampier
7  LAW OFFICES OF M. STEPHEN
   DAMPIER, P.C.
8  55 North Section Street
   Fairhope, AL 36532
9  Telephone: (251) 929-0900
   Facsimile: (251) 929-0800
10         stevedampier@bellsouth.net

11 Gregory P. Hansel
   Randall B. Weill
12 PRETI FLAHERTY BELIVEAU
    & PACHIOS LLP
13 P.O. Box 9546
   One City Center
14 Portland, ME 04112-9546
   Telephone: (207) 791-3000
15 Facsimile: (207) 791-3111
          ghansel@preti.com
16        rweill@preti.com

17
18                    **FOR DEFENDANTS**

19
   Jeffrey L. Richardson
20 MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Blvd.
21 Los Angeles, CA 90064
   Telephone: (310) 312-3769
22 Facsimile: (310) 231-8370
   E-Mail: jlr@msk.com
23
24 Nina Ginsberg
   Ben DiMuro
25 DiMUROGINSBURG, PC
   908 King Street, Suite 200
26 Alexandria, VA 22314
   Telephone: (703) 684-4333
27 Facsimile: (703) 548-3181
   E-Mail: nginsberg@dimuro.com
28        Bdimuro@dimuro.com                   *For William Alan Potts (Defendant)*

PROOF OF SERVICE

1

2   James J Corbelli
    NIXON PEABODY
3   2 Embarcadero Ctr, Ste 2700
    San Francisco, CA 94111-3996
4   Telephone: (415) 984-8200
    Facsimile:  (415) 438-2655
5                                                    *For James Fisher PLC (Defendants*

6
    Bill J. Thompson
7   THOMPSON & KING
    300 S. Towers St.
8   Anderson, SC 29624
    Telephone:   (864) 222-0200
9   Facsimile:    (864) 222-0201

10
    Fentek Marine Systems GmbH
11  Langenstücken 36a. D-22393
    Hamburg. Germany
12                                                *For Fentek Marine Systems GmbH (Defendant)*

13

14  Tomas Crawaack
    Diestelstrabe 13
15  22397 Hamburg
    Germany                                        *For Tomas Crawaack (Defendant)*
16

17

18

19

20

21

22

23

24

25

26

27

28

---

PROOF OF SERVICE

# Mailing Information for a Case 2:10-cv-02319-GW -FFM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@murrayfrank.com

- **Paul M Alfieri**
  paul.alfieri@linklaters.com

- **Joseph P Armao**
  joseph.armao@linklaters.com

- **Gregory S Asciolla**
  gasciolla@labaton.com

- **Eric J Belfi**
  ebelfi@labaton.com

- **Robert H Bell**
  robert.bell@linklaters.com

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **William G Caldes**
  Bcaldes@srkw-law.com

- **Alejandra De Urioste**
  alejandra.deUrioste@cliffordchance.com

- **Anthony A DeCorso**
  adecorso@orrick.com

- **Jennifer Sabrina Elkayam**
  jelkayam@blechercollins.com

- **Adam R Fox**
  afox@ssd.com,clopez@ssd.com,agoodwin@ssd.com,hyang@ssd.com

- **Joni Forster Galvin**
  joni.forster_galvin@linklaters.com

- **Kevin Elliot Gaut**
  keg@msk.com,jda@msk.com

- **Brian H Getz**
  bhgetz@pacbell.net

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Roxann E Henry**
  henryr@howrey.com

- **Sally Ann Hostetler**
  sally.hostetler@ofplaw.com

- **Melissa K Hutts**
  mhutts@baronbudd.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Heather Lamberg Kafele**
  heather.kafele@shearman.com

- **Richard B Kendall**
  rkendall@kbkfirm.com,docket@kbkfirm.com,ghunter@kbkfirm.com

- **Inchan Andrew Kwon**
  inchan.kwon@haynesboone.com

- **J Burton LeBlanc , IV**
  bleblanc@baronbudd.com

- **Kellie Lerner**
  klerner@labaton.com

- **Ashlee R Lynn**
  alynn@kbkfirm.com,docket@kbkfirm.com,pperello@kbkfirm.com

- **David G Meyer**
  meyerd@howrey.com,struwet@howrey.com

- **Nathan Meyer**
  nmeyer@raklaw.com,ksanderlin@raklaw.com

- **James Drew Miller**
  jim.miller@cliffordchance.com

- **William L Monts , III**
  william.monts@hoganlovells.com

- **Nick S Movaghar**
  nmovaghar@linerlaw.com,clouipineda@linerlaw.com

- **Brian Phillip Murray**
  bmurray@murrayfrank.com

- **Keith Richard Palfin**
  keith.palfin@shearman.com

- **Bernard Persky**

bpersky@labaton.com,electroniccasefiling@labaton.com

- **Danielle M Randazzo**
  danielle.randazzo@linklaters.com

- **Petra M Reinecke**
  petra@schwartz-cera.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Larry C Russ**
  lruss@raklaw.com,lcdiaz@raklaw.com

- **Hollis Salzman**
  hsalzman@labaton.com

- **James C Sandberg , II**
  jcsandberg@bakerdonelson.com,pzane@bakerdonelson.com

- **Mazin A Sbaiti**
  msbaiti@baronbudd.com

- **Douglas R Schwartz**
  doug@schwartz-cera.com,jcorbelli@schwartz-cera.com,dmcgee@schwartz-cera.com

- **Andy Sohrn**
  asohrn@glancylaw.com

- **Eugene A Spector**
  espector@srkw-law.com

- **Jeffrey L Spector**
  jspector@srkw-law.com

- **Todd A Spiegelman**
  todd.spiegelman@cliffordchance.com

- **Bruce W Steckler**
  bsteckler@baronbudd.com,mhutts@baronbudd.com,bjoe@baronbudd.com

- **Randall J Sunshine**
  rsunshine@linerlaw.com,gtanzini@linerlaw.com

- **James P Tallon**
  jtallon@shearman.com

- **James B Weidner**
  james.weidner@cliffordchance.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**James J Corbelli**
Nixon Peabody
2 Embarcadero Ctr, Ste 2700
San Francisco, CA 94111-3996

**Bill J Thompson**
Thompson & King
,