Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

Hollis Salzman (*pro hac vice*)
Gregory S. Asciolla (*pro hac vice*)
William V. Reiss (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477
hsalzman@labaton.com
gasciolla@labaton.com
wreiss@labaton.com

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | **Master Consolidated Case File No.** CV10-2319-GW (FFMx) |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE A CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |
| | Assigned for all purposes to: Judge: Hon. George H. Wu Courtroom: 10 |

Plaintiffs' Motion to file a Corrected Consolidated Amended Class Action Complaint came before the Court on November 22, 2010.

The Court having considered Plaintiffs' motion and supporting evidence, any opposition thereto, Plaintiffs' Reply, and the arguments of counsel, Hereby

Grants Plaintiffs' Motion.  Plaintiffs shall file a Corrected Consolidated Amended Class Action Complaint in the form annexed as Exhibit A to their motion within five days of entry of this Order.

**IT IS SO ORDERED.**

Dated: November __, 2010

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE A CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT
MASTER CONSOLIDATED CASE FILE NO. CV10-2319-GW (FFMx)

2