Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

Hollis L. Salzman (*pro hac vice*)
Gregory S. Asciolla (*pro hac vice*)
William V. Reiss (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477
hsalzman@labaton.com
gasciolla@labaton.com
wreiss@labaton.com

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | **Master Consolidated Case File No.** CV10-2319-GW (FFMx) |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY CERTAIN PLAINTIFFS**<br><br>Assigned for all purposes to:<br>Judge:       Hon. George H. Wu<br>Courtroom:  10 |

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the Plaintiffs listed below voluntarily dismiss their claims in the above-captioned action, without prejudice and without costs.  To date, none of the adverse parties has served an answer or a motion for summary judgment.  The Plaintiffs listed below do not waive their rights to participate in the ongoing consolidated action as

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY CERTAIN PLAINTIFFS
MASTER CONSOLIDATED CASE FILE NO. CV10-2319-GW (FFMx)

1

members of any putative class or in any individual action:

- Board of Trustees of the Galveston Wharves (Case No. CV10-2319); and

- RDA Construction Corp. (Case No. CV10-3360).

Dated:     October 26, 2010

By:  s/ *Michael Goldberg*

Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
**GLANCY BINKOW & GOLDBERG LLP**
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

Hollis L. Salzman (*pro hac vice*)
Gregory S. Asciolla (*pro hac vice*)
William V. Reiss (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
hsalzman@labaton.com
gasciolla@labaton.com
wreiss@labaton.com

*Interim Class Counsel,*
*Chair of the Executive Committee*

Charles E. Tompkins
ctompkins@shulaw.com
Todd S. Heyman
theyman@shulaw.com
**SHAPIRO HABER & URMY LLP**
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

*Counsel for RDA Construction Corp.*
*Vice-Chair of the Executive Committee*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY CERTAIN PLAINTIFFS
MASTER CONSOLIDATED CASE FILE NO. CV10-2319-GW (FFMX)

2

| | |
|---|---|
| 1 | A. Craig Eiland |
| | ceiland@eilandlaw.com |
| 2 | **LAW OFFICES OF CRAIG EILAND** |
| | 2211 The Strand, Suite 201 |
| 3 | Galveston, TX 77550 |
| | Telephone: (409) 763-3260 |
| 4 | Facsimile: (713) 513-5211 |
| 5 | |
| | *Counsel for Board of Trustees of the Galveston* |
| 6 | *Wharves* |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY CERTAIN PLAINTIFFS
MASTER CONSOLIDATED CASE FILE NO. CV10-2319-GW (FFMX)

3

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On October 26, 2010, I caused to be served the following document:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY CERTAIN PLAINTIFFS**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 26, 2010, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

# Mailing Information for a Case 2:10-cv-02319-GW -FFM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@murrayfrank.com

- **Paul M Alfieri**
  paul.alfieri@linklaters.com

- **Joseph P Armao**
  joseph.armao@linklaters.com

- **Gregory S Asciolla**
  gasciolla@labaton.com

- **Eric J Belfi**
  ebelfi@labaton.com

- **Robert H Bell**
  robert.bell@linklaters.com

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **William G Caldes**
  Bcaldes@srkw-law.com

- **Alejandra De Urioste**
  alejandra.deUrioste@cliffordchance.com

- **Anthony A DeCorso**
  adecorso@orrick.com

- **Jennifer Sabrina Elkayam**
  jelkayam@blechercollins.com

- **Adam R Fox**
  afox@ssd.com,clopez@ssd.com,agoodwin@ssd.com,hyang@ssd.com

- **Joni Forster Galvin**
  joni.forster_galvin@linklaters.com

- **Kevin Elliot Gaut**
  keg@msk.com,jda@msk.com

- **Brian H Getz**
  bhgetz@pacbell.net

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Roxann E Henry**
  henryr@howrey.com

- **Sally Ann Hostetler**
  sally.hostetler@ofplaw.com

- **Melissa K Hutts**
  mhutts@baronbudd.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Heather Lamberg Kafele**
  heather.kafele@shearman.com

- **Richard B Kendall**
  rkendall@kbkfirm.com,docket@kbkfirm.com,ghunter@kbkfirm.com

- **Inchan Andrew Kwon**
  inchan.kwon@haynesboone.com

- **J Burton LeBlanc , IV**
  bleblanc@baronbudd.com

- **Kellie Lerner**
  klerner@labaton.com

- **Ashlee R Lynn**
  alynn@kbkfirm.com,docket@kbkfirm.com,pperello@kbkfirm.com

- **David G Meyer**
  meyerd@howrey.com,struwet@howrey.com,andersondamon@howrey.com

- **Nathan Meyer**
  nmeyer@raklaw.com,ksanderlin@raklaw.com

- **James Drew Miller**
  jim.miller@cliffordchance.com

- **William L Monts , III**
  william.monts@hoganlovells.com

- **Nick S Movaghar**
  nmovaghar@linerlaw.com,clouipineda@linerlaw.com

- **Brian Phillip Murray**
  bmurray@murrayfrank.com

- **Keith Richard Palfin**
  keith.palfin@shearman.com

- **Bernard Persky**

bpersky@labaton.com,electroniccasefiling@labaton.com

- **Danielle M Randazzo**
  danielle.randazzo@linklaters.com

- **Petra M Reinecke**
  petra@schwartz-cera.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Larry C Russ**
  lruss@raklaw.com,lcdiaz@raklaw.com

