Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

Hollis Salzman (*pro hac vice*)
Gregory S. Asciolla (*pro hac vice*)
William V. Reiss (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
hsalzman@labaton.com
gasciolla@labaton.com
wreiss@labaton.com

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | Master Consolidated Case File No. CV10-2319-GW (FFMx) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **PLAINTIFFS' EX PARTE APPLICATION AND MEMORANDUM OF LAW FOR ORDER CLARIFYING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS; CONTINUING NOVEMBER 22, 2010 HEARING DATE ONLY AS TO ORAL ARGUMENT ON THE MOTIONS; AND SETTING FORTH AGENDA OF ISSUES RIPE FOR CONSIDERATION AT NOVEMBER 22, 2010 HEARING**<br><br>Judge: Hon. George H. Wu<br>Courtroom: 10 |

PLAINTIFFS' EX PARTE APPLICATION
Master Consolidated Case File No. CV10-2319-GW (FFMx)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 7-19 and the Standing Order of the Honorable Judge George H. Wu, Plaintiffs hereby apply *ex parte* for an order (1) clarifying the briefing schedule on Defendants' motions to dismiss Plaintiffs' Consolidated Amended Class Action Complaint in the above-captioned matter; (2) continuing the November 22, 2010 hearing only as to argument on the dispositive motions; and (3) setting forth an agenda on issues ripe for consideration at the November 22, 2010 hearing.

Good cause exists for the granting of this *ex parte* application, as set forth in the memorandum and declaration filed concurrently herewith.

A copy of these *ex parte* papers have been served on all parties listed on the proof of service attached hereto. The name, address, telephone number and e-mail address of counsel for all parties are attached as Attachment A to this *ex parte* application.

All Defense Counsel of record received notice of this *ex parte* application on October 22, 2010. Declaration of Gregory S. Asciolla ("Asciolla Decl.") at ¶ 2 & Exhibit A, attached thereto.

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR ORDER CLARIFYING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS; CONTINUING NOVEMBER 22, 2010 HEARING DATE ONLY AS TO ORAL ARGUMENT ON THE MOTIONS; AND SETTING FORTH AGENDA OF ISSUES RIPE FOR CONSIDERATION AT NOVEMBER 22, 2010 HEARING**

Plaintiffs respectfully submit the following memorandum of points and authorities, and Declaration of Gregory S. Asciolla ("Asciolla Decl."), in support of their *ex parte* application for (1) clarification of the briefing schedule on ten dispositive motions filed by Defendants under Federal Rule of Civil Procedure ("FRCP") 12, one motion to strike misjoinder of Plaintiffs filed by Defendants under FRCP 20, and numerous joinders filed by Defendants; (2) continuation of the November 22, 2010 hearing only as to argument on the dispositive motions; and (3) setting forth an agenda on issues ripe for consideration at the November 22. 2010 hearing, and respectfully request that: (1) the Court clarify that the date upon which Plaintiffs are required to respond to Defendants' motions is November 5; (2) the Court continue the November 22, 2010 hearing only as to argument on the motions until early January; and (3) the Court hear certain ripe issues at the November 22, 2010 hearing as set forth below.

## BACKGROUND

On August 11, 2010, Plaintiffs and certain Defendants entered into and filed a stipulation ("Briefing Stipulation") setting forth an agreed-upon briefing schedule on Defendants' motions to dismiss Plaintiffs' Consolidated Amended Class Action Complaint ("CAC"). [D.E. 121]. Pursuant to that stipulation, the parties expressly agreed that Defendants would file any dispositive motions by September 14, 2010 (which they *all* did), Plaintiffs would file any responses by November 5, 2010, and Defendants would file any replies by November 22, 2010. The stipulation was entered into in order to provide the parties with a reasonable amount of time to properly move, respond and reply to a complicated antitrust class action involving

three intertwined conspiracies against over 20 defendants, including a number located abroad.

