Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

Hollis L. Salzman (*pro hac vice*)
Gregory S. Asciolla (*pro hac vice*)
William V. Reiss (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477
hsalzman@labaton.com
gasciolla@labaton.com
wreiss@labaton.com

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | Master Consolidated Case File No. CV10-2319-GW (FFMx) |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER CLARIFYING BRIEFING SCHEDULE; CONTINUING NOVEMBER 22, 2010 HEARING DATE ONLY AS TO ORAL ARGUMENT; AND SETTING FORTH AGENDA OF OTHER ISSUES RIPE FOR CONSIDERATION AT NOVEMBER 22, 2010 HEARING**<br><br>Assigned for all purposes to:<br>Judge:        Hon. George H. Wu<br>Courtroom:   10 |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

(1) Consistent with the parties stipulation filed with the Court on August 11, 2010 [D.E. 133], the date upon which Plaintiffs are required to respond to Defendants' dispositive motions and motion to correct misjoinder is November 5, 2010;

(2) Oral argument on Defendants' dispositive motions and motion to correct misjoinder shall be continued until the second week in January or anytime thereafter as the Court deems appropriate; and

(3) The Court will hold a status conference on November 22, 2010 at 8:30 a.m. to hear certain issues ripe for discussion, including:

- Overview of dispositive and other motions filed by Defendants;
- Scheduling oral argument on dispositive motions, if the Court is so inclined;
- Service of class certification discovery requests, commencement of class certification discovery, and class certification briefing schedule;
- Consolidation of new complaint filed by Ace Marine & Rigging; and
- Motion to file corrected amended complaint in order to substitute FenderCare Limited for Defendants James Fisher PLC and FenderCare Marine Solutions Limited.

Dated: October 26, 2010

_____
Hon. George H. Wu

Submitted by:

Lionel Z. Glancy  (#134180)
Michael Goldberg (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160
E-mail: info@glancylaw.com

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION
MASTER CONSOLIDATED CASE FILE NO. CV10-2319-GW (FFMx)

1

1 | Hollis L. Salzman (pro hac vice)
  | Email: hsalzman@labaton.com
2 | Gregory S. Asciolla (pro hac vice)
  | E-mail: gasciolla@labaton.com
3 | William V. Reiss (pro hac vice)
  | E-mail: wreiss@labaton.com
4 | LABATON SUCHAROW LLP
  | 140 Broadway
5 | New York, NY 10005
  | Telephone:  (212) 907-0700
6 | Facsimile:   (212) 818-0477

7 | *Interim Class Counsel,*
  | *Chair of the Executive Committee*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28