Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

Hollis L. Salzman (*pro hac vice*)
Gregory S. Asciolla (*pro hac vice*)
William V. Reiss (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
hsalzman@labaton.com
gasciolla@labaton.com
wreiss@labaton.com

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | Master Consolidated Case File No. CV10-2319-GW (FFMx) |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **DECLARATION OF GREGORY S. ASCIOLLA IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER CLARIFYING BRIEFING SCHEDULE; CONTINUING NOVEMBER 22, 2010 HEARING DATE ONLY AS TO ORAL ARGUMENT; AND SETTING FORTH AGENDA OF OTHER ISSUES RIPE FOR CONSIDERATION AT NOVEMBER 22, 2010 HEARING**<br><br>Assigned for all purposes to:<br>Judge:      Hon. George H. Wu<br>Courtroom:   10 |

DECLARATION OF GREGORY S. ASCIOLLA IN SUPPORT OF EX PARTE APPLICATION

I, Gregory S. Asciolla, declare as follows:

1. I am Of Counsel at the law firm of Labaton Sucharow, LLP ("Labaton"), Court-appointed Interim Class Counsel, Executive Committee Chair in the above-captioned matters. I am a member in good standing of the Bar of New York and have been admitted to practice *pro hac vice* before the Central District of California in the above-captioned matter. I submit this Declaration in support of Plaintiffs' *Ex Parte* Application For An Order Clarifying Briefing Schedule; Continuing November 22, 2010 Hearing Date Only as to Oral Argument; and Setting Forth Agenda of Other Issues Ripe for Consideration at November 22, 2010 Hearing. I have personal knowledge of the facts set forth below and if called as a witness, I could and would testify to these same facts under oath.

2. Attached hereto as Exhibit "A" is a true and correct copy of Plaintiffs' October 25, 2010 email to all defense counsel of record providing them with notification as required under Local Rule 7-19 governing *ex parte* applications.

3. On October 26, 2010, I, along with my colleague William Reiss, conferred with James Miller and Todd Spiegelman, counsel for Bridgestone.

4. During the meet and confer, Mr. Miller suggested that if Plaintiffs filed their oppositions on November 5, 2010, the date set forth in the stipulation filed by the parties on August 11, 2010 [D.E. 133], certain of the Defendants would file their replies on November 12, 2010.

5. Mr. Miller further indicated that Defendants were not willing to agree to a continuance of the date for oral argument of dispositive motions scheduled for November 22, 2010.

6. I informed Mr. Miller that, for the reasons set forth in Plaintiffs memorandum in support of this application, Plaintiffs intended to seek the relief requested herein.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed this 26th day of October, 2010, at New York, New York.

*[signature]*

Gregory S. Asciolla, Esq.

# EXHIBIT A

# Reiss, William V.

| | |
|---|---|
| **From:** | Reiss, William V. |
| **Sent:** | Monday, October 25, 2010 1:36 PM |
| **To:** | 'Adam R. Fox'; 'Alejandra De Urioste'; 'Anne Goodwin'; 'Anthony A. De Corso'; 'Ashlee R. Lynn'; 'Bety Javidzad'; 'Bill J. Thompson'; 'Brian Getz'; 'Danielle M. Randazzo'; 'David G. Meyer'; 'Douglas Schwartz'; 'Heather Lamberg Kafele'; 'Helen Yang'; 'Inchan Andrew Kwon'; 'James C. Sandberg'; 'James Miller'; 'James P. Tallon'; 'James R. Wade'; 'James Weidner '; 'Jennifer S. Elkayam'; 'Joni Foster Galvin'; 'Joseph P. Armao'; 'Keith R. Palfin'; 'Kevin E. Gaut'; 'Larry C. Russ'; 'Nathan D. Meyer'; 'Nick S. Movaghar'; 'Nina J. Ginsberg'; 'Paul M. Alfieri'; 'Petra M. Reinecke'; 'Phillip C. Zane'; 'Randall J. Sunshine'; 'Richard B. Kendall'; 'Robert Bell'; 'Roxann E. Henry'; 'Sally Ann Hostetler'; 'Todd A. Spiegelman'; 'William L. Monts, III' |
| **Cc:** | Asciolla, Gregory S. |
| **Subject:** | Marine Products: Nov. 22 Hearing |

Dear Counsel,

Plaintiffs intend to file an ex parte motion for clarification of the agenda for the November 22 hearing this week. We will be taking the position that it is premature to fully argue the motions to dismiss on that date, given that Defendants' replies are due the same day. We will be suggesting an alternative hearing date on the motions, if the court is inclined to hear argument, in mid-January.

We will also take the position that the November 22 hearing should not be continued, as there are other issues ripe for discussion. We will include these in a proposed agenda for the hearing.

Please let us know, as a group, whether Defendants intend to join in the ex parte motion, or file a separate response as provided under the rules. If Defendants wish to join, then we will send a draft mid-week.

Best,

Will


William V. Reiss
**Labaton Sucharow LLP**
140 Broadway
New York, NY 10005
T 212 907 0858
F 212 883 7058
wreiss@labaton.com
www.labaton.com


10/26/2010