SQUIRE, SANDERS & DEMPSEY L.L.P.
Adam R. Fox (State Bar No. 220584)
Email: afox@ssd.com
Anne Choi Goodwin (State Bar No. 216244)
Email: agoodwin@ssd.com
Helen H. Yang (State Bar No. 241170)
Email: hyang@ssd.com
555 South Flower Street, 31st Floor
Los Angeles, CA  90071-2300
Telephone:  +1.213.624.2500
Facsimile:   +1.213.623.4581

(admitted *pro hac vice*):
CLIFFORD CHANCE US LLP
James B. Weidner (NY Bar No. 1492107)
Email: james.weidner@cliffordchance.com
James D. Miller (NY Bar No. 2553113)
Email: jim.miller@cliffordchance.com
Todd A. Spiegelman (NY Bar No. 4444360)
Email: Todd.Spiegelman@cliffordchance.com
Alejandra deUrioste (NY Bar No. 4629499)
Email: Alejandra.deUrioste@cliffordchance.com
31 West 52nd Street
New York, New York  10019
Telephone:  +1.212.878.8000
Facsimile:   +1.212.878.8375

Attorneys for Defendants
BRIDGESTONE CORPORATION AND
BRIDGESTONE INDUSTRIAL PRODUCTS
AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION<br><br>**THIS DOCUMENT RELATES TO: ALL ACTIONS** | Master Consolidated Case File No. CV10-2319-GW (FFMx)<br><br>**BRIDGESTONE CORPORATION'S, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.'S, SUMITOMO RUBBER INDUSTRIES, LTD.'S, AND THE YOKOHAMA RUBBER CO., LTD.'S OPPOSITION TO PLAINTIFFS'** *EX PARTE* **APPLICATION FOR ORDER CLARIFYING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS**<br><br>Assigned for all purposes to:<br>Judge:       Hon. George H. Wu<br>Courtroom:  10 |

Defendants Bridgestone Corporation, Bridgestone Industrial Products America, Inc., Sumitomo Rubber Industries Ltd. and The Yokohama Rubber Co., Ltd. (collectively the "Undersigned Defendants") oppose Plaintiffs' *Ex Parte* Application to, among other things, adjourn oral argument on Defendants' Motions to Dismiss from November 22, 2010 to sometime in January 2011.

We request that the Court deny Plaintiffs' *Ex Parte* Application because (1) Plaintiffs could have requested relief immediately after the Court entered its order of September 2, 2010 setting the oral argument date, and therefore, emergency *Ex Parte* relief is unwarranted; and (2) Plaintiffs have no reasonable basis to seek adjournment of oral argument as they have had over two months between the filing of Defendants' Motions to Dismiss and the November 22 hearing date to prepare for oral argument.

## I.    BACKGROUND

On August 11, 2010, Plaintiffs and certain Defendants submitted a stipulation to the Court setting forth a proposed briefing schedule for Defendants' Motions to Dismiss (the "Motions").  [D.E. #133].  Pursuant to the stipulation, certain Defendants were to file their Motions on September 14, Plaintiffs would file their oppositions on November 5, and Defendants would reply on November 22.  The Court did not sign or enter this stipulation.  Instead, following a status conference on September 2, 2010, the Court entered an Order which set oral argument for November 22 and ordered briefing to comply with Local Rule 6 (the "Sept. 2 Order").  [D.E. #138].

Under Local Rule 6-1, Defendants were required to file their Motions at least 28 days before the November 22 oral argument date, i.e., on or before October 25. Defendants filed their Motions on September 14, well before the October 25 deadline and, pursuant to the Court's Sept. 2 Order, noticed oral argument for November 22.

Under this Court's Order and Local Rules 7-9 and 7-10, Plaintiffs are required to file their oppositions at least twenty-one days before the date of oral argument (i.e., on or before November 1) and Defendants are required to file their replies at least fourteen days before that date (i.e., on or before November 8).

Plaintiffs now file this *Ex Parte* Application (1) to extend the deadline for Plaintiffs' oppositions from November 1 to November 5; (2) to postpone oral argument from November 22 to mid-January of next year; and (3) to request that the Court nonetheless hold a conference on November 22 to address discovery issues. This *Ex Parte* Application should be denied.

