SQUIRE, SANDERS & DEMPSEY L.L.P.
Adam R. Fox (State Bar No. 220584)
Email: afox@ssd.com
Anne Choi Goodwin (State Bar No. 216244)
Email: agoodwin@ssd.com
Helen H. Yang (State Bar No. 241170)
Email: hyang@ssd.com
555 South Flower Street, 31st Floor
Los Angeles, CA  90071-2300
Telephone:  +1.213.624.2500
Facsimile:   +1.213.623.4581

(admitted *pro hac vice*):
CLIFFORD CHANCE US LLP
James B. Weidner (NY Bar No. 1492107)
Email: james.weidner@cliffordchance.com
James D. Miller (NY Bar No. 2553113)
Email: jim.miller@cliffordchance.com
Todd A. Spiegelman (NY Bar No. 4444360)
Email: Todd.Spiegelman@cliffordchance.com
Alejandra deUrioste (NY Bar No. 4629499)
Email: Alejandra.deUrioste@cliffordchance.com
31 West 52nd Street
New York, New York  10019
Telephone:  +1.212.878.8000
Facsimile:   +1.212.878.8375

Attorneys for Defendants
BRIDGESTONE CORPORATION AND
BRIDGESTONE INDUSTRIAL PRODUCTS
AMERICA. INC.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION<br><br>**THIS DOCUMENT RELATES TO: ALL ACTIONS** | Master Consolidated Case File No. CV10-2319-GW (FFMx)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' *EX PARTE* APPLICATION FOR ORDER CLARIFYING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS**<br><br>Assigned for all purposes to:<br>Judge:       Hon. George H. Wu<br>Courtroom:  10 |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
555 South Flower Street, 31st Floor
Los Angeles, California  90071-2300

[PROPOSED] ORDER DENYING
PLAINTIFFS' *EX PARTE* APPLICATION

The *Ex Parte* Application By Plaintiffs For Order Clarifying Briefing Schedule on Dispositive Motions was filed with the Court on October 26, 2010. After considering the moving and opposition papers, and the records and files in this action, the Court finds that Plaintiffs have not demonstrated good cause that entitles them to the extraordinary relief requested in their *Ex Parte* Application.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiffs' *Ex Parte* Application is DENIED.

**IT IS SO ORDERED.**

DATED: _____    _____

The Honorable George H. Wu
UNITED STATES DISTRICT JUDGE

SQUIRE, SANDERS &
DEMPSEY L.L.P.
555 South Flower Street, 31st Floor
Los Angeles, CA  90071-2300

- 2 -

[PROPOSED] ORDER DENYING
PLAINTIFFS' *EX PARTE* APPLICATION

## PROOF OF SERVICE

(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 31st Floor, Los Angeles, California 90071. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 27, 2010, I served the following document(s):

**[PROPOSED] ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER CLARIFYING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS**

Service was accomplished as follows.

**BY ELECTRONIC SERVICE VIA NEF/COURT:**

| | |
|---|---|
| Hollis L. Salzman<br>Gregory S. Asciolla<br>William V. Reiss<br>Eric Belfi<br>Kellie Lerner<br>Bernard Persky<br>**LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>hsalzman@labaton.com<br>gasciolla@labaton.com<br>wreiss@labaton.com<br>ebelfi@labaton.com<br>klerner@labaton.com<br>bpersky@labaton.com<br>*For Plaintiffs and the Proposed Class* | Peter A. Binkow<br>Lionel Z. Glancy<br>Michael Goldberg<br>Andy Sohrn<br>**GLANCY BINKOW & GOLDBERG LLP**<br>1801 Ave. of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>pbinkow@glancylaw.com<br>lglancy@glancylaw.com<br>mmgoldberg@glancylaw.com<br>asohrn@glancylaw.com<br>*For Plaintiffs and the Proposed Class* |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
555 South Flower Street, 31st Floor
Los Angeles, CA 90071-2300

