UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2319-GW(ffmx) | Date | October 29, 2010 |
|---|---|---|---|
| Title | *Board of Trustees of the Galveston Wharves, et al. v. Trelleborg AB, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter | Tape No. |

Attorney Present for Plaintiff:         Attorney Present for Defendant:

None Present         None Present

**PROCEEDINGS: (IN CHAMBERS)**   COURT ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER FOR CLARIFYING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS; CONTINUING NOVEMBER 22, 2010 HEARING DATE ONLY AS TO ORAL ARGUMENT ON THE MOTIONS; AND SETTING FORTH AGENDA OF ISSUES RIPE FOR CONSIDERATION AT NOVEMBER 22, 2010 HEARING (filed 10/26/10)

The Court DENIES Plaintiffs' ex Parte Application for Order for Clarifying Briefing Schedule on Dispositive Motions; Continuing November 22, 2010 Hearing Date Only as to Oral Argument on the Motions; and Setting Forth Agenda of Issues Ripe for Consideration at November 22, 2010 Hearing (filed 10/26/10).

The Motions hearing remains set for November 22, 2010. The Court sets a **Telephonic** Status Conference for **November 18, 2010 at 8:30 a.m.** Counsel shall call the clerk two days prior with their contact information.

**IT IS SO ORDERED.**

Initials of Preparer    JG