Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

Hollis L. Salzman (*pro hac vice*)
hsalzman@labaton.com
Gregory S. Asciolla (*pro hac vice*)
gasciolla@labaton.com
William V. Reiss (*pro hac vice*)
wreiss@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Interim Class Counsel,
Chair of the Executive Committee*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE MARINE PRODUCTS ANTITRUST LITIGATION<br><br>**THIS DOCUMENT RELATES TO: ALL ACTIONS** | Master Consolidated Case File No. CV10-2319-GW (FFMx)<br><br>**PLAINTIFFS' EX PARTE APPLICATION AND MEMORANDUM OF LAW FOR ORDER GRANTING LEAVE TO FILE A CORRECTED RESPONSE IN OPPOSITION TO MOTION TO QUASH SERVICE AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION FILED BY DEFENDANT PETER NILSSON**<br><br>Assigned for all purposes to:<br>Judge:       Hon. George H. Wu<br>Courtroom:   10 |
|---|---|

PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE CORRECTED RESPONSE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 7-19 and the Standing Order of the Honorable Judge George H. Wu, Plaintiffs hereby apply *ex parte* for an Order granting Plaintiffs leave to file a Corrected Response in Opposition to Motion to Quash Service and Motion to Dismiss for Lack of Personal Jurisdiction Filed by Defendant Peter Nilsson ("Application").

Good cause exists for granting of Plaintiffs' Application as set forth in the memorandum and Declaration of William V. Reiss ("Reiss Decl." or "Reiss Declaration") filed concurrently herewith.

A copy of this Application has been served on all parties listed on the proof of service attached hereto. The name, address, telephone number and e-mail address of counsel for all parties are attached as Attachment A to this Application.

All Defense Counsel of record received notice of this Application on November 2, 2010. Reiss Decl. at ¶ 2 & Exhibit A, attached thereto. Plaintiffs have met and conferred with counsel for Defendant Peter Nilsson ("Nilsson"), and counsel for Nilsson has represented that it will not oppose Plaintiffs' *ex parte* application. Reiss Decl. ¶ 5.

## MEMORANDUM AND POINTS AND AUTHORITIES

Plaintiffs respectfully submit the following memorandum of points and authorities, and Reiss Declaration, in support of their Application to correct a non-dispositive, inadvertent error in Plaintiffs' Response in Opposition to Motion to Quash Service and Motion to Dismiss for Personal Jurisdiction Filed by Defendant Peter Nilsson ("Response").

**I.  EX PARTE RELIEF IS APPROPRIATE AND NECESSARY**

On November 2, 2010, after filing their Response, Plaintiffs discovered that the Response contained a non-dispositive, inadvertent error. In their Response, Plaintiffs

contended that Nilsson was subject to the nationwide-service-of-process provision in Section 12 of the Clayton Act, 15 U.S.C. § 22.  However, because Nilsson is a person and not a corporation, Section 12 of the Clayton Act is inapplicable.  Rather, personal jurisdiction over him must be established pursuant to the California long-arm statute, Cal. Code Civ. P. § 410.10.  Since the California long-arm statute goes to the limits of due process, the Court need only find such "minimum contacts" as would satisfy due process in order to satisfy the California long-arm statute.  *See Bancroft & Masters v. Augusta Nat'l Inc.*, 223 F.3d 1082, 1086 (9th Cir. 2000).  Thus, the analysis on pages 13-24 of Plaintiffs' Response remains fully applicable – with the only exception that the forum for purposes of the "minimum contacts" analysis is California, not the United States as a whole.  To correct this. Plaintiffs modified some language primarily on pages 13-14 of their Response, essentially to delete references to Section 12 of the Clayton Act.

  As soon as Plaintiffs discovered their inadvertent error, they immediately acted to correct it and notify all counsel in order to minimize potential prejudice, if any.  On November 2, 2010, at 10:45 a.m. (PST) – less than 12 hours after filing their Response the previous evening – Plaintiffs expeditiously contacted counsel for Nilsson by telephone, informing counsel of the issue and stating their intention to file the foregoing Application.  Soon thereafter, Plaintiffs contacted all defense counsel of record to notify them as well.  Then, Plaintiffs promptly e-mailed all defense counsel of record an electronic copy of Plaintiffs' Proposed Corrected Response, which is attached as Exhibit B to the Reiss Decl.

