Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

Hollis L. Salzman (*pro hac vice*)
hsalzman@labaton.com
Gregory S. Asciolla (*pro hac vice*)
gasciolla@labaton.com
William V. Reiss (*pro hac vice*)
wreiss@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Interim Class Counsel,
Chair of the Executive Committee*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | **Master Consolidated Case File No.** CV10-2319-GW (FFMx) |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A CORRECTED RESPONSE IN OPPOSITION TO MOTION TO QUASH SERVICE AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION FILED BY DEFENDANT PETER NILSSON**<br><br>Assigned for all purposes to:<br>Judge: Hon. George H. Wu<br>Courtroom: 10 |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

Plaintiffs are granted leave to file a Corrected Response in Opposition to Motion to Quash Service and Motion to Dismiss for Lack of Personal Jurisdiction Filed by Defendant Peter Nilsson ("Corrected Response").

Plaintiffs shall file the Corrected Response in the form annexed as Exhibit B to the November 3, 2010 Declaration of William V. Reiss within one day of entry of this Order.

Dated: November ___, 2010

_____
Hon. George H. Wu
United States District Judge