David G. Meyer (SBN 116591)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
meyerd@howrey.com

Roxann E. Henry (*pro hac vice*)
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
henryr@howrey.com

Attorneys for Special and Limited Appearance of
Defendant TRELLEBORG AB

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | Master Consolidated Case File No. CV-10-2319-GW (FFMx) |
|---|---|
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS** | **PROOF OF SERVICE** <br><br> **Date:** **November 22, 2010** <br> **Time:** **8:30 a.m.** <br> **Judge:** **Hon. George H. Wu** <br> **Ctrm:** **10** |

HOWREY LLP

**PROOF OF SERVICE**

**PROOF OF SERVICE**

DISTRICT OF COLUMBIA                    )
                                        )    ss.:
                                        )

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1299 Pennsylvania Avenue, NW, Washington, DC 20004.

     On November 8, 2010 I served on the interested parties in said action the within:

1.    REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF VHS'S MOTION TO CORRECT MISJOINDER OF PLAINTIFFS, TO STRIKE IMMATERIAL AND IMPERTINENT MATERIAL, AND TO REQUIRE AMENDMENT, OR, IN THE ALTERNATIVE, A MORE DEFINITE STATEMENT

2,    TRELLEBORG AB'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE; AND

3.    VIRGINIA HARBOR SERVICES, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS ALL CLAIS OF GALVESTON AND RDA; MOTION TO CLARIFY THAT ACE MARINE IS NOT BEFORE THE COURT AND TO STRIKE ALL ALLEGATIONS PERTINENT TO THE FIRST CLAIM FOR RELIEF; MOTION TO DISMISS ALL CLASS ALLEGATIONS OF THE PORT OF NEW ORLEANS; AND MOTION TO DISMISS THE THIRD CLAIM FOR RELIEF ASSERTED BY THE OSG PLAINTIFFS

By placing a true copy thereof in a sealed envelope(s) as stated below:

Bill J. Thompson
25375 Orchard Village Road, Suite 106
Valencia, CA 91351
Attorney for Defendant Andrew Barmakian

[X]    (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ]    (PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the offices of each interested party.

[ ]    (BY E-MAIL) I caused said document(s) to be transmitted by email in PDF (Acrobat) format to the email addresses as specified above.

     I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

     Executed on November 8, 2010, at Washington, D.C.

| | |
|---|---|
| _____ | _____ |
| Damon Anderson | *(Signature)* |
| (Type or print name) | |

HOWREY LLP

1

**PROOF OF SERVICE**