BLECHER & COLLINS, P.C.
Maxwell M. Blecher (State Bar No. 26202)
  *Mblecher@blechercollins.com*
Jennifer S. Elkayam (State Bar No. 238619)
  *Jelkayam@blechercollins.com*
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Defendant
URETHANE PRODUCTS CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION: <br><br> **THIS DOCUMENT RELATES TO ALL ACTIONS** | CASE NO. Master Consolidated Case File No. CV10-2319-GW (FFMx) <br><br> **PROOF OF SERVICE** <br><br> Date: November 22, 2010 <br> Time: 8:30 a.m. <br> Ctrm: 10 (Hon. George W. Wu) |

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 515 South Figueroa Street, Suite 1750, Los Angeles, California 90071-3334. On **November 8, 2010**, I served the within: **(1) NOTICE OF JOINDER AND JOINDER OF DEFENDANT URETHANE PRODUCTS CORPORATION IN DEFENDANT VIRGINIA HARBOR SERVICES, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO CORRECT MISJOINDER OF PLAINTIFFS, TO STRIKE IMMATERIAL AND IMPERTINENT MATERIAL, AND TO REQUIRE AMENDMENT, OR, IN THE ALTERNATIVE, A MORE DEFINITE STATEMENT [DOCKET NO. 211]; and (2) NOTICE OF JOINDER AND JOINDER OF DEFENDANT URETHANE PRODUCTS CORPORATION IN DEFENDANT VIRGINIA HARBOR SERVICES, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTIONS TO DISMISS [DOCKET NO. 213]** on all interested parties in this action as follows:

**BY MAIL:** by placing a true copy of the document(s) listed above in sealed envelopes for collection at a designated location at Blecher & Collins's offices at 515 South Figueroa Street, Suite 1750, Los Angeles, California 90071-3334 during designated hours, for mailing on the above date, following ordinary business practices to all known non-ECF registered parties as set forth below:

**Bill J. Thompson
25375 Orchard Village Road, Suite 106
Valencia, CA 91351
Attorney for Defendant Andrew Barmakian**

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service; pursuant to that practice, envelopes placed for collection at designated locations during designated hours are deposited with the United States Postal Service with first class postage thereon fully prepaid on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I certify that counsel of record who are deemed to have consented to electronic service were served on November 8, 2010 with a copy of this document(s) via the Court's CM/ECF systems per Local Rule CV-5(a)(3).

☒ (Federal)   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **November 9, 2010**, at Los Angeles, California.

/s/ *Jennie Gonzalez*
Jennie Gonzalez

1