Hollis L. Salzman (*pro hac vice*)
hsalzman@labaton.com
Gregory S. Asciolla (*pro hac vice*)
gasciolla@labaton.com
William V. Reiss (*pro hac vice*)
wreiss@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Interim Class Counsel,*
*Chair of the Executive Committee*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | Master Consolidated Case File No. CV10-2319-GHW (FFMx) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **DECLARATION OF GREGORY S. ASCIOLLA IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION TO QUASH SERVICE AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION FILED BY DEFENDANT PETER NILSSON** |
| | Date:        November 22, 2010<br>Time:        8:30 a.m.<br>Judge:       Hon. George H. Wu<br>Courtroom:   10 |

I, Gregory S. Asciolla, declare as follows:

1.      I am Of Counsel in the law firm of Labaton Sucharow, LLP ("Labaton"), Court-appointed Interim Class Counsel, Executive Committee Chair, in the above-captioned matter. I am a member in good standing of the Bar of New York and have been admitted to practice *pro hac vice* before the Central District of California in the above-captioned matter. I submit this declaration in support of Plaintiffs' Response in Opposition to Motion to Quash Service and Motion to Dismiss for Lack of Personal

1  Jurisdiction Filed by Defendant Peter Nilsson.  I have personal knowledge of the facts
2  set forth below and if called as a witness, I could and would testify to these same facts
3  under oath.

4       2.      Attached hereto as Exhibit "A" is a true and correct copy of the Swedish
5  original, and an English translation, of the Notice of Service sent to Defendant Peter
6  Nilsson by the Swedish process server.

7       3.      Attached hereto as Exhibit "B" is a true and correct certified English
8  translation of relevant Swedish authority regarding service of process in Sweden.

9

10       I declare under penalty of perjury that the foregoing statements are true and
11  correct.

12  Executed this 1st day of November, 2010, at New York, NY
13

14

15                                 Gregory S. Asciolla, Esq.

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF GREGORY S. ASCIOLLA IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION TO QUASH SERVICE AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION FILED BY DEFENDANT PETER NILSSON

2

# Exhibit A

# GOTHIA PROTECTION GROUP
### INTERNATIONAL SECURITY & INTELLIGENCE SERVICE

Peter Nilssson
Nicandersgatan 3
254 39 HELSINGBORG

Göteborg den 31 maj 2010

**Meddelande om delgivning**

Enligt 12 § Delgivningslagen (1970:428) får handling om delgivning lämnas till den söktes arbetsgivare, om en enskild person söks för delgivning på sin arbetsplats men inte träffas där under sin vanliga arbetstid. Meddelande härom skall därefter sändas med posten till den sökte under hans vanliga adress.

Härmed meddelas att delgivningshandlingar har lämnats till Catharina Hagtorn – receptionist vid huvudkontoret för Trelleborg AB – den 26 maj 2010.

Dag som ovan

Andreas Lejon /

Beatrice Hallöf
*utredningsassistent*
*e u*

# GOTHIA PROTECTION GROUP
### INTERNATIONAL SECURITY & INTELLIGENCE SERVICE

Peter Nilssson
Nicandersgatan 3
SE-254  39  HELSINGBORG,
SWEDEN

Göteborg, May 31, 2010

**Notice of Service of Process**

Pursuant to 12 § of the Service Act (1970:428) documents of service may be given to the employer of the person sought, if an individual is sought for service at his/her work place, but is unavailable there during his/her ordinary working hours.  Notice about this matter shall then be mailed to the person sought at this person's address.

Notice is hereby given that documents of service of process have been given to Catharina Hagtorn – receptionist at the Trelleborg AB head office – on May 26, 2010.

Date as above

Andreas Lejon /

Beatrice Hallöf
*investigative assistant*
*by order*

# Exhibit B

Proclamation (1990:24 page 1) re: Service of Process upon request from a foreign Authority

# Proclamation (1909:24 p.1) concerning the service of documents at the request of foreign authorities

## About the statute

### Section 1

If a public Authority presents a petition requesting the assistance of an Authority here in this country for service of a document and if this process is not provided by the Department of Justice, then the department shall send the petition to the County Administrative Board, which will have to perform the service in the manner described below. *Regulation (1970:471).*

### Section 2

*Point 1*

If the petition includes a request that the document be served in a manner, that is prescribed in the Swedish law for such similar service, then the service shall be performed  in accordance with the Law on Service of Process (1970:428). *Proclamation (1970:471).*

*Point 2*

If the petition contains a request that a procedure different to Point 1 be used at the time of service, that petition should be granted when this is possible.