- **Hollis Salzman**
  hsalzman@labaton.com

- **James C Sandberg , II**
  jcsandberg@bakerdonelson.com,pzane@bakerdonelson.com

- **Mazin A Sbaiti**
  msbaiti@baronbudd.com

- **Douglas R Schwartz**
  doug@schwartz-cera.com,jcorbelli@schwartz-cera.com,dmcgee@schwartz-cera.com

- **Andy Sohrn**
  asohrn@glancylaw.com

- **Eugene A Spector**
  espector@srkw-law.com

- **Jeffrey L Spector**
  jspector@srkw-law.com

- **Todd A Spiegelman**
  todd.spiegelman@cliffordchance.com

- **Bruce W Steckler**
  bsteckler@baronbudd.com,mhutts@baronbudd.com,bjoe@baronbudd.com

- **Randall J Sunshine**
  rsunshine@linerlaw.com,gtanzini@linerlaw.com

- **James P Tallon**
  jtallon@shearman.com

- **James B Weidner**
  james.weidner@cliffordchance.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**James J Corbelli**
Nixon Peabody
2 Embarcadero Ctr, Ste 2700
San Francisco, CA 94111-3996

**Bill J Thompson**
Thompson & King
,

# SERVICE LIST

## ATTORNEYS RECEIVING NOTICE VIA MAIL OR E-MAIL

## (NOT ON COURT'S ECF SYSTEM IN THIS CASE)

Mail (or e-mail) service is made on the last known address or believed-to-be current address of the following parties:

### FOR PLAINTIFFS

| | |
|---|---|
| Andrew A Esbenshade<br>Caldwell Leslie & Proctor PC<br>1000 Wilshire Boulevard Suite 600<br>Los Angeles, CA 90017-2463<br>213-629-9040<br>213-629-9022 (fax)<br>esbenshade@caldwell-leslie.com | *For RDA Construction Corp.* |
| Todd S Heyman<br>Charles E Tompkins<br>Shapiro Haber & Urmy<br>53 State Street<br>Boston, MA 02109<br>617-439-3939<br>617-439-0134 (fax)<br>theyman@shulaw.com | *For RDA Construction Corp.* |
| Paul Holtzman<br>Krokidas & Bluestein LLP<br>600 Atlantic Avenue 19th Floor<br>Boston, MA 02210<br>617-482-7211<br>617-482-7212 (fax)<br>pholtzman@kb-law.com | *For RDA Construction Corp.* |
| A. Craig Eiland<br>Attorney at Law<br>2211 The Strand, Suite 201<br>Galveston, TX  77550<br>Telephone: (409) 763-3260<br>Facsimile: (713) 513-5211<br>E-mail: ceiland@eilandlaw.com | *For Board of Trustees of the Galveston Wharves* |
| Gerald O. Gussoni, Jr.<br>Jeffery M. Lynch<br>Joseph W. Fritz, Jr.<br>Diana T. A. Hale<br>1350 Port of New Orleans Place<br>New Orleans, LA  70130 | |

| | |
|---|---|
| 1 | Telephone: (504) 528-3228 |
| 2 | Facsimile: (504) 528-3209<br>E-mail: gussonib@portno.com |
| 3 | E-mail: lynchj@portno.com<br>E-mail: fritzj@portno.com |
| 4 | E-mail: haled@portno.com |

*For Board of Commissioners of the Port of New Orleans*

```
 6   M. Stephen Dampier
 7   LAW OFFICES OF M. STEPHEN
     DAMPIER, P.C.
 8   55 North Section Street
     Fairhope, AL 36532
 9   Telephone: (251) 929-0900
     Facsimile: (251) 929-0800
10           stevedampier@bellsouth.net

11   Gregory P. Hansel
     Randall B. Weill
12   PRETI FLAHERTY BELIVEAU
      & PACHIOS LLP
13   P.O. Box 9546
     One City Center
14   Portland, ME  04112-9546
15   Telephone: (207) 791-3000
     Facsimile: (207) 791-3111
16           ghansel@preti.com
             rweill@preti.com
17
```

**FOR DEFENDANTS**

```
20   Jeffrey L. Richardson
     MITCHELL SILBERBERG & KNUPP LLP
21   11377 West Olympic Blvd.
     Los Angeles, CA 90064
22   Telephone: (310) 312-3769
     Facsimile: (310) 231-8370
23   E-Mail: jlr@msk.com

24   Nina Ginsberg
     Ben DiMuro
25   DiMUROGINSBURG, PC
     908 King Street, Suite 200
26   Alexandria, VA 22314
     Telephone: (703) 684-4333
27   Facsimile: (703) 548-3181
     E-Mail: nginsberg@dimuro.com
28           Bdimuro@dimuro.com
```

*For William Alan Potts (Defendant)*

| | |
|---|---|
| James J Corbelli<br>NIXON PEABODY<br>2 Embarcadero Ctr, Ste 2700<br>San Francisco, CA 94111-3996<br>Telephone: (415) 984-8200<br>Facsimile: (415) 438-2655 | *For James Fisher PLC (Defendants* |
| Fentek Marine Systems GmbH<br>Langenstücken 36a. D-22393<br>Hamburg. Germany | *For Fentek Marine Systems GmbH (Defendant)* |
| Tomas Crawaack<br>Diestelstrabe 13<br>22397 Hamburg<br>Germany | *For Tomas Crawaack (Defendant)* |

PROOF OF SERVICE

Page 4