On September 2, 2010, the Court held a status conference. Following the status conference, the Court issued a Minute Order [D.E. 138] requiring Defendants to file dispositive motions in accordance with Local Rule 6 and setting a hearing on Defendants' motions for November 22, 2010. The Minute Order was silent as to the date by which Plaintiffs were required to file their responses to the motions. On September 14, 2010, all of the Defendants filed their dispositive motions, which was the date they had agreed upon pursuant to the parties' stipulation.

## ARGUMENT

### A. Clarification of Briefing Schedule

The stipulation, as agreed to by the parties, sets forth the operative briefing schedule with respect to dispositive motions. All of the Defendants adhered to the stipulation by filing their motions on September 14, 2010, the date set forth in the stipulation. Because the Court's Minute Order did not provide a date by which Plaintiffs were required to file their responses to Defendants' dispositive motions, and because Defendants filed their motions on the date agreed upon by the parties' pursuant to their stipulation, Plaintiffs understood that the parties were operating under the stipulated briefing schedule. Indeed, Plaintiffs did not learn that Defendants had a different interpretation until Plaintiffs contacted Defendants to propose the filing of a motion for clarification in light of the fact that the Court had scheduled oral argument on the date that replies were due under the stipulation.

Despite the fact that the Court's Minute Order was silent as to Plaintiffs' time to respond to dispositive motions, Defendants apparently contend that L.R. 7-9 governs. L.R. 7-9 provides that "each opposing party shall . . . not later than twenty-one (21) days before the date designated for the hearing of the motion" serve upon all other parties an opposition to the motion. Under L.R. 7-9, Plaintiffs opposition would be

due on November 1, 2010. Defendants reliance on L.R. 7-9 would lead to an absurd result. Under Defendants' contorted reading of the Minute Order, they would have been permitted, pursuant to L.R. 6-1, to file their ten dispositive motions (raising at least 16 separate substantive issues), one misjoinder motion, and numerous joinders to their various motions on October 25, 2010, which is 28 days prior to the date set for the hearing (November 22, 2010). Plaintiffs would have been left under L.R. 7-9 with merely seven days to respond to the litany of motions, including those involving international law. This clearly cannot be the schedule the Court contemplated for such numerous and substantive motions. Indeed, the parties agreed that such a schedule would be unduly onerous, which is why they stipulated to a briefing schedule where each party had sufficient time to properly brief the issues.

Even if the Court were to find that pursuant to its Minute Order, Plaintiffs' responses are due on November 1, 2010, Plaintiffs respectfully request that, in view of the sheer number of response briefs that they are required to file (Defendants' purported efforts to consolidate their motions as requested by Plaintiffs to prevent just this problem apparently fell on deaf ears), the Court permit Plaintiffs a short four-day extension of time to respond until November 5, 2010, the original date set forth in the parties' stipulation.

**B.    Continuance of November 22, 2010
       Hearing Only as to Argument on the Motions**

Under the stipulated briefing schedule, Defendants' replies are due on November 22, 2010, the same date the Court scheduled oral argument. Plaintiffs respectfully request that the Court enter an Order continuing oral argument as to dispositive motions until the second week of January or as soon thereafter as the Court deems necessary. This will provide both the parties and the Court with sufficient time (approximately seven weeks) to prepare for numerous complex arguments involving myriad dispositive and other motions.

PLAINTIFFS' EX PARTE APPLICATION
Master Consolidated Case File No. CV10-2319-GW (FFMx)                                    4

Even if the Court determines that L.R. 7-9 governs the parties briefing of dispositive motions, and Defendants' replies are therefore due on November 8, 2010, a mere thirteen days is hardly sufficient time for the parties and the Court to properly and effectively prepare for argument on such a large number of complex motions and issues.[1]  Indeed, Plaintiffs may well determine that Defendants' replies necessitate the filing of sur-reply papers.