## II.  ARGUMENT

### A.  *Ex Parte* Relief Is Unwarranted.

*Ex parte* applications are reserved solely for extraordinary and urgent relief, and are therefore rarely granted. *See Mission Power Engineering Co. v. Continental Casualty Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). "Ex parte applications are not intended to save the day for parties who have failed to present requests when they should have." *Id.* at 493. If the plaintiff is "not without fault in creating the crisis that requires ex parte relief," such as by needlessly delaying presentation of the issue to the Court, then *ex parte* relief is unwarranted. *Id*.

Here, Plaintiffs could have sought an adjournment of the oral argument date and an extension of time to file their oppositions immediately after the Court issued the Sept. 2 Order. Instead, Plaintiffs delayed filing this application for six weeks until days before their oppositions are due. Because Plaintiffs failed to present their requests when they should have, their extraordinary application for *ex parte* relief should be denied.

### B.  **Plaintiffs' *Ex Parte* Application Should Be Denied In Any Event.**

Plaintiffs' sole justification for seeking to postpone oral argument until after November 22 is that they do not have "sufficient time" to prepare their arguments. But, to date, Plaintiffs already have had over seven weeks to prepare for oral

argument. Indeed, a cursory review of the Motions shows that they all primarily rely on *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and its progeny, and accordingly, Plaintiffs' preparation for oral argument should be fairly straightforward.

Further, despite having had over seven weeks to draft their oppositions, Plaintiffs also seek to extend their time to file their oppositions from November 1 to November 5. The Undersigned Defendants (and certain other Defendants) already proposed extending the deadline for Plaintiffs to file their oppositions to November 5 (the date set forth in the unexecuted stipulation) and further proposed they would file replies on November 12. [See Asciolla Decl. ¶ 4]  Plaintiffs rejected this offer, again on the basis of insufficient time, even though this schedule would give Plaintiffs ten days to finish preparing for oral argument on November 22.

Plaintiffs' refusal to comply with the November 22 oral argument date, while at the same time demanding that the Court hold a discovery conference on that date, reveals their true intentions.  They seek to burden Defendants with onerous discovery before this Court can determine whether Plaintiffs' claims are even meritorious.  Indeed, on October 21, Plaintiffs submitted broad discovery requests that went far beyond the limited "class discovery" permitted in the Sept. 2 Order.

Plaintiffs' objective, moreover, runs afoul of the Supreme Court's guidance in *Twombly*.  There, the Court recognized the burdensome, expensive, and intrusive discovery obligations that arise in antitrust cases, and held that Rule 8(a)(2) of the Federal Rules of Civil Procedure prohibits plaintiffs with insufficient allegations from burdening defendants and the courts with discovery.  Echoing the Supreme Court's concern, the Ninth Circuit recently observed that "discovery in antitrust cases frequently causes substantial expenditures and gives the plaintiff the opportunity to extort large settlements even where he does not have much of a case." *Kendall v. Visa U.S.A., Inc.*, 518 F.3d 1042, 1047 (9th Cir. 2008).

### III. CONCLUSION

For the foregoing reasons, the Undersigned Defendants request that Plaintiffs' *Ex Parte* Application be denied.

Dated: October 27, 2010        By:        /s/ *Adam R. Fox*

        Adam R. Fox
        Anne C. Goodwin
        Helen H. Yang
        **SQUIRE, SANDERS & DEMPSEY L.L.P.**
        555 South Flower Street, 31st Floor
        Los Angeles, CA  90071-2300
        Telephone: (213) 624-2500
        Facsimile:  (213) 623-4581
        afox@ssd.com
        agoodwin@ssd.com
        hyang@ssd.com