[PROPOSED] ORDER DENYING
PLAINTIFFS' *EX PARTE* APPLICATION

| | |
|---|---|
| Brian P. Murray<br>Lee Albert<br>**MURRAY, FRANK & SAILER LLP**<br>275 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 682-1818<br>Fax: (212) 682-1818<br>bmurray@murrayfrank.com<br>lalbert@murraryfrank.com<br>*For Plaintiffs and the Proposed Class* | Eugene A. Spector<br>William G. Caldes<br>Jeffrey L. Spector<br>**SPECTOR, ROSEMAN, KODROFF & WILLIS PC**<br>1101 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20004<br>Telephone: (202) 756-3600<br>Fax: (202) 756-3602<br>espector@srkw-law.com<br>*For Plaintiffs the Proposed Class* |
| J. Burton LeBlanc<br>Bruce Steckler<br>Melissa Hutts<br>Mazin A. Sbaiti<br>**BARON & BUDD, P.C.**<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Telephone: (214) 521-3605<br>Facsimile: (214) 520-1181<br>bleblanc@baronbudd.com<br>bsteckler@baronbudd.com<br>mhutts@baronbudd.com<br>msbaiti@baronbudd.com<br>*For Plaintiffs and the Proposed Class* | James B. Weidner (NY Bar No. 1492107)<br>James D. Miller (NY Bar No. 2553113)<br>Todd A. Spiegelman (NY Bar No. 4444360)<br>Alejandra deUrioste (NY Bar No. 4629499)<br>**CLIFFORD CHANCE LLP**<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 878-8000<br>Facsimile: (212) 878-8375<br>james.weidner@cliffordchance.com<br>jim.miller@cliffordchance.com<br>todd.spiegelman@cliffordchance.com<br>alejandra.deurioste@cliffordchance.com<br>*For Defendants Bridgestone Corporation and Bridgestone Industrial Products America, Inc.* |

| | |
|---|---|
| Sally Ann Hostetler<br>**ODIN, FELDMAN &<br>PITTLEMAN, P.C.**<br>9302 Lee Highway<br>Suite 1100<br>Fairfax, VA 22031<br>Telephone: (703) 218-2100<br>Facsimile: (703) 218-2160<br>Sally.Hostetler@ofplaw.com<br>For Defendants *Frank March, SII,<br>Inc. f/k/a Seaward International,<br>Inc., SHI, Inc. f/k/a Seaward<br>Holdings, Inc.* | Bety Javidzad<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 785-4624<br>Facsimile: (310) 785-4601<br>bety.javidzad@hoganlovells.com<br>*For Defendants John R. Deats, II and<br>Maritime International Inc.* |
| William L. Monts, III<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 637-6440<br>Facsimile: (202) 637-5910<br>william.monts@hoganlovells.com<br>*For Defendants John R. Deats, II<br>and Maritime International Inc.* | Kevin E. Gaut<br>**MITCHELL SILBERBERG &<br>KNUPP<br>LLP**<br>11377 W. Olympic Boulevard<br>Los Angeles, CA 90064<br>Telephone: (310) 312-3179<br>Facsimile: (310) 231-8379<br>E-mail: keg@msk.com<br>*For Defendants Frank March, SII, Inc.<br>f/k/a Seaward International, Inc., SHI, Inc.<br>f/k/a Seaward Holdings, Inc.* |
| David G. Meyer<br>**HOWREY LLP**<br>550 South Hope St.<br>Suite 1100<br>Los Angeles, CA 90071<br>Telephone: (213) 892-1928<br>Facsimile: (213) 892-2300<br>MeyerD@howrey.com<br>*For Defendant Virginia Harbor<br>Services, Inc. d/b/a SEAWARD* | Roxann E. Henry<br>**HOWREY LLP**<br>1299 Pennsylvania Avenue NW<br>Washington, DC 20004<br>Telephone: (202) 383-6503<br>Facsimile: (202) 383-6610<br>HenryR@howrey.com<br>*For Defendant Virginia Harbor Services,<br>Inc. d/b/a SEAWARD* |