  Following a meet and confer with Plaintiffs, counsel for Nilsson represented that it would not oppose Plaintiffs' Application and requested in turn that Plaintiffs allow Nilsson one additional day (until November 9, 2010)[1] to file a reply in support

---

[1] Pursuant to the Court's September 2, 2010 Minute Order [D.E. 138] and Local Rules 7-8 and 7-9, Nilsson's Reply is presently due on or before November 8, 2010.

PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE  CORRECTED RESPONSE   2

of his Motion to Quash Service and Motion to Dismiss for Lack of Personal Jurisdiction. Plaintiffs have agreed to this request and the parties intend to file a joint stipulation with the Court to this effect forthwith.

## CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request that the Court enter an Order granting Plaintiffs leave to file a Corrected Response in Opposition to Motion to Quash Service and Motion to Dismiss for Personal Jurisdiction Filed by Defendant Peter Nilsson.

Dated: November 3, 2010

Respectfully submitted,

By: */s/ Michael Goldberg*

Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
info@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Hollis L. Salzman (*pro hac vice*)
hsalzman@labaton.com
Gregory S. Asciolla (*pro hac vice*)
gasciolla@labaton.com
William V. Reiss (*pro hac vice*)
wreiss@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Interim Class Counsel,
Chair of the Executive Committee*

# ATTACHMENT "A"
# LIST OF PARTIES FOR EX PARTE APPLICATION

For purposes of this *ex parte* application, the name, address and telephone number of all parties are (where known):

| | |
|---|---|
| Roxann E. Henry<br>David G. Meyer<br>**Howrey LLP**<br>1299 Pennsylvania Ave NW<br>Washington DC 20004<br>Telephone: (202) 383-6503<br>Facsimile: (202) 383-6610<br>E-mail: HenryR@howrey.com<br>meyerd@howrey.com<br><br>*Counsel for Defendants Virginia Harbor Services, Inc. d/b/a SEAWARD and Trelleborg AB* | Inchan Andrew Kwon<br>**Haynes and Boone LLP**<br>2033 Gateway Place Suite 400<br>San Jose, CA 95110<br>Telephone: (408) 393-9250<br>Facsimile:   (408) 392 9262<br>Email: inchan.kwon@haynesboone.com<br><br>*Counsel for Defendant Donald L. Murray* |
| Sally Ann Hostetler<br>**Odin Feldman Pittleman PC**<br>9302 Lee Highway, Suite 1100<br>Fairfax, VA 22031-1214<br>Telephone: (703) 218-2100<br>Facsimile: (703) 218-2160<br>E-mail: Sally.Hostetler@ofplaw.com<br><br>*Counsel for Defendants Frank March, SII, Inc. f/k/a Seaward International Inc. and SH1, Inc. f/k/a Seward Holdings, Inc.* | Kevin E. Gaut<br>**Mitchell Silberberg & Knupp LLP**<br>11377 W. Olympic Boulevard<br>Los Angeles, CA 90064<br>Telephone: (310) 312-3179<br>Facsimile: (310) 231-8379<br>E-mail: keg@msk.com<br><br>*Counsel for Defendants Frank March, SII, Inc. f/k/a Seaward International Inc. and SHI, Inc. f/k/a Seward Holdings, Inc.* |
| Larry C. Russ<br>Nathan D. Meyer<br>**Russ August & Kabat**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br>E-mail: lruss@raklaw.com<br>nmeyer@raklaw.com<br><br>*Counsel for Defendants Marine Fenders International, Inc., Gerald Thermos, Waterman Supply Company, Inc. and Seymour Waterman* | Jennifer S. Elkayam<br>**Blecher & Collins**<br>515 South Figueroa Street<br>Suite 1750<br>Los Angeles, CA 90071<br>Telephone: (213) 622-4222<br>Facsimile: (213) 622-1656<br>Email: jelkayam@blechercollins.com<br><br>*Counsel for Defendant Urethane Products Corporation* |