*Point 3*

 If no request such as those mentioned above, has been mentioned in the petition, the County Administrative Board should when possible, deliver the documents to be served, or send these documents through the postal services to the addressee , who is to receive same.  If this is not possible, the County Administrative Board will allow the service to be carried out in accordance with the indications under Point 1. *Regulation (1975:302).*

### Section 3

Proof of Service that has been carried out in accordance with the provisions of Point 1, Section 2, shall receive a certificate from County Administrative Board, which will certify that this proof can be relied upon. If service has been carried out in accordance with the indications of Section 2, point 2 or 3,the County Administrative Board will issue an affidavit indicating the time and manner of how service took place.

Regarding the mentioned Proof and Affidavit, where the served document has been sent out in two copies; one of these will be signed and sent to the Department of Justice.
*Regulation (2000:706).*

Proclamation (1990:24 page 1) re: Service of Process upon request from a foreign Authority

**Section 4**

If the county administrative council has been informed that the person who is to be served is staying in another county, the petition from the service, with its attached documents shall be sent to the County Administrative Board of that county, and notice of this should be given to the Department of Justice. If there are any other impediments for the service, the documents are to be sent back to the Department of Justice with information on the reason why service has not been possible. *Regulation (2000:706).*

**Section 5**

The costs caused by the petition shall be paid by public funds. The County Administrative Board shall advise the Department of Justice of any funds that have been paid to the process server men, and any costs caused by the petitioner due to his/her demand for a special procedure for the service of process, unless there is proof that that the party requesting the service has no assets or is subject to paragraph two and three.

Costs arising from a request for service in a case regarding responsibility for a criminal act or for crime investigation shall be paid by the Swedish state if the request has been presented by a competent Authority.

1.   In a state that is a part of the European Convention of April 20, 1959, on mutual legal assistance in criminal matters, or
2.   In the United States, Poland or Hungary.

The second paragraph also applies to costs of service in cases or matters referred to in the Hague Convention of March 1, 1954, regarding certain civil process related subjects and that have been requested by the authorities in Austria. *Regulation (2005:513 ).*

**Section 5 a**

Refers to the issue of calling a witness or expert to appear before a foreign court and if the witness or expert, in accordance with the Convention mentioned in Section 5, second paragraph, is entitled to an advance compensation for costs caused by this appearance, the Department of Justice shall inform the County Administrative Board of this right to an advance of payment, by indicating the maximum amount that may be disbursed. The amount of the advance will otherwise by determined by the County Administrative Board. The advance is paid from the public funds and disbursed by the County Administrative Board. This payment can only be paid when the summoned person has indicated his/her willingness to comply with the summons.

Notations regarding this advance payment shall be made on the summons. Information of this advance shall be submitted to the Department of Justice. *Regulation( 2000:706 ) .*

**Section 6**

If a document to be served is not written in nor accompanied by a certified translation into the Swedish, Danish or Norwegian language, service may still take place if the person being served receives the document voluntarily or if the service otherwise is justifiable from a rule of law perspective. *Regulation (1986:180 ) .*

Proclamation (1990:24 page 1) re: Service of Process upon request from a foreign Authority

**Section 7**

When there is a request for service of document in this country - in a case or matter which does not pertain to responsibility for any criminal offense or for the investigation of any crime –from the Authority of a foreign government, which is sent through the Consul of that state to the Swedish County Administrative Board and the petition is written in the Swedish, Norwegian or Danish language or accompanied by a translation into the Swedish language, and the petition indicates which Authority has issued the document, the parties' names and status, the parties' address and the nature of the document, the regulations above will apply regarding the execution of service if the petition to the County Administrative Board has been made through the Department of Justice. However, where according to Section 3, second paragraph, Section 4 or Section 5 first paragraph, the document or communication is to be sent to the Department of Justice, such remittance should instead be made to the consul from which the petition came. *Regulation (2000:706).*

**Section 8**

If a government agency in Denmark, Finland, Iceland or Norway or a town court, a magistrate, a public prosecutor or a town bailiff in Finland has made a request directly to a County Administrative Board for service of process in this country, the regulations as provided in Sections 1-4 regarding the execution of such service shall apply in the event that a petition is sent to a County Administrative Board by the Department of Justice. Documents or communications that in accordance with Sections 3 paragraph 2, or Section 4 are to be forwarded to the Department of Justice, shall however instead be sent to the Authority that made the request.