### C.     Issues Ripe for Discussion at the November 22 Hearing

Notwithstanding the fact that it is premature for oral argument to be heard at the November 22 hearing under *any* briefing schedule currently being considered by the Court, there are a number of other issues ripe for consideration.  To wit, Plaintiffs are prepared to discuss:

- Overview of dispositive and other motions filed by Defendants (generally);
- Scheduling oral argument on dispositive motions, if the court is so inclined;
- Service of class certification discovery requests, commencement of class certification discovery, and class certification briefing schedule;
- Consolidation of new complaint filed by Ace Marine & Rigging; and
- Motion to file corrected amended complaint in order to substitute FenderCare Limited for Defendants James Fisher PLC and FenderCare Marine Solutions Limited.

---

[1] During a meet and confer with Plaintiffs on October 26, 2010, certain Defendants suggested that if Plaintiffs filed their oppositions on November 5, 2010, the date provided for in the stipulation, these Defendants would file their replies on November 12, 2010. Asciolla Decl. ¶ 4.  For the reasons set forth above, this would provide the parties – as well as the Court – with *even less time* to adequately prepare for argument on November 22, 2010.

## CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request that: (1) the Court clarify that the date upon which Plaintiffs are required to respond to Defendants' motions is November 5, 2010; (2) the Court continue the November 22, 2010 status conference only as to argument on Defendants dispositive motions until early January; and (3) the Court hear certain ripe issues at the November 22, 2010 status conference as set forth above.

Dated:  October 26, 2010            Respectfully submitted,


                                                                    */s/Michael Goldberg*
Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com


Hollis L. Salzman *(pro hac vice)*
Gregory S. Asciolla *(pro hac vice)*
William V. Reiss *(pro hac vice)*
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
E-mail: hsalzman@labaton.com
E-mail: gasciolla@labaton.com
E-mail: wreiss@labaton.com

*Interim Class Counsel*
*Chair of the Executive Committee*

PLAINTIFFS' EX PARTE APPLICATION
Master Consolidated Case File No. CV10-2319-GW (FFMx)                                        6

# ATTACHMENT "A"
# LIST OF PARTIES FOR EX PARTE APPLICATION

For purposes of this *ex parte* application, the name, address and telephone number of all parties are (where known):

| | |
|---|---|
| Roxann E. Henry<br>David G. Meyer<br>**Howrey LLP**<br>1299 Pennsylvania Ave NW<br>Washington DC 20004<br>Telephone: (202) 383-6503<br>Facsimile: (202) 383-6610<br>E-mail: HenryR@howrey.com<br>meyerd@howrey.com<br><br>*Counsel for Defendants Virginia Harbor Services, Inc. d/b/a SEAWARD and Trelleborg AB* | Inchan Andrew Kwon<br>**Haynes and Boone LLP**<br>2033 Gateway Place Suite 400<br>San Jose, CA 95110<br>Telephone: (408) 393-9250<br>Facsimile:   (408) 392 9262<br>Email: inchan.kwon@haynesboone.com<br><br>*Counsel for Defendant Donald L. Murray* |
| Sally Ann Hostetler<br>**Odin Feldman Pittleman PC**<br>9302 Lee Highway, Suite 1100<br>Fairfax, VA 22031-1214<br>Telephone: (703) 218-2100<br>Facsimile: (703) 218-2160<br>E-mail: Sally.Hostetler@ofplaw.com<br><br>*Counsel for Defendants Frank March, SII, Inc. f/k/a Seaward International Inc. and SHI, Inc. f/k/a Seward Holdings, Inc.* | Kevin E. Gaut<br>**Mitchell Silberberg & Knupp LLP**<br>11377 W. Olympic Boulevard<br>Los Angeles, CA 90064<br>Telephone: (310) 312-3179<br>Facsimile: (310) 231-8379<br>E-mail: keg@msk.com<br><br>*Counsel for Defendants Frank March, SII, Inc. f/k/a Seaward International Inc. and SHI, Inc. f/k/a Seward Holdings, Inc.* |
| Larry C. Russ<br>Nathan D. Meyer<br>**Russ August & Kabat**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br>E-mail: lruss@raklaw.com<br>nmeyer@raklaw.com<br><br>*Counsel for Defendants Marine Fenders International, Inc., Gerald Thermos, Waterman Supply Company, Inc. and Seymour Waterman* | Jennifer S. Elkayam<br>**Blecher & Collins**<br>515 South Figueroa Street<br>Suite 1750<br>Los Angeles, CA 90071<br>Telephone: (213) 622-4222<br>Facsimile: (213) 622-1656<br>Email: jelkayam@blechercollins.com<br><br>*Counsel for Defendant Urethane Products Corporation* |