        James B. Weidner (NY Bar No. 1492107)
        James D. Miller (NY Bar No. 2553113)
        Todd A. Spiegelman (NY Bar No. 4444360)
        Alejandra deUrioste (NY Bar No. 4629499)
        **CLIFFORD CHANCE US LLP**
        31 West 52nd Street
        New York, NY 10019
        Telephone: (212) 878-8000
        Facsimile: (212) 878-8375
        james.weidner@cliffordchance.com
        jim.miller@cliffordchance.com
        todd.spiegelman@cliffordchance.com
        alejandra.deurioste@cliffordchance.com

Attorney for Defendants
BRIDGESTONE CORPORATION AND BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.

| | |
|---|---|
| Dated:  October 27, 2010 | By:   /s/ *Robert H. Bell* |

                                                Joseph P. Armao
Paul M. Alfieri
Danielle M. Randazzo
Robert H. Bell
Joni Forster Galvin
**LINKLATERS LLP**
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
E-mail: joseph.armaolinklaters.com
paul.alfieri@hnklaters.com
danielle.randazzo@linklaters.com
robert.bell@linklaters.com
joni.forster_galvin@linklaters.com

Richard B. Kendall (90072)
Nicholas F. Daum (236155)
Gabriel D. Miller (243359)
Ashlee R. Lynn (261002)
**KENDALL BRILL & KLIEGER LLP**
10100 Santa Monica Blvd, Suite 1725
Los Angeles, California 90067
(310) 556-2700 (telephone)
(310) 556-2705 (facsimile)
rkendall@kbkfirm.com
ndaum@kbkfirm.com
alynn@kbkfirm.com

Attorney for Defendant
THE YOKOHAMA RUBBER COMPANY, LTD.

| | |
|---|---|
| Dated: October 27, 2010 | By: /s/ *signature* |

Heather Lamberg Kafele
Keith Richard Palfin
**SHEARMAN & STERLING LLP**
801 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20004-2634
Telephone: (202) 508-8097
Facsimile:(202) 508-8100
Email: hkafele shearman.com
keith.pathn@shearman.com

Randall J. Sunshine
Nick S. Movaghar
**LINER GRODE STEIN YANKELEVITZ**
**SUNSHINE REGENSTREIF & TAYLOR**
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: (310) 500-3501
Facsimile: (310) 500-3501
Email: mmovaghar@linerlaw.com
rsunshine@linerlaw.com

Attorney for Defendant
SUMITOMO RUBBER INDUSTRIES, LTD.

# PROOF OF SERVICE

(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 31st Floor, Los Angeles, California 90071. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 27, 2010, I served the following document(s):

**BRIDGESTONE CORPORATION'S, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.'S, SUMITOMO RUBBER INDUSTRIES, LTD.'S, AND THE YOKOHAMA RUBBER CO., LTD.'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR ORDER CLARIFYING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS**

Service was accomplished as follows.

**BY ELECTRONIC SERVICE VIA NEF/COURT:**

| | |
|---|---|
| Hollis L. Salzman<br>Gregory S. Asciolla<br>William V. Reiss<br>Eric Belfi<br>Kellie Lerner<br>Bernard Persky<br>**LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>hsalzman@labaton.com<br>gasciolla@labaton.com<br>wreiss@labaton.com<br>ebelfi@labaton.com<br>klerner@labaton.com<br>bpersky@labaton.com<br>*For Plaintiffs and the Proposed Class* | Peter A. Binkow<br>Lionel Z. Glancy<br>Michael Goldberg<br>Andy Sohrn<br>**GLANCY BINKOW & GOLDBERG LLP**<br>1801 Ave. of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>pbinkow@glancylaw.com<br>lglancy@glancylaw.com<br>mmgoldberg@glancylaw.com<br>asohrn@glancylaw.com<br>*For Plaintiffs and the Proposed Class* |