Douglas Schwartz
James J. Corbelli
Petra M. Reinecke
**SCHWARTZ & CERA LLP**
44 Montgomery Street
Suite 3850
San Francisco, CA 94104
Telephone: (415) 956-2600
Facsimile: (415) 438-2655
doug@schwartz-cera.com
petra@schwartz-cera.com
*For Defendants FenderCare Marine Solutions, Ltd. and James Fisher PLC*

Brian H. Getz
**BRIAN H. GETZ LAW OFFICES**
44 Montgomery Street
Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655
bhgetz@pacbell.net
*For Defendants FenderCare Marine Solutions, Ltd. and James Fisher PLC*

Heather Lamberg Kafele
Keith Richard Palfin
James P. Tallon
**SHEARMAN & STERLING LLP**
801 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20004-2634
Telephone: (202) 508-8097
Facsimile:(202) 508-8100
Email: hkafeleshearman.com
keith.pathn@shearman.com
jtallon@shearman.com
*For Defendant Sumitomo Rubber Industries, Ltd.*

Randall J. Sunshine
Nick S. Movaghar
**LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR**
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: (310) 500-3501
Facsimile: (310) 500-3501
Email: rsunshine@linerlaw.com
mmovaghar@linerlaw.com

*For Defendant Sumitomo Rubber Industries, Ltd.*

SQUIRE, SANDERS &
DEMPSEY L.L.P.
555 South Flower Street, 31st Floor
Los Angeles, CA 90071-2300

- 6 -

[PROPOSED] ORDER DENYING
PLAINTIFFS' *EX PARTE* APPLICATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joseph P. Armao
Paul M. Alfieri
Danielle M. Randazzo
Robert H. Bell
Joni Forster Galvin
**LINKLATERS LLP**
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
E-mail:
joseph.armaolinklaters.com
paul.alfieri@hnklaters.com
danielle.randazzo@linklaters.com
robert.bell@linklaters.com
joni.forster_galvin@linklaters.com
*For Defendant The Yokohama Rubber Company, Ltd.*

Richard B. Kendall (90072)
Ashlee R. Lynn (261002)
**KENDALL BRILL & KLIEGER LLP**
10100 Santa Monica Blvd, Suite 1725
Los Angeles, California 90067
(310) 556-2700 (telephone)
(310) 556-2705 (facsimile)
rkendall@kbkfirm.com
alynn@kbkfirm.com
*For Defendant The Yokohama Rubber Company, Ltd.*

[PROPOSED] ORDER DENYING PLAINTIFFS' *EX PARTE* APPLICATION

## BY U.S. MAIL

On October 28, 2010, I will cause to be served by U.S. Mail, **[PROPOSED] ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER CLARIFYING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS** in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Andrew A. Esbenshade<br>**CALDWELL LESLIE &**<br>**PROCTOR PC**<br>1000 Wilshire Blvd, Suite 600<br>Los Angeles, California 90017<br>(213) 629-9040 (telephone)<br>(213) 629-9022 (facsimile)<br>esbenshade@caldwell-leslie.com<br>*For Plaintiffs and the Proposed Class* | A. Craig Eiland<br>Attorney at Law<br>2211 The Strand, Suite 201<br>Galveston, TX 77550<br>Telephone: (409) 763-3260<br>Facsimile: (713) 513-5211<br>ceiland@eilandlaw.com<br>*For Plaintiffs and the Proposed Class* |
| Gregory P. Hansel<br>Randall B. Weill<br>**PRETI FLAHERTY BELIVEAU**<br>**& PACHIOS LLP**<br>P.O. Box 9546<br>One City Center<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>Facsimile: (207) 791-3111<br>ghansel@preti.com<br>rweill@preti.com<br>*For Plaintiffs and the Proposed Class* | M. Stephen Dampier<br>**VICKERS, RIIS, MURRAY &**<br>**CURRAN, L.L.C.**<br>Post Office Drawer 2568<br>Mobile, AL 36652-2568<br>Telephone: (251) 432-9772<br>Facsimile: (251) 432-9781<br>sdampier@vickersriis.com<br>*For Plaintiffs and the Proposed Class* |
| Charles E. Tompkins<br>Todd S. Heyman<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439-3939<br>Facsimile: (617) 439-0134<br>ctompkins@shulaw.com<br>theyman@shulaw.com<br>*For Plaintiffs and the Proposed Class* | Paul Holtzman<br>**KROKIDAS & BLUESTEIN LLP**<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Telephone: (617) 482-7211<br>Facsimile: (617) 482-7212<br>pholtzman@kb-law.com<br>*For Plaintiffs and the Proposed Class* |