| | |
|---|---|
| William L. Monts, III<br>**Hogan Lovells US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 637-6440<br>Facsimile: (202) 637-5910<br>E-mail: william.monts@hoganlovells.com<br><br>*Counsel for Defendants Maritime International, Inc. and John R. Deats, II* | Bety Javidzad<br>**Hogan Lovells US LLP**<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 785-4624<br>Facsimile: (310) 785-4601<br>E-mail: bety.javidzad@hoganlovells.com<br><br>*Counsel for Defendants Maritime International, Inc. and John R. Deats, II* |
| Adam R. Fox<br>Helen Yang<br>Anne Goodwin<br>**Squire, Sanders & Dempsey LLP**<br>555 South Flower Street, 31st Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 624-2500<br>Facsimile: (213) 623-4581<br>E-mail: afox@ssd.com<br>hyang@ssd.com<br>agoodwin@ssd.com<br><br>*Counsel for Defendants Bridgestone Industrial Products America, Inc. and Bridgestone Corporation* | James Weidner<br>James Miller<br>Alejandra De Urioste<br>Todd A Spiegelman<br>**Clifford Chance LLP**<br>31 West 52nd Street<br>New York, NY 10019-6131<br>Telephone: (212) 878-8000<br>Facsimile: (212) 878-8375<br>E-mail:<br>james.weidner@cliffordchance.com<br>jim.miller@cliffordchance.com<br>alejandra.deUrioste@cliffordchance.com<br>Todd.Spiegelman@cliffordchance.com<br><br>*Counsel for Defendants Bridgestone Industrial Products America, Inc. and Bridgestone Corporation* |
| Bill J. Thompson<br>25375 Orchard Village Road<br>Suite 106<br>Valencia, CA  91351<br>Telephone: (661) 222-2207<br>Facsimile: (661) 259-9393<br>E-mail: thompsonlaw@prodigy.net<br><br>*Counsel for Defendant Andrew Barmakian* | Nina J. Ginsberg<br>**DiMuro Ginsberg, PC**<br>908 King Street, Suite 200<br>Alexandria, VA 22314<br>Telephone: (703) 684-4333<br>Facsimile: (703) 548-3181<br>E-mail: nginsberg@dimuro.com<br><br>*Counsel for Defendant William Alan Potts* |

| | |
|---|---|
| Phillip C. Zane<br>James C. Sandberg, II<br>**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**<br>920 Massachusetts Avenue, NW,<br>Suite 900<br>Washington, DC 20001<br>Telephone: (202) 508-3490<br>Facsimile: (202) 220-2290<br>E-mail: pzane@bakerdonelson.com<br>jcsandberg@bakerdonelson.com<br><br>*Counsel for Defendant Robert B. Taylor* | Douglas Schwartz<br>Petra M. Reinecke<br>**Schwartz & Cera LLP**<br>44 Montgomery Street<br>Suite 3850<br>San Francisco, CA 94104<br>Telephone: (415) 956-2600<br>Facsimile: (415) 438-2655<br>E-mail: Doug@schwartz-cera.com<br>Petra@schwartz-cera.com<br><br>*Counsel for Defendants FenderCare Marine Solutions and James Fisher PLC* |
| Joseph P. Armao<br>Paul M. Alfieri<br>Robert H. Bell<br>Danielle M. Randazzo<br>Joni Foster Galvin<br>**Linklaters LLP**<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Telephone: (212) 903-9000<br>Facsimile: (212) 903-9100<br>E-mail: paul.alfieri@linklaters.com<br>joseph.armao@linklaters.com<br>robert.bell@linklaters.com<br>danielle.randazzo@linklaters.com<br>joni.forster_galvin@linklaters.com<br><br>*Counsel for Defendant The Yokohama Rubber Company, Ltd.* | Ashlee R. Lynn<br>Richard B. Kendall<br>**Kendall Brill & Klieger LLP**<br>10100 Santa Monica Boulevard<br>Suite 1725<br>Los Angeles, CA 90067<br>Telephone: (310) 556-2700<br>Facsimile: (310) 556-2705<br>E-mail: alynn@kbkfirm.com<br>rkendall@kbkfirm.com<br><br>*Counsel for Defendant The Yokohama Rubber Company, Ltd.* |
| Randall J. Sunshine<br>Nick S. Movaghar<br>**Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor**<br>1100 Glendon Avenue<br>14th Floor<br>Los Angeles, CA 90024<br>Telephone: (310) 500-3500<br>Facsimile: (310) 500-3501<br>Email: rsunshine@linerlaw.com<br>nmovaghar@linerlaw.com<br><br>*Counsel for Defendant Sumitomo Rubber Industries, Ltd.* | Heather Lamberg Kafele<br>James P. Tallon<br>Keith Richard Palfin<br>**Shearman & Sterling LLP**<br>801 Pennsylvania Avenue, NW<br>Suite 900<br>Washington, DC 20004-2634<br>Telephone: (202) 508-8097<br>Fax: (202) 508-8100<br>E-mail: hkafele@shearman.com<br>jtallon@shearman.com<br>keith.palfin@shearman.com<br><br>*Counsel for Defendant Sumitomo Rubber Industries, Ltd.* |