The costs arising from requests under this section will remain with the Treasury. *Regulation (2000:706).*

# Entry into force and transitional provisions

**1909:24**

This Regulation shall enter into force on May 11, 1909.

**1970:471**

This Regulation shall enter into force on January 1, 1971.

**1975:302**

This Regulation shall enter into force on July 1, 1975.

**1986:180**

This Regulation shall enter into force on May 1, 1986.

**1992:3**

This Regulation shall enter into force on March 1, 1992.

Proclamation (1990:24 page 1) re: Service of Process upon request from a foreign Authority

**2000:706**

This Regulation shall enter into force on October 1, 2000.

**2005:513**

This Regulation shall enter into force on July 1, 2005.

# The Process Serving Law (1970:428)

## Regarding the Statute

### General Provisions

### Section 1

When service is to be carried out in a case or a matter before a court or other Authority, in accordance with the regulations stated in the law or other statute, the service will be executed under this law..

If the service is regarding a particular type of case or matter under another statute where provisions have been issued that deviate from this Law, those provisions will rule. Even if not expressly provided in another statute ,Sections 12-15 shall not apply if the Authority finds that due to the proceedings' nature there are special reasons for service not to take place in the order indicated in these sections .

### Section 2

Service is handled by the Authority.

If there is a request from a party, petitioner, or another interested party to arrange service by them, the Authority may allow this, if it can be done without inconvenience. The Authority shall in such case, order him to within a certain time period appear before the Authority with proof of service. If such evidence is not received within the prescribed time period, the Authority itself shall arrange for service without delay.

### Section 3

The Authority can arrange service by sending the document by mail, or by delivering it with a messenger or in some other manner to the addressee, whereby the proof of service of the item that will be requested will be a service receipt or an acknowledgment of receipt (ordinary service).  Regular service can also be performed through a simplified service of process under Section 3a or by special service on limited liability companies under Section 9, third paragraph.

If there is reason to assume that service receipt or acknowledgement receipt will not be given or will not be received in time, the Authority which the Government assigned can ensure that the document is delivered to the wanted party, in a special manner, through a postal provider determined by the Government (special mail service) .

Where appropriate, an Authority may serve summonses, messages and other documents, with a content that is not too extensive or otherwise of difficult access, by having the content read out over the telephone to the addressee and the document subsequently sent to him by mail (service by telephone). Such service may not be used for a summons or other documents which will initiate any proceedings before the Authority.

If service cannot be carried out, in accordance with paragraph one through three, service may be performed by a process server or somebody else whose certificate under Section 24, first paragraph willconstitute full proof of service (service through a process server).

In the circumstances described in paragraphs 15 and 16, service may be effectuated by public notice (Service through notification). *Law (1997:268).*

## Section 3 a

When it is not inappropriate given the circumstances, regular service upon the party or who has a similar status in a case or matter may be performed by the Authority forwarding the document by mail to the addressee at his last known address and at least one day later sends a message that the document has been sent (simplified service) .

Simplified service may only be used if the addressee has been informed that the simplified service might be used in the case or matter. Such information need not be served to the person who has initiated proceedings before the Authority or who has lodged a document in the case or matter, if the information is provided in proximity to the application or the document has been received by the Authority.

Simplified service may not, in cases other than those described in Section 3 b, relate to documents such as an application for a summons or other documents which initiate the proceedings before the Authority.
Law (*2001:236).*

## Section 3 b

When a case regarding an order to pay or of regular assistance or a case regarding a European payment order is filed with the District Court, the Labor Court, or the Swedish Water Supply and Sewage Tribunal after being contested, the defendant may be served with the applicant's request for surrender and other documents of the case through simplified service, as long as the defendant during the execution of the Swedish Enforcement Authority has been notified that the simplified service might be used in the case with the District Court, Labor Court or the Swedish Water Supply and Sewage Tribunal.