| | |
|---|---|
| William L. Monts, III<br>**Hogan Lovells US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 637-6440<br>Facsimile: (202) 637-5910<br>E-mail: william.monts@hoganlovells.com<br><br>*Counsel for Defendants Maritime International, Inc. and John R. Deats, II* | Bety Javidzad<br>**Hogan Lovells US LLP**<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 785-4624<br>Facsimile: (310) 785-4601<br>E-mail: bety.javidzad@hoganlovells.com<br><br>*Counsel for Defendants Maritime International, Inc. and John R. Deats, II* |
| Adam R. Fox<br>Helen Yang<br>Anne Goodwin<br>**Squire, Sanders & Dempsey LLP**<br>555 South Flower Street, 31st Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 624-2500<br>Facsimile: (213) 623-4581<br>E-mail: afox@ssd.com<br>hyang@ssd.com<br>agoodwin@ssd.com<br><br>*Counsel for Defendants Bridgestone Industrial Products America, Inc. and Bridgestone Corporation* | James Weidner<br>James Miller<br>Alejandra De Urioste<br>Todd A Spiegelman<br>**Clifford Chance LLP**<br>31 West 52nd Street<br>New York, NY 10019-6131<br>Telephone: (212) 878-8000<br>Facsimile: (212) 878-8375<br>E-mail:<br>james.weidner@cliffordchance.com<br>jim.miller@cliffordchance.com<br>alejandra.deUrioste@cliffordchance.com<br>Todd.Spiegelman@cliffordchance.com<br><br>*Counsel for Defendants Bridgestone Industrial Products America, Inc. and Bridgestone Corporation* |
| Bill J. Thompson<br>25375 Orchard Village Road<br>Suite 106<br>Valencia, CA  91351<br>Telephone: (661) 222-2207<br>Facsimile: (661) 259-9393<br>E-mail: thompsonlaw@prodigy.net<br><br>*Counsel for Defendant Andrew Barmakian* | Nina J. Ginsberg<br>**DiMuro Ginsberg, PC**<br>908 King Street, Suite 200<br>Alexandria, VA 22314<br>Telephone: (703) 684-4333<br>Facsimile: (703) 548-3181<br>E-mail: nginsberg@dimuro.com<br><br>*Counsel for Defendant William Alan Potts* |