| | |
|---|---|
| Brian P. Murray<br>Lee Albert<br>MURRAY, FRANK & SAILER LLP<br>275 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 682-1818<br>Fax: (212) 682-1818<br>bmurray@murrayfrank.com<br>lalbert@murraryfrank.com<br>*For Plaintiffs and the Proposed Class* | Eugene A. Spector<br>William G. Caldes<br>Jeffrey L. Spector<br>SPECTOR, ROSEMAN, KODROFF & WILLIS PC<br>1101 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20004<br>Telephone: (202) 756-3600<br>Fax: (202) 756-3602<br>espector@srkw-law.com<br>*For Plaintiffs and the Proposed Class* |
| J. Burton LeBlanc<br>Bruce Steckler<br>Melissa Hutts<br>Mazin A. Sbaiti<br>**BARON & BUDD, P.C.**<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Telephone: (214) 521-3605<br>Facsimile: (214) 520-1181<br>bleblanc@baronbudd.com<br>bsteckler@baronbudd.com<br>mhutts@baronbudd.com<br>msbaiti@baronbudd.com<br>*For Plaintiffs and the Proposed Class* | James B. Weidner (NY Bar No. 1492107)<br>James D. Miller (NY Bar No. 2553113)<br>Todd A. Spiegelman (NY Bar No. 4444360)<br>Alejandra deUrioste (NY Bar No. 4629499)<br>**CLIFFORD CHANCE LLP**<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 878-8000<br>Facsimile: (212) 878-8375<br>james.weidner@cliffordchance.com<br>jim.miller@cliffordchance.com<br>todd.spiegelman@cliffordchance.com<br>alejandra.deurioste@cliffordchance.com<br>*For Defendants Bridgestone Corporation and Bridgestone Industrial Products America, Inc.* |

SQUIRE, SANDERS & DEMPSEY L.L.P.
555 South Flower Street, 31st Floor
Los Angeles, CA 90071-2300

| | |
|---|---|
| Sally Ann Hostetler<br>**ODIN, FELDMAN & PITTLEMAN, P.C.**<br>9302 Lee Highway<br>Suite 1100<br>Fairfax, VA 22031<br>Telephone: (703) 218-2100<br>Facsimile: (703) 218-2160<br>Sally.Hostetler@ofplaw.com<br>For Defendants *Frank March, SII, Inc. f/k/a Seaward International, Inc., SHI, Inc. f/k/a Seaward Holdings, Inc.* | Bety Javidzad<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 785-4624<br>Facsimile: (310) 785-4601<br>bety.javidzad@hoganlovells.com<br>*For Defendants John R. Deats, II and Maritime International Inc.* |
| William L. Monts, III<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 637-6440<br>Facsimile: (202) 637-5910<br>william.monts@hoganlovells.com<br>*For Defendants John R. Deats, II and Maritime International Inc.* | Kevin E. Gaut<br>**MITCHELL SILBERBERG & KNUPP LLP**<br>11377 W. Olympic Boulevard<br>Los Angeles, CA 90064<br>Telephone: (310) 312-3179<br>Facsimile: (310) 231-8379<br>E-mail: keg@msk.com<br>*For Defendants Frank March, SII, Inc. f/k/a Seaward International, Inc., SHI, Inc. f/k/a Seaward Holdings, Inc.* |
| David G. Meyer<br>**HOWREY LLP**<br>550 South Hope St.<br>Suite 1100<br>Los Angeles, CA 90071<br>Telephone: (213) 892-1928<br>Facsimile: (213) 892-2300<br>MeyerD@howrey.com<br>*For Defendant Virginia Harbor Services, Inc. d/b/a SEAWARD* | Roxann E. Henry<br>**HOWREY LLP**<br>1299 Pennsylvania Avenue NW<br>Washington, DC 20004<br>Telephone: (202) 383-6503<br>Facsimile: (202) 383-6610<br>HenryR@howrey.com<br>*For Defendant Virginia Harbor Services, Inc. d/b/a SEAWARD* |