| | |
|---|---|
| Gerald O. Gussoni, Jr.<br>Jeffery M. Lynch<br>Joseph W. Fritz, Jr.<br>Diana T. A. Hale<br>1350 Port of New Orleans Place<br>New Orleans, LA 70130<br>Telephone: (504) 528-3228<br>Facsimile: (504) 528-3209<br>gussonib@portno.com<br>lynchj@portno.com<br>fritzj@portno.com<br>haled@portno.com<br>*Additional Counsel for Plaintiff*<br>*Board of Commissioners of The Port of New Orleans* | Nathan D. Meyer<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br>E-mail: nmeyer@raklaw.com<br>*For Defendants Marine Fenders International Inc, Gerald Thermos,, Waterman Supply Company, Inc, and Seymour Waterman* |
| Jennifer S. Elkayam<br>BLECHER & COLLINS<br>515 South Figueroa Street<br>Suite 1750<br>Los Angeles, CA 90071<br>Telephone: (213) 622-4222<br>Facsimile: (213) 622-1656<br>Email:<br>jelkayam@blechercollins.com<br>*For Defendant Urethane Products Corporation* | James R. Wade<br>HAYNES & BOONE<br>1615 L Street, NW, Suite 800<br>Washington, DC 20036-5610<br>Telephone: (202) 654-4543<br>Fax: (202) 654-4273<br>jim.wade@haynesboone.com<br>*For Donald Murray* |
| Phillip C. Zane<br>BAKER, DONELSON,<br>BEARMAN, CALDWELL &<br>BERKOWITZ, PC<br>Lincoln Square<br>555 Eleventh Street, N.W.<br>6th Floor<br>Washington, DC 20004<br>Telephone: 202.508.3490<br>Facsimile: 202.220.2290<br>E-mail: pzane@bakerdonelson.com<br>*For Defendant Robert B. Taylor* | Ronald N. Sarian<br>ASTOR & PHILLIPS<br>800 Wilshire Blvd.<br>15th Floor<br>Los Angeles CA 90017-2619<br>Telephone: (213) 680-9212<br>Facsimile: (213) 891-2910<br>E-mail: rsarian@astor-phillips.com<br>*For Defendant Andrew Barmakian* |

Nina Ginsberg
Ben DiMuro
DiMUROGINSBURG, PC
908 King Street, Suite 200
Alexandria, VA 22314
Telephone: (703) 684-4333
Fax: (703) 548-3181
E-mail: nginsberg@dimuro.com
        Bdimuro@dimuro.com
*For Defendant William Alan Potts*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

☒ **By U.S. Mail, According to Normal Business Practices.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ ELECTRONIC SERVICE VIA NEF/COURT

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 27, 2010, at Los Angeles, California.

_/s/ Consuelo M. Lopez_____

Consuelo M. Lopez

SQUIRE, SANDERS &
DEMPSEY L.L.P.
555 South Flower Street, 31st Floor
Los Angeles, CA 90071-2300

- 10 -

[PROPOSED] ORDER DENYING
PLAINTIFFS' *EX PARTE* APPLICATION

1

2

LOSANGELES/316376.1

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28