| | |
|---|---|
| Anthony A. DeCorso<br>**Orrick Herrington & Sutcliffe LLP**<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017-5855<br>Telephone: (213) 629-2020<br>Facsimile:   (213) 612-2499<br>Email: adecorso@orrick.com<br><br>*Counsel for Defendant Peter Nilsson* | Brian H. Getz<br>**Brian H. Getz Law Offices**<br>44 Montgomery Street, Suite 3850<br>San Francisco, CA 94104<br>Telephone: (415) 912-5886<br>Facsimile: (415) 438-2655<br>Email: bhgetz@pacbell.net<br><br>*Counsel for Defendants FenderCare Marine Solutions and James Fisher PL* |
| James R. Wade<br>**Haynes & Boone**<br>1615 L Street, NW<br>Suite 800<br>Washington, DC 20036-5610<br>Telephone: (202) 654-4543<br>Facsimile: (202) 654-4273<br>E-mail: jim.wade@haynesboone.com<br><br>*Counsel for Defendant Donald L. Murray* | Fentek Marine Systems GmbH<br>Langenstucken 36a Hamburg D-22393, Germany |
| Tomas Crawaack<br>Diestelstraße 13<br>22397 Hamburg, Germany | |
| Charles E. Tompkins<br>Todd S. Heyman<br>**Shapiro Haber & Urmy LLP**<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439-3939<br>Facsimile: (617) 439-0134<br>E-mail: ctompkins@shulaw.com<br>theyman@shulaw.com<br><br>*Vice-Chair of Executive Committee for Plaintiffs* | Brian Phillip Murray<br>Lee Albert<br>**Murray Frank & Sailer LLP**<br>275 Madison Avenue Suite 801<br>New York, NY 10016-1101<br>Telephone: (212) 682-1818<br>Facsimile: (212) 682-1892<br>Email: bmurray@murrayfrank.com<br>lalbert@murrayfrank.com<br><br>*Counsel for Plaintiff Ace Marine Rigging & Supply, Inc.* |

4

| | |
|---|---|
| J. Burton LeBlanc<br>Bruce W. Steckler<br>Melissa K. Hutts<br>Mazin A. Sbaiti<br>**Baron & Budd, P.C.**<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Telephone: (214) 521-3605<br>Facsimile: (214) 520-1181<br>E-mail: bleblanc@baronbudd.com<br>bsteckler@baronbudd.com<br>mhutts@baronbudd.com<br>msbaiti@baronbudd.com<br><br>*Counsel for Plaintiffs Board of Trustees of the Galveston Wharves, Board of Commissioners of the Port of New Orleans and OSG Lightering LLC* | Eugene A. Spector<br>Jeffrey L. Spector<br>William G Caldes<br>**Spector Roseman Kodroff & Willis, P.C.**<br>1818 Market Street Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>Email: espector@srkw-law.com<br>jspector@srkw-law.com<br>Bcaldes@srkw-law.com<br><br>*Counsel for Plaintiff Ace Marine Rigging & Supply, Inc.* |
| Gregory P. Hansel<br>Randall B. Weill<br>**Preti, Flaherty, Beliveau, & Pachios, LLP**<br>One City Center<br>P. O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>Facsimile: (207) 791-3111<br>Email: ghansel@preti.com<br>rweill@preti.com<br><br>*Counsel for Plaintiffs* | M. Stephen Dampier<br>**Law Office of M. Stephen Dampier, P.C.**<br>55 North Section Street<br>P.O. Box 161<br>Fairhope, AL 36533<br>Telephone: (251) 929-0900<br>Facsimile: (251) 929-0800<br>Email: stevedampier@dampierlaw.com<br><br>*Counsel for Plaintiffs* |

5

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On November 3, 2010, I caused to be served the following document:

**PLAINTIFFS' EX PARTE APPLICATION AND MEMORANDUM OF LAW FOR ORDER GRANTING LEAVE TO FILE A CORRECTED RESPONSE IN OPPOSITION TO MOTION TO QUASH SERVICE AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION FILED BY DEFENDANT PETER NILSSON**

**[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A CORRECTED RESPONSE IN OPPOSITION TO MOTION TO QUASH SERVICE AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION FILED BY DEFENDANT PETER NILSSON**