A defendant in a criminal case before a District Court may be served the application for summons and other documents pertaining to the case though simplified service if he or she in connection with the imposition of a fine, or the investigation of an offense under the *Code of Judicial Procedure* Chapter 48, Section 13, that may be prosecuted by such order, has been informed that the simplified service can be used in criminal proceedings. *Law (2008:882)* .

## Section 4

Government provisions establish the procedure for forwarding of communications that are to be served , by telephone , telegram or any other similar manner to the addressee. *Law (1978:768)* .

## Section 5

If the person who is to be served has a known residence outside of the country or if he is staying abroad, the service of process may be undertaken in accordance with the laws of that location.

A summons of a party, a witness, an expert or a person referred to in Chapter 36, Section 1, paragraph two and three of the *Code of Judicial Procedure* must not be made when there is a fine if the Service is to take place in another state, unless the law (1974:752) on the Nordic witness duty applies .*Law (2000:569)* .

**Section 6**

When serving the addressee, the original document or a certified copy is delivered. A copy from an government agency need not be authenticated.

In the case that the document to be served is of a very lengthy nature or some other reason exists why it may not be appropriate to reproduce this document, the Authority may instead decide that the document be made available either at the Authority or at a place determined by the Authority. The addressee will be informed of this and during what time period the documents will remain available to be shared with the addressee.

The second paragraph does not apply to the service of applications of summons or other document by which proceedings are instituted. In the case of an annex to such a document, the second paragraph may however be applied. *Law (1990:1410)* .


## For Service - who to look for

**Section 7**

If Service shall be effectuated upon an individual, the document will be brought to him. If he has a deputy, and this deputy is authorized to represent him in the case or matter, the document will be given to this deputy. When reason exists, both the deputy and the person represented by the deputy shall be sought for service.


**Section 8**

If service is to be effectuated with the state, the document will be brought to the Authority that will monitor the state's suit in the case or matter or to the County Administrative Board in the county where the Authority,in front of which the case or matter is pending, is located.


**Section 9**

If service is to be effectuated with another legal entity than the state, the document will be brought over to someone who has the right to represent the legal entity or if several are jointly responsible, to one of them. If there is no authorized representative, but there is someone who has the right to convene those who are to decide the legal entity's affairs, the document will be brought to him.

Has an attempt of service under the first paragraph failed or it is deemed that service attempts are hopeless , service may be effectuated by bringing the document to a person who is a substitute for a competent deputy This substitute shall promptly, without delay, deliver the document to someone who has the right to represent the legal entity.

Has an attempt of service under the first paragraph failed or it is deemed that service attempts are hopeless , and it is not inappropriate given the circumstances, then service may be effectuated by the Authority by sending the document by mail to the Limited Liability Company and at least one day later sends a message that the document has been sent (special service on limited companies). The document and the message is sent to the postal address that appears for the company in the Limited Liability Company s' Register kept by the Swedish Companies Registration Office.

Service on an estate by bringing the documents to one of the partial owners of the estate may only take place if this person has possession of the home or if service is caused by the fact that estate owns real property that is taxed as an agricultural unit. Estate partners who have received the document shall immediately inform the other owners of the service.

Estate partners, who have possession of the home are entitled to receive the document, even if the home is not managed by the partners. In such cases he will be responsible to provide a person authorized to represent the estate without delay. *Law (2004:237)* .

### Section10

If Service is to be effectuated on co-owner of joint property or on members of an association, and a board of directors or others has been designated to administer the association or the association's affairs, then the document may be brought to the director of the board or manager. If there is no board of directors or managers, but there is somebody who has the right to convene the persons who shall take decisions regarding the association or the association's affairs, then the document may be brought to this person.

If there has been an attempt of service in accordance with the first paragraph, which has failed or if attempts are deemed as hopeless, service may be effectuated by bringing the document to a substitute of a member of the Board.

In the case of a mine that is jointly owned by several partners, service upon the partners may be carried out by bringing the document to the mine superintendent .

A person who, in accordance with this section, has received the document is not entitled to represent the partners or the members, will then have to submit the document to someone who has such authority, or inform those who the service was intended for. *Law (1990:1410)* .

### Section11

If the person who the service is intended for with has a representative for the case or matter, then the document, which this representative is permitted to receive, should be brought to this representative. If the document is brought to the principal, then the representative should be informed thereof.

Subject to the power of attorney, the representative is authorized to receive service of pleadings, decisions and other documents. However, this does not pertain to summons to the principal to appear in person or otherwise to carry out anything in person.