| | |
|---|---|
| Phillip C. Zane<br>James C. Sandberg, II<br>**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**<br>920 Massachusetts Avenue, NW, Suite 900<br>Washington, DC 20001<br>Telephone: (202) 508-3490<br>Facsimile: (202) 220-2290<br>E-mail: pzane@bakerdonelson.com<br>jcsandberg@bakerdonelson.com<br><br>*Counsel for Defendant Robert B. Taylor* | Douglas Schwartz<br>Petra M. Reinecke<br>**Schwartz & Cera LLP**<br>44 Montgomery Street<br>Suite 3850<br>San Francisco, CA 94104<br>Telephone: (415) 956-2600<br>Facsimile: (415) 438-2655<br>E-mail: Doug@schwartz-cera.com<br>Petra@schwartz-cera.com<br><br>*Counsel for Defendants FenderCare Marine Solutions and James Fisher PLC* |
| Joseph P. Armao<br>Paul M. Alfieri<br>Robert H. Bell<br>Danielle M. Randazzo<br>Joni Foster Galvin<br>**Linklaters LLP**<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Telephone: (212) 903-9000<br>Facsimile: (212) 903-9100<br>E-mail: paul.alfieri@linklaters.com<br>joseph.armao@linklaters.com<br>robert.bell@linklaters.com<br>danielle.randazzo@linklaters.com<br>joni.forster_galvin@linklaters.com<br><br>*Counsel for Defendant The Yokohama Rubber Company, Ltd.* | Ashlee R. Lynn<br>Richard B. Kendall<br>**Kendall Brill & Klieger LLP**<br>10100 Santa Monica Boulevard<br>Suite 1725<br>Los Angeles, CA 90067<br>Telephone: (310) 556-2700<br>Facsimile: (310) 556-2705<br>E-mail: alynn@kbkfirm.com<br>rkendall@kbkfirm.com<br><br>*Counsel for Defendant The Yokohama Rubber Company, Ltd.* |
| Randall J. Sunshine<br>Nick S. Movaghar<br>**Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor**<br>1100 Glendon Avenue<br>14th Floor<br>Los Angeles, CA 90024<br>Telephone: (310) 500-3500<br>Facsimile: (310) 500-3501<br>Email: rsunshine@linerlaw.com<br>nmovaghar@linerlaw.com<br><br>*Counsel for Defendant Sumitomo Rubber Industries, Ltd.* | Heather Lamberg Kafele<br>James P. Tallon<br>Keith Richard Palfin<br>**Shearman & Sterling LLP**<br>801 Pennsylvania Avenue, NW<br>Suite 900<br>Washington, DC 20004-2634<br>Telephone: (202) 508-8097<br>Fax: (202) 508-8100<br>E-mail: hkafele@shearman.com<br>jtallon@shearman.com<br>keith.palfin@shearman.com<br><br>*Counsel for Defendant Sumitomo Rubber Industries, Ltd.* |

| | |
|---|---|
| Anthony A. DeCorso<br>**Orrick Herrington & Sutcliffe LLP**<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017-5855<br>Telephone: (213) 629-2020<br>Facsimile:   (213) 612-2499<br>Email: adecorso@orrick.com<br><br>*Counsel for Defendant Peter Nilsson* | Brian H. Getz<br>**Brian H. Getz Law Offices**<br>44 Montgomery Street, Suite 3850<br>San Francisco, CA 94104<br>Telephone: (415) 912-5886<br>Facsimile: (415) 438-2655<br>Email: bhgetz@pacbell.net<br><br>*Counsel for Defendants FenderCare Marine Solutions and James Fisher PL* |
| James R. Wade<br>**Haynes & Boone**<br>1615 L Street, NW<br>Suite 800<br>Washington, DC 20036-5610<br>Telephone: (202) 654-4543<br>Facsimile: (202) 654-4273<br>E-mail: jim.wade@haynesboone.com<br><br>*Counsel for Defendant Donald L. Murray* | Fentek Marine Systems GmbH<br>Langenstucken 36a Hamburg D-22393, Germany |
| Tomas Crawaack<br>Diestelstraße 13<br>22397 Hamburg, Germany | |
| Charles E. Tompkins<br>Todd S. Heyman<br>**Shapiro Haber & Urmy LLP**<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439-3939<br>Facsimile: (617) 439-0134<br>E-mail: ctompkins@shulaw.com<br>theyman@shulaw.com<br><br>*Vice-Chair of Executive Committee for Plaintiffs* | Brian Phillip Murray<br>Lee Albert<br>**Murray Frank & Sailer LLP**<br>275 Madison Avenue Suite 801<br>New York, NY 10016-1101<br>Telephone: (212) 682-1818<br>Facsimile: (212) 682-1892<br>Email: bmurray@murrayfrank.com<br>lalbert@murrayfrank.com<br><br>*Counsel for Plaintiff Ace Marine Rigging & Supply, Inc.* |