| | |
|---|---|
| Douglas Schwartz<br>James J. Corbelli<br>Petra M. Reinecke<br>**SCHWARTZ & CERA LLP**<br>44 Montgomery Street<br>Suite 3850<br>San Francisco, CA 94104<br>Telephone: (415) 956-2600<br>Facsimile: (415) 438-2655<br>doug@schwartz-cera.com<br>petra@schwartz-cera.com<br>*For Defendants FenderCare Marine Solutions, Ltd. and James Fisher PLC* | Brian H. Getz<br>**BRIAN H. GETZ LAW OFFICES**<br>44 Montgomery Street<br>Suite 3850<br>San Francisco, CA 94104<br>Telephone: (415) 912-5886<br>Facsimile: (415) 438-2655<br>bhgetz@pacbell.net<br>*For Defendants FenderCare Marine Solutions, Ltd. and James Fisher PLC* |
| Heather Lamberg Kafele<br>Keith Richard Palfin<br>James P. Tallon<br>**SHEARMAN & STERLING LLP**<br>801 Pennsylvania Avenue, NW,<br>Suite 900<br>Washington, DC 20004-2634<br>Telephone: (202) 508-8097<br>Facsimile:(202) 508-8100<br>Email: hkafeleshearman.com<br>keith.pathn@shearman.com<br>jtallon@shearman.com<br>*For Defendant Sumitomo Rubber Industries, Ltd.* | Randall J. Sunshine<br>Nick S. Movaghar<br>**LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR**<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024<br>Telephone: (310) 500-3501<br>Facsimile: (310) 500-3501<br>Email: mmovaghar@linerlaw.com<br>rsunshine@linerlaw.com<br>*For Defendant Sumitomo Rubber Industries, Ltd.* |

| | |
|---|---|
| Joseph P. Armao<br>Paul M. Alfieri<br>Danielle M. Randazzo<br>Robert H. Bell<br>Joni Forster Galvin<br>**LINKLATERS LLP**<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Telephone: (212) 903-9000<br>Facsimile: (212) 903-9100<br>E-mail:<br>joseph.armaolinklaters.com<br>paul.alfieri@hnklaters.com<br>danielle.randazzo@linklaters.com<br>robert.bell@linklaters.com<br>joni.forster_galvin@linklaters.com<br>*For Defendant The Yokohama Rubber Company, Ltd.* | Richard B. Kendall (90072)<br>Ashlee R. Lynn (261002)<br>**KENDALL BRILL & KLIEGER LLP**<br>10100 Santa Monica Blvd, Suite 1725<br>Los Angeles, California 90067<br>(310) 556-2700 (telephone)<br>(310) 556-2705 (facsimile)<br>rkendall@kbkfirm.com<br>alynn@kbkfirm.com<br>*For Defendant The Yokohama Rubber Company, Ltd.* |

# BY U.S. MAIL

On October 28, 2010, I will cause to be served by U.S. Mail, **BRIDGESTONE CORPORATION'S, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.'S, SUMITOMO RUBBER INDUSTRIES, LTD.'S, AND THE YOKOHAMA RUBBER CO., LTD.'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR ORDER CLARIFYING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS** in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Andrew A. Esbenshade<br>**CALDWELL LESLIE & PROCTOR PC**<br>1000 Wilshire Blvd, Suite 600<br>Los Angeles, California 90017<br>(213) 629-9040 (telephone)<br>(213) 629-9022 (facsimile)<br>esbenshade@caldwell-leslie.com<br>*For Plaintiffs and the Proposed Class* | A. Craig Eiland<br>Attorney at Law<br>2211 The Strand, Suite 201<br>Galveston, TX 77550<br>Telephone: (409) 763-3260<br>Facsimile: (713) 513-5211<br>ceiland@eilandlaw.com<br>*For Plaintiffs and the Proposed Class* |
| Gregory P. Hansel<br>Randall B. Weill<br>**PRETI FLAHERTY BELIVEAU & PACHIOS LLP**<br>P.O. Box 9546<br>One City Center<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>Facsimile: (207) 791-3111<br>ghansel@preti.com<br>rweill@preti.com<br>*For Plaintiffs and the Proposed Class* | M. Stephen Dampier<br>**VICKERS, RIIS, MURRAY & CURRAN, L.L.C.**<br>Post Office Drawer 2568<br>Mobile, AL 36652-2568<br>Telephone: (251) 432-9772<br>Facsimile: (251) 432-9781<br>sdampier@vickersriis.com<br>*For Plaintiffs and the Proposed Class* |
| Charles E. Tompkins<br>Todd S. Heyman<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439-3939<br>Facsimile: (617) 439-0134<br>ctompkins@shulaw.com<br>theyman@shulaw.com<br>*For Plaintiffs and the Proposed Class* | Paul Holtzman<br>**KROKIDAS & BLUESTEIN LLP**<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Telephone: (617) 482-7211<br>Facsimile: (617) 482-7212<br>pholtzman@kb-law.com<br>*For Plaintiffs and the Proposed Class* |