**DECLARATION OF WILLIAM V. REISS IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER GRANTING PLAINTIFFS LEAVE TO FILE A CORRECTED RESPONSE IN OPPOSITION TO MOTION TO QUASH SERVICE AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION FILED BY DEFENDANT PETER NILSSON**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 3, 2010, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

# Mailing Information for a Case 2:10-cv-02319-GW -FFM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@murrayfrank.com

- **Paul M Alfieri**
  paul.alfieri@linklaters.com

- **Joseph P Armao**
  joseph.armao@linklaters.com

- **Gregory S Asciolla**
  gasciolla@labaton.com

- **Eric J Belfi**
  ebelfi@labaton.com

- **Robert H Bell**
  robert.bell@linklaters.com

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **William G Caldes**
  Bcaldes@srkw-law.com

- **Alejandra De Urioste**
  alejandra.deUrioste@cliffordchance.com

- **Anthony A DeCorso**
  adecorso@orrick.com

- **Jennifer Sabrina Elkayam**
  jelkayam@blechercollins.com

- **Adam R Fox**
  afox@ssd.com,clopez@ssd.com,agoodwin@ssd.com,hyang@ssd.com

- **Joni Forster Galvin**
  joni.forster_galvin@linklaters.com

- **Kevin Elliot Gaut**
  keg@msk.com,jda@msk.com

- **Brian H Getz**
  bhgetz@pacbell.net

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Eric A Gressler**
  egressler@orrick.com

- **Roxann E Henry**
  henryr@howrey.com

- **Sally Ann Hostetler**
  sally.hostetler@ofplaw.com

- **Melissa K Hutts**
  mhutts@baronbudd.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Heather Lamberg Kafele**
  heather.kafele@shearman.com

- **Richard B Kendall**
  rkendall@kbkfirm.com,docket@kbkfirm.com,ghunter@kbkfirm.com

- **Inchan Andrew Kwon**
  inchan.kwon@haynesboone.com

- **J Burton LeBlanc , IV**
  bleblanc@baronbudd.com

- **Kellie Lerner**
  klerner@labaton.com

- **Ashlee R Lynn**
  alynn@kbkfirm.com,docket@kbkfirm.com

- **David G Meyer**
  meyerd@howrey.com,struwet@howrey.com,andersondamon@howrey.com

- **Nathan Meyer**
  nmeyer@raklaw.com,ksanderlin@raklaw.com

- **James Drew Miller**
  jim.miller@cliffordchance.com

- **William L Monts , III**
  william.monts@hoganlovells.com

- **Nick S Movaghar**
  nmovaghar@linerlaw.com,clouipineda@linerlaw.com

- **Brian Phillip Murray**
  bmurray@murrayfrank.com

- **Keith Richard Palfin**

keith.palfin@shearman.com

- **Bernard Persky**
  bpersky@labaton.com,electroniccasefiling@labaton.com

- **Danielle M Randazzo**
  danielle.randazzo@linklaters.com

- **Petra M Reinecke**
  petra@schwartz-cera.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Larry C Russ**
  lruss@raklaw.com,lcdiaz@raklaw.com

- **Hollis Salzman**
  hsalzman@labaton.com

- **James C Sandberg , II**
  jcsandberg@bakerdonelson.com,pzane@bakerdonelson.com

- **Mazin A Sbaiti**
  msbaiti@baronbudd.com

- **Douglas R Schwartz**
  doug@schwartz-cera.com,jcorbelli@schwartz-cera.com,dmcgee@schwartz-cera.com

- **Andy Sohrn**
  asohrn@glancylaw.com

- **Eugene A Spector**
  espector@srkw-law.com

- **Jeffrey L Spector**
  jspector@srkw-law.com

- **Todd A Spiegelman**
  todd.spiegelman@cliffordchance.com

- **Bruce W Steckler**
  bsteckler@baronbudd.com,mhutts@baronbudd.com,bjoe@baronbudd.com

- **Randall J Sunshine**
  rsunshine@linerlaw.com,gtanzini@linerlaw.com

- **James P Tallon**
  jtallon@shearman.com

- **James B Weidner**
  james.weidner@cliffordchance.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Bill J Thompson**
Thompson & King
,

# SERVICE LIST

## ATTORNEYS RECEIVING NOTICE VIA MAIL OR E-MAIL
## (NOT ON COURT'S ECF SYSTEM IN THIS CASE)

Mail (or e-mail) service is made on the last known address or believed-to-be current address of the following parties:

### FOR PLAINTIFFS

Andrew A Esbenshade  
Caldwell Leslie & Proctor PC  
1000 Wilshire Boulevard Suite 600  
Los Angeles, CA 90017-2463  
213-629-9040  
213-629-9022 (fax)  
esbenshade@caldwell-leslie.com          *For RDA Construction Corp.*

Todd S Heyman  
Charles E Tompkins  
Shapiro Haber & Urmy  
53 State Street  
Boston, MA 02109  
617-439-3939  
617-439-0134 (fax)  
theyman@shulaw.com          *For RDA Construction Corp.*

Paul Holtzman  
Krokidas & Bluestein LLP  
600 Atlantic Avenue 19th Floor  
Boston, MA 02210  
617-482-7211  
617-482-7212 (fax)  
pholtzman@kb-law.com          *For RDA Construction Corp.*

A. Craig Eiland  
Attorney at Law  
2211 The Strand, Suite 201  
Galveston, TX  77550  
Telephone: (409) 763-3260  
Facsimile: (713) 513-5211  
E-mail: ceiland@eilandlaw.com  
          *For Board of Trustees of the Galveston Wharves*

Gerald O. Gussoni, Jr.  
Jeffery M. Lynch  
Joseph W. Fritz, Jr.  
Diana T. A. Hale  
1350 Port of New Orleans Place  
New Orleans, LA  70130

| | | |
|---|---|---|
| 1 | Telephone: (504) 528-3228 | |
| 2 | Facsimile: (504) 528-3209 | |
|   | E-mail: gussonib@portno.com | |
| 3 | E-mail: lynchj@portno.com | |
|   | E-mail: fritzj@portno.com | |
| 4 | E-mail: haled@portno.com | *For Board of Commissioners of the* |
| 5 | | *Port of New Orleans* |
| 6 | | |
|   | M. Stephen Dampier | |
| 7 | LAW OFFICES OF M. STEPHEN | |
|   | DAMPIER, P.C. | |
| 8 | 55 North Section Street | |
|   | Fairhope, AL 36532 | |
| 9 | Telephone: (251) 929-0900 | |
|   | Facsimile: (251) 929-0800 | |
| 10 | stevedampier@bellsouth.net | |
| 11 | Gregory P. Hansel | |
|   | Randall B. Weill | |
| 12 | PRETI FLAHERTY BELIVEAU | |
|   |  & PACHIOS LLP | |
| 13 | P.O. Box 9546 | |
|   | One City Center | |
| 14 | Portland, ME  04112-9546 | |
| 15 | Telephone: (207) 791-3000 | |
|   | Facsimile: (207) 791-3111 | |
| 16 | ghansel@preti.com | |
|   | rweill@preti.com | |
| 17 | | |
| 18 | **FOR DEFENDANTS** | |
| 19 | | |
| 20 | Jeffrey L. Richardson | |
|   | MITCHELL SILBERBERG & KNUPP LLP | |
| 21 | 11377 West Olympic Blvd. | |
|   | Los Angeles, CA 90064 | |
| 22 | Telephone: (310) 312-3769 | |
|   | Facsimile: (310) 231-8370 | |
| 23 | E-Mail: jlr@msk.com | |
| 24 | Nina Ginsberg | |
|   | Ben DiMuro | |
| 25 | DiMUROGINSBURG, PC | |
|   | 908 King Street, Suite 200 | |
| 26 | Alexandria, VA 22314 | |
|   | Telephone: (703) 684-4333 | |
| 27 | Facsimile: (703) 548-3181 | |
|   | E-Mail: nginsberg@dimuro.com | |
| 28 | Bdimuro@dimuro.com | *For William Alan Potts (Defendant)* |

PROOF OF SERVICE

Page 3

| | | |
|---|---|---|
| 1 | Bill J. Thompson<br>25375 Orchard Village Road<br>Suite 106<br>Valencia, CA  91351<br>Telephone: (661) 222-2207<br>Facsimile: (661) 259-9393<br>E-mail: thompsonlaw@prodigy.net | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | *For Defendant Andrew Barmakian* |
| 6 | | |
| 7 | Fentek Marine Systems GmbH<br>Langenstücken 36a. D-22393<br>Hamburg. Germany | |
| 8 | | |
| 9 | | *For Fentek Marine Systems GmbH (Defendant)* |
| 10 | | |
| 11 | Tomas Crawaack<br>Diestelstrabe 13<br>22397 Hamburg<br>Germany | |
| 12 | | *For Tomas Crawaack (Defendant)* |

PROOF OF SERVICE

Page 4