If in the power of attorney for certain types of cases or matters within another statute, there are provisions that differ from those in the second paragraph, those other provisions will prevail.


## Service by document delivered to other than the addressee

### Section12

When looking for an individual in order to serve him with a document, and his residence within the country is known, and he is not found at that address, the document may be provided to an adult member of his household. If no such person is found, the document may be given to the addressee's landlord, if he lives in the same house, or to somebody else instead of the landlord, who has oversight of the house and lives there. If the addressee runs a business with a permanent office and if he is not to be found there during regular working hours, the document may be left at the office with someone who is employed there.

When looking for an individual in order to serve him with a document in his workplace, but that person is not there during his normal working hours, the document may be handed to the addressee's employer. Employer is here defined as a person in a managerial or comparable position or the head of the human resources management activities at the addressee's place of work.

If the document has been submitted in the manner described in the first and second paragraph, the addressee should be sent a notice advising him of this, to his regular address. *Law (90:1410)* .

### Section13

If another legal entity apart from the state has an office where administrative work takes place, and where someone who is entitled to receive the service on behalf of the legal entity usually works, but this person is not at the office

during normal business hours, then the document may be left in the office with someone who is employed there. If service is to be given to a municipality, the document may also otherwise be provided to the office, where administrative work takes place, if someone who would accept service on behalf of the municipality cannot be found at the office during normal business hours.

If the document has been provided in the manner described in the first paragraph, notice thereof shall be sent by mail to the legal entity at its normal address.

If the legal entity has an office as referred to in the first paragraph, then service through a representative may not take place in accordance with Section 12.

### Section14

The party to whom the document was given under Sections 12 and 13 shall ensure that the document is given to the addressee as soon as possible. He shall be reminded of this when the document is handed to him.

## Service through notice, etc.

### Section15

If the person to be served does not have a known residence and his whereabouts cannot be determined, the service will be carried out through a notice.

If the person to be served has a known residence within the country but if neither he nor someone else that the document can be given to according to Section 12 can be found, and he cannot be located, Service through notice may be used if there is reason to assume that the addressee has absconded or otherwise is in hiding. The Authority may instead decide that the document be left at the addressee's residence in a sealed envelope, or if this cannot be done, affixed to the door of his residence.

### Section16

Service upon a non-defined group of people is done by notice.

Service through notice may also be used.

1. If a large number of persons are to be served and it would entail greater cost and effort to serve each one than is justified considering the purpose of service notification which is to deliver the document or the communication under Section 6, second paragraph.

2. If the partners or members referred to in Section 10 are not represented by a known board of directors or managers and there is no convener and the co-owners or members are more than ten,

3. If a legal entity in violation of existing rules does not register the authorized representative and no person residing in Sweden has been appointed for the legal entity to accept service on its behalf, and attempts of service, in accordance with Section 9 and 11 through 13, and attempts of service have been unsuccessful, or deemed as without any hope of success, or

4. If a Limited Liability Company lacks a registered mailing address which can be used for service under section 9, third paragraph *Law* (*1997:268*) .

### Section17

Service through Notice is performed by making the documents available during a certain time period at the Authority's office or at a location determined by this Authority. A notice about this indicating the main content of

the letter is published in the Official Gazette and in the local newspapers, or either of these, within ten days of the decision on the service through notice. If there is any particular reason to believe that publishing in the newspaper will be useless, the notice may instead be placed onsite at the local Authority's facility within that same time period. This procedure may also be used if Service through Notice under Section 15 has taken place, and then new service must be effectuated for the same case or matter. For service of cases referred to in Section 16, second paragraph, 1, regarding people who rent or otherwise have possession of an apartment in the same building, the message is also to be displayed inside the property in an appropriate manner within ten days of the decision on Service through Notice.

In cases that are described in Section 16, first paragraph and second paragraph 1 and 2, a message is furthermore sent by mail to one or several of the persons sought for service at their regular addresses, in order for this to be accessible for all those that the service is for. In the event that a state Authority or a municipality is among the ones the service is for, such notice shall always be sent to the Authority or municipality. However, if the service pertains to cases described in Section 16, second paragraph, 1, of persons who are renting or otherwise in possession of an apartment in the same building, in accordance with Section 6, second paragraph, the document or message should instead be sent by mail to each of them, unless this procedure would also result in greater cost and inconvenience than what is justifiable with regard to the purpose of the service.