4

| | |
|---|---|
| J. Burton LeBlanc<br>Bruce W. Steckler<br>Melissa K. Hutts<br>Mazin A. Sbaiti<br>**Baron & Budd, P.C.**<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Telephone: (214) 521-3605<br>Facsimile: (214) 520-1181<br>E-mail: bleblanc@baronbudd.com<br>bsteckler@baronbudd.com<br>mhutts@baronbudd.com<br>msbaiti@baronbudd.com<br><br>*Counsel for Plaintiffs Board of Trustees of the Galveston Wharves, Board of Commissioners of the Port of New Orleans and OSG Lightering LLC* | Eugene A. Spector<br>Jeffrey L. Spector<br>William G Caldes<br>**Spector Roseman Kodroff & Willis, P.C.**<br>1818 Market Street Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>Email: espector@srkw-law.com<br>jspector@srkw-law.com<br>Bcaldes@srkw-law.com<br><br>*Counsel for Plaintiff Ace Marine Rigging & Supply, Inc.* |
| Gregory P. Hansel<br>Randall B. Weill<br>**Preti, Flaherty, Beliveau, & Pachios, LLP**<br>One City Center<br>P. O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>Facsimile: (207) 791-3111<br>Email: ghansel@preti.com<br>rweill@preti.com<br><br>*Counsel for Plaintiffs* | M. Stephen Dampier<br>**Law Office of M. Stephen Dampier, P.C.**<br>55 North Section Street<br>P.O. Box 161<br>Fairhope, AL 36533<br>Telephone: (251) 929-0900<br>Facsimile: (251) 929-0800<br>Email: stevedampier@dampierlaw.com<br><br>*Counsel for Plaintiffs* |

5

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On October 26, 2010, I caused to be served the following document:

**PLAINTIFFS' EX PARTE APPLICATION AND MEMORANDUM OF LAW FOR ORDER CLARIFYING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS; CONTINUING NOVEMBER 22, 2010 HEARING DATE ONLY AS TO ORAL ARGUMENT ON THE MOTIONS; AND SETTING FORTH AGENDA OF ISSUES RIPE FOR CONSIDERATION AT NOVEMBER 22, 2010 HEARING**

**DECLARATION OF GREGORY S. ASCIOLLA IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER CLARIFYING BRIEFING SCHEDULE; CONTINUING NOVEMBER 22, 2010 HEARING DATE ONLY AS TO ORAL ARGUMENT; AND SETTING FORTH AGENDA OF OTHER ISSUES RIPE FOR CONSIDERATION AT NOVEMBER 22, 2010 HEARING**

**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER CLARIFYING BRIEFING SCHEDULE; CONTINUING NOVEMBER 22, 2010 HEARING DATE ONLY AS TO ORAL ARGUMENT; AND SETTING FORTH AGENDA OF OTHER ISSUES RIPE FOR CONSIDERATION AT NOVEMBER 22, 2010 HEARING**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 26, 2010, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

# SERVICE LIST

## ATTORNEYS RECEIVING NOTICE VIA MAIL OR E-MAIL

### (NOT ON COURT'S ECF SYSTEM IN THIS CASE)

Mail (or e-mail) service is made on the last known address or believed-to-be current address of the following parties:

### FOR PLAINTIFFS

Andrew A Esbenshade
Caldwell Leslie & Proctor PC
1000 Wilshire Boulevard Suite 600
Los Angeles, CA 90017-2463
213-629-9040
213-629-9022 (fax)
esbenshade@caldwell-leslie.com  *For RDA Construction Corp.*

Todd S Heyman
Charles E Tompkins
Shapiro Haber & Urmy
53 State Street
Boston, MA 02109
617-439-3939
617-439-0134 (fax)
theyman@shulaw.com  *For RDA Construction Corp.*