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
555 South Flower Street, 31st Floor
Los Angeles, CA  90071-2300

| | | |
|---|---|---|
| 1 | Gerald O. Gussoni, Jr. | Nathan D. Meyer |
| 2 | Jeffery M. Lynch | RUSS AUGUST & KABAT |
| 3 | Joseph W. Fritz, Jr. | 12424 Wilshire Boulevard, 12th Floor |
| 4 | Diana T. A. Hale | Los Angeles, CA 90025 |
| | 1350 Port of New Orleans Place | Telephone: (310) 826-7474 |
| 5 | New Orleans, LA 70130 | Facsimile: (310) 826-6991 |
| 6 | Telephone: (504) 528-3228 | E-mail: nmeyer@raklaw.com |
| | Facsimile: (504) 528-3209 | *For Defendants Marine Fenders International Inc, Gerald Thermos,, Waterman Supply Company, Inc, and Seymour Waterman* |
| 7 | gussonib@portno.com | |
| 8 | lynchj@portno.com | |
| | fritzj@portno.com | |
| 9 | haled@portno.com | |
| 10 | *Additional Counsel for Plaintiff Board of Commissioners of The Port of New Orleans* | |
| 11 | | |
| 12 | Jennifer S. Elkayam | James R. Wade |
| | BLECHER & COLLINS | HAYNES & BOONE |
| 13 | 515 South Figueroa Street | 1615 L Street, NW, Suite 800 |
| | Suite 1750 | Washington, DC 20036-5610 |
| 14 | Los Angeles, CA 90071 | Telephone: (202) 654-4543 |
| | Telephone: (213) 622-4222 | Fax: (202) 654-4273 |
| 15 | Facsimile: (213) 622-1656 | jim.wade@haynesboone.com |
| | Email: | *For Donald Murray* |
| 16 | jelkayam@blechercollins.com | |
| 17 | *For Defendant Urethane Products Corporation* | |
| 18 | Phillip C. Zane | Ronald N. Sarian |
| | BAKER, DONELSON, | ASTOR & PHILLIPS |
| 19 | BEARMAN, CALDWELL & | 800 Wilshire Blvd. |
| | BERKOWITZ, PC | 15th Floor |
| 20 | Lincoln Square | Los Angeles CA 90017-2619 |
| | 555 Eleventh Street, N.W. | Telephone: (213) 680-9212 |
| 21 | 6th Floor | Facsimile: (213) 891-2910 |
| | Washington, DC 20004 | E-mail: rsarian@astor-phillips.com |
| 22 | Telephone: 202.508.3490 | *For Defendant Andrew Barmakian* |
| | Facsimile: 202.220.2290 | |
| 23 | E-mail: pzane@bakerdonelson.com | |
| | *For Defendant Robert B. Taylor* | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
555 South Flower Street, 31st Floor
Los Angeles, CA  90071-2300

- 14 -

| | |
|---|---|
| Nina Ginsberg<br>Ben DiMuro<br>DiMUROGINSBURG, PC<br>908 King Street, Suite 200<br>Alexandria, VA 22314<br>Telephone: (703) 684-4333<br>Fax: (703) 548-3181<br>E-mail: nginsberg@dimuro.com<br>Bdimuro@dimuro.com<br>*For Defendant William Alan Potts* | |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

☒ **By U.S. Mail, According to Normal Business Practices.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ ELECTRONIC SERVICE VIA NEF/COURT

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 27, 2010, at Los Angeles, California.

/s/ *Consuelo M. Lopez*
Consuelo M. Lopez

LOSANGELES/316390.1

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
555 South Flower Street, 31st Floor
Los Angeles, CA 90071-2300

- 15 -