In a case such as the one described in Section 16, second paragraph, 3, that a legal entity has a registered address , then a notice will also be sent by mail to the legal entity under this address . *Law (1997:268)* .

### Other provisions

### Section18

When service of process is performed no document can be given to anyone who is an opposing party to the person who should be served.

### Section18 a

If for a particular method of service to be allowed, it is a requirement that there is reason to believe that the addressee has absconded or is otherwise in hiding, the assessment may also be based on circumstances that have appeared in other attempts to reach the addressee. *Law (1995:638)*

### Section19

Service has been completed once the person who is the addressee has personally received the document, irrespective of how it reached him. If this person has personally signed off on the postal item that was picked up by a messenger, it shall be deemed to have come to him the same day that it was picked up by the messenger.

Even if the addressee refuses to receive the delivery from the post office or from the process server, it is still considered that service has taken place.

Service shall be deemed to have taken place:

according to Section 6 by having the document available and notice served;

according to Section 3a when two weeks have passed from when the notice was sent by mail and when based on the circumstances it does not seem unlikely that this document will reach the addressee's last known address before the end of two-week time frame;

according to Section 3, third paragraph, Section 12 or 13 since what has been completed is described there;

according to Section 9, third paragraph, when three weeks have elapsed from when the notice sent by mail and where based on the circumstances it does not appear unlikely that the document will reach the registered mailing address before the time limit of three weeks;

according to Section 15,second paragraph, last point, by delivering the document to the addressee's residence or by

attaching it to the door of his residence;,

according to Section 17, on the tenth day following the decision on Service through Notice, on condition that the first paragraph of the Section has been complied with. *Law (1997:268).*

**Section20**

If injunction or another decision is stated at the hearing, interrogation or other meeting, service is thereby considered to have taken place with the person who was present when the decision was announced. The Authority shall promptly provide a copy of the order, if requested .

**Section 21**

If service has not taken place in the manner provided in this Law, the Authority may order a new service.  Anyone in the case or matter who would like to submit an objection to having been served appropriately, should do this as soon as possible

**Section 22**

The provisions of this law of service of document also apply for any service other than documents.

This law applies in all applicable ways when someone on the basis of the constitutional provision, independently of the case or matter, needs to arrange for service.  Under the circumstances described in Section 15 or 16, he may call for assistance from the County Administrative Board by using the means of service at his expense. The County Administrative Board's decision regarding service matters may under this section be appealed in administrative court.

Leave to appeal is required for an appeal to the Administrative Court of Appeal. *Law (1995:20)* .

**Section 23**

The police authorities appoint the number of process servers needed in each police district. *Law (1978:768)*

**Section 24**

As full proof of that service has taken place, as indicated in the certificate regarding certificate of service issued by a process server, executive official of a Swedish Authority abroad , prosecutors , police officers, the Swedish Enforcement Authority, executive officer at the enforcement Authority and an official of one of the following agencies , namely

    1.  correctional institution ;

    2.  jail ,

    3.  home referred to in paragraph 12,  Law (1990:52) with special provisions regarding the care of the young and paragraph 22from the Law (1988:870)  Care of drug users in some cases

    4.  such unit that is referred to in paragraph 5, in the Law (1991:1129) regarding psychiatric forensic care and in Paragraph 5 the Law,(1991:1137) regarding psychiatric forensic examination

if service is for a person who has been committed or sent to custody there. The same testimonial will be added to certificate by a Notary Public, as well as a certificate from a lay assessor in District Court when performing service on behalf of the district court.

For special service through the postal services a certificate by the officer at the postal administrations which is referred to in paragraph 3, has such credentials as specified in first paragraph.

Proof that service taken place abroad will be recognized as full proof that the service has been completed in the manner that is specified on the certificate; the attester's Authority is established by the officer at a Swedish Authority abroad. Proof of service at the foreign location is seen as full proof, even without such attestation as just mentioned, if this is covered by agreement with a foreign state .*Law (2006:665), changed through Law (2006:684) and Law (2006:750*.

## Section 25

Party, candidate or another interested party is not obligated to pay for service which is done by authorities.

If other than the Authority will arrange the service, he may have recourse to a process server or, if service is to be done abroad, to request assistance with this from the Department of Foreign Affairs.