Paul Holtzman
Krokidas & Bluestein LLP
600 Atlantic Avenue 19th Floor
Boston, MA 02210
617-482-7211
617-482-7212 (fax)
pholtzman@kb-law.com  *For RDA Construction Corp.*

A. Craig Eiland
Attorney at Law
2211 The Strand, Suite 201
Galveston, TX  77550
Telephone: (409) 763-3260
Facsimile: (713) 513-5211
E-mail: ceiland@eilandlaw.com
  *For Board of Trustees of the Galveston Wharves*

Gerald O. Gussoni, Jr.
Jeffery M. Lynch
Joseph W. Fritz, Jr.
Diana T. A. Hale
1350 Port of New Orleans Place
New Orleans, LA  70130

| | | |
|---|---|---|
| 1 | Telephone: (504) 528-3228 | |
| 2 | Facsimile: (504) 528-3209<br>E-mail: gussonib@portno.com | |
| 3 | E-mail: lynchj@portno.com<br>E-mail: fritzj@portno.com | |
| 4 | E-mail: haled@portno.com | *For Board of Commissioners of the Port of New Orleans* |
| 5 | | |
| 6 | | |
| 7 | M. Stephen Dampier<br>LAW OFFICES OF M. STEPHEN DAMPIER, P.C. | |
| 8 | 55 North Section Street<br>Fairhope, AL 36532 | |
| 9 | Telephone: (251) 929-0900<br>Facsimile: (251) 929-0800 | |
| 10 | stevedampier@bellsouth.net | |
| 11 | Gregory P. Hansel | |
| 12 | Randall B. Weill<br>PRETI FLAHERTY BELIVEAU | |
| 13 | & PACHIOS LLP<br>P.O. Box 9546 | |
| 14 | One City Center<br>Portland, ME 04112-9546 | |
| 15 | Telephone: (207) 791-3000<br>Facsimile: (207) 791-3111 | |
| 16 | ghansel@preti.com<br>rweill@preti.com | |
| 17 | | |
| 18 | **FOR DEFENDANTS** | |
| 19 | | |
| 20 | Jeffrey L. Richardson<br>MITCHELL SILBERBERG & KNUPP LLP | |
| 21 | 11377 West Olympic Blvd.<br>Los Angeles, CA 90064 | |
| 22 | Telephone: (310) 312-3769<br>Facsimile: (310) 231-8370 | |
| 23 | E-Mail: jlr@msk.com | |
| 24 | Nina Ginsberg | |
| 25 | Ben DiMuro<br>DiMUROGINSBURG, PC | |
| 26 | 908 King Street, Suite 200<br>Alexandria, VA 22314 | |
| 27 | Telephone: (703) 684-4333<br>Facsimile: (703) 548-3181 | |
| 28 | E-Mail: nginsberg@dimuro.com<br>Bdimuro@dimuro.com | *For William Alan Potts (Defendant)* |

PROOF OF SERVICE

Page 3

|   |   |   |
|---|---|---|
| 1 | Bill J. Thompson | |
| 2 | 25375 Orchard Village Road<br>Suite 106 | |
| 3 | Valencia, CA  91351<br>Telephone: (661) 222-2207 | |
| 4 | Facsimile: (661) 259-9393<br>E-mail: thompsonlaw@prodigy.net | |
| 5 | | *For Defendant Andrew Barmakian* |
| 6 | | |
| 7 | Fentek Marine Systems GmbH<br>Langenstücken 36a. D-22393 | |
| 8 | Hamburg. Germany | *For Fentek Marine Systems GmbH (Defendant)* |
| 9 | | |
| 10 | | |
| 11 | Tomas Crawaack<br>Diestelstrabe 13 | |
| 12 | 22397 Hamburg<br>Germany | *For Tomas Crawaack (Defendant)* |
| 13 | | |

PROOF OF SERVICE

Page 4

# Mailing Information for a Case 2:10-cv-02319-GW -FFM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@murrayfrank.com