## Section 26

A property owner, tenant or owner of an apartment, when asked by a process server, or other person mentioned in Section 24, first and second paragraph, is under the obligation to state if the person being served resides at the property or in the apartment, or in some other way disposes of any space there. Long-term lessees are seen as equivalent to the property owners. *Law (1985:266).*

## Section 27

An employer shall at the request of a process server or as specified in Section 24 first or second paragraph indicate whether the person wanted for service is employed by him and, if so, disclose his working hours , workplace and about other matters relating to employment and that can facilitate the service . *Law (1985:266)* .

## Section 28

What has been stated in Section 26 and 27 does not apply if the person has such a relation with the addressee as indicated in Chapter 36,paragraph 3, *Code of Judicial Procedure*. Law (*1985:266*).

## Section 29

To effectuate service, the process server, prosecutor, police officer, the Swedish Enforcement Services, and the Executive Officer at the Swedish Enforcement Services are entitled to have access to private area which does not constitute a living area.

If someone else than a police officer is denied access, which he under paragraph 1 he is entitled to, the police shall provide assistance upon his request. A police officer may, at the discretion of the Police Authority, obtain access. *Law (2006:684)* .

## Section 29 a

A letter sent requiring service of process provided to a police department for service may be opened by the police, if necessary for the content to be brought over to another police department for service on that person. The foregoing shall not apply if the client has indicated that the item cannot be opened .*Law (1990:1410)* .

## Section 30

Anyone who intentionally fails to disclose information under Section 27 or provides incorrect information shall be sentenced to a fine. *Law (1991:297).*

## Entry into force and transitional provisions

**1970:428**

This Law shall enter into force on January 1, 1971.

When in a Law or other statute there is reference to a provision that has been replaced by a provision in this Law, then the new provision will apply. If the provision relates to a summons, notice or other communication the Law will apply, if when looking at the purpose of the rule it is clear that service should take place.

**1978:768**

1. This Law shall enter into force on July 1, 1979.

2. A process server, who has been assigned by the County Administrative Board, may finish his service commission which he was given before the Law came into force. Regarding the certificates that the process server will issue, Section 24 will apply in its older version.

**1985:266**

This Law shall enter into force on July 1, 1985.

**1990:1410**

1. This Law shall enter into force on July 1, 1985.

2. The information referred to in Section 3a, may be communicated even before entering into force.

3. Regarding an appeal of a decision pertaining to Section 22 and which has been given before the entering into force, the old regulations will apply.

**1991:297**

This Law shall enter into force on January 1, 1992.

**1993:21688**

This Law shall enter into force on March 1, 1994.

**1995:20**

This Law shall enter into force on April 1, 1995. When appealing a decision that was given before the entering into force, the a[peal with be in accordance with the old regulations.

**1995:638**

This Law shall enter into force on July 1, 1995.

**1997:268**

This Law shall enter into force on July 1, 1997.

**2000:569**

This Law shall enter into force on October 1, 2000.

**2001:236**

This Law shall enter into force on July 1, 2001.

**2004:237**

This Law shall enter into force on July 1, 2004.

**2006:665**

This Law shall enter into force on July 1, 2006.

**2006:684**

This Law shall enter into force on July 1, 2006.

**2006:750**

(Came out on June 19, 2006).

**2008:882**

This Law shall enter into force on December 12, 2008.

2nd Such information referred to in § 3a may be issued even before the entry into force .

3rd In the case of appeal of the decision referred to in 22 § and that have been issued before the entry into force, the former regulations .

*1995:20*

This Law comes into force on 1 April 1995. Decisions have been made before the entry into force of appeal under the old rules .

This is to certify that the attached document is a true and faithful translation from Swedish into English of the Proclamation (1909:24 p.1) concerning the service of documents at the request of foreign authorities  and (2) The Process Serving Law (1970:428) for the law office of Labaton, Sucharow & Rudoff LLP and International Interpreters Inc. presented on October 4, 2010.


Gunilla Medina

Swedish Court interpreter and Translator, approved by the Administrative Office of the Courts of New Jersey, furthermore registered in such capacity with the US Federal Courts, as well as with the Swedish General Consulate in New York, and the Swedish Embassy in Washington D.C.


Sworn before me on *December 7,* 2010

My commission expires on *3/39/15*