- **Paul M Alfieri**
  paul.alfieri@linklaters.com

- **Joseph P Armao**
  joseph.armao@linklaters.com

- **Gregory S Asciolla**
  gasciolla@labaton.com

- **Eric J Belfi**
  ebelfi@labaton.com

- **Robert H Bell**
  robert.bell@linklaters.com

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **William G Caldes**
  Bcaldes@srkw-law.com

- **Alejandra De Urioste**
  alejandra.deUrioste@cliffordchance.com

- **Anthony A DeCorso**
  adecorso@orrick.com

- **Jennifer Sabrina Elkayam**
  jelkayam@blechercollins.com

- **Adam R Fox**
  afox@ssd.com,clopez@ssd.com,agoodwin@ssd.com,hyang@ssd.com

- **Joni Forster Galvin**
  joni.forster_galvin@linklaters.com

- **Kevin Elliot Gaut**
  keg@msk.com,jda@msk.com

- **Brian H Getz**
  bhgetz@pacbell.net

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Roxann E Henry**
  henryr@howrey.com

- **Sally Ann Hostetler**
  sally.hostetler@ofplaw.com

- **Melissa K Hutts**
  mhutts@baronbudd.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Heather Lamberg Kafele**
  heather.kafele@shearman.com

- **Richard B Kendall**
  rkendall@kbkfirm.com,docket@kbkfirm.com,ghunter@kbkfirm.com

- **Inchan Andrew Kwon**
  inchan.kwon@haynesboone.com

- **J Burton LeBlanc , IV**
  bleblanc@baronbudd.com

- **Kellie Lerner**
  klerner@labaton.com

- **Ashlee R Lynn**
  alynn@kbkfirm.com,docket@kbkfirm.com,pperello@kbkfirm.com

- **David G Meyer**
  meyerd@howrey.com,struwet@howrey.com,andersondamon@howrey.com

- **Nathan Meyer**
  nmeyer@raklaw.com,ksanderlin@raklaw.com

- **James Drew Miller**
  jim.miller@cliffordchance.com

- **William L Monts , III**
  william.monts@hoganlovells.com

- **Nick S Movaghar**
  nmovaghar@linerlaw.com,clouipineda@linerlaw.com

- **Brian Phillip Murray**
  bmurray@murrayfrank.com

- **Keith Richard Palfin**
  keith.palfin@shearman.com

- **Bernard Persky**

bpersky@labaton.com,electroniccasefiling@labaton.com

- **Danielle M Randazzo**
  danielle.randazzo@linklaters.com

- **Petra M Reinecke**
  petra@schwartz-cera.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Larry C Russ**
  lruss@raklaw.com,lcdiaz@raklaw.com

- **Hollis Salzman**
  hsalzman@labaton.com

- **James C Sandberg , II**
  jcsandberg@bakerdonelson.com,pzane@bakerdonelson.com

- **Mazin A Sbaiti**
  msbaiti@baronbudd.com

- **Douglas R Schwartz**
  doug@schwartz-cera.com,jcorbelli@schwartz-cera.com,dmcgee@schwartz-cera.com

- **Andy Sohrn**
  asohrn@glancylaw.com

- **Eugene A Spector**
  espector@srkw-law.com

- **Jeffrey L Spector**
  jspector@srkw-law.com

- **Todd A Spiegelman**
  todd.spiegelman@cliffordchance.com

- **Bruce W Steckler**
  bsteckler@baronbudd.com,mhutts@baronbudd.com,bjoe@baronbudd.com

- **Randall J Sunshine**
  rsunshine@linerlaw.com,gtanzini@linerlaw.com

- **James P Tallon**
  jtallon@shearman.com

- **James B Weidner**
  james.weidner@cliffordchance.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**James J Corbelli**
Nixon Peabody
2 Embarcadero Ctr, Ste 2700
San Francisco, CA 94111-3996

**Bill J Thompson**
Thompson & King
,