Name and address:
M. Stephen Dampier
Law Office of M. Stephen Dampier, P.C.
55 N. Section Street
P.O. Box 161
Fairhope, AL 36533

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re Marine Products Antitrust Litigation | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV10-2319-GW (FFMx) |
| v. | |
| Defendant(s). | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE: Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, M. Stephen Dampier _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Ace Marine Rigging & Supply, Inc., et al. ____ by whom I have been retained.

My business information is:
Law Office of M. Stephen Dampier, P.C.
*Firm Name*
55 N. Section Street, P.O. Box 161
*Street Address*
Fairhope, AL 36533                     stevedampier@dampierlaw.com
*City, State, Zip*                     *E-Mail Address*
251-929-0900                           251-929-0800
*Telephone Number*                     *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| US District Court, Southern District of Alabama | August 24, 1992 |
| US District Court, District of Colorado | October 11, 2002 |
| Eleventh Circuit Court of Appeals | December 19, 2001 |
| United States Supreme Court | May 23, 2005 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 2:08-cv-07204 | Flash Sales v. Genera Corp | 3/23/2009 | Granted 3/25 |
| 2:09-ml-02007 | Aftermarket Automotive Lighting Products Antitrust Litigation | 12/15/2009 | Granted 01/05 |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  Michael Goldberg  as local counsel, whose business information is as follows:

Glancy Binkow & Goldberg LLP
*Firm Name*

1801 Avenue of the Stars, Suite 311
*Street Address*

Los Angeles, CA 90067
*City, State, Zip*

info@glancylaw.com
*E-Mail Address*

(310) 201-9150
*Telephone Number*

(310) 201-9160
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  11-4-10

M. Stephen Dampier
*Applicant's Name (please print)*

*(signature)*
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  11-12-2010

Michael Goldberg
*Designee's Name (please print)*

*(signature)*
*Designee's Signature*

188669
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED** *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* **(G-64 ORDER) ALONG WITH THIS APPLICATION.**

UNITED STATES OF AMERICA  
SOUTHERN DISTRICT OF ALABAMA  } ss.

# Certificate of Good Standing



I, Charles R. Diard, Jr., Clerk of the United States District Court for the Southern District of Alabama DO HEREBY CERTIFY that

## M. Stephen Dampier

was duly admitted to practice in said Court on August 24, 1992, and is in good standing as a member of the bar of said Court.

Dated at *Mobile, Alabama*

on November 2, 2010

Charles R. Diard, Jr.  
Clerk of Court

By  
Deputy Clerk

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On November 12, 2010, I caused to be served the following document:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 12, 2010, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

# SERVICE LIST

## ATTORNEYS RECEIVING NOTICE VIA MAIL OR E-MAIL

### (NOT ON COURT'S ECF SYSTEM IN THIS CASE)

Mail (or e-mail) service is made on the last known address or believed-to-be current address of the following parties:

### FOR PLAINTIFFS

| | |
|---|---|
| Andrew A Esbenshade<br>Caldwell Leslie & Proctor PC<br>1000 Wilshire Boulevard Suite 600<br>Los Angeles, CA 90017-2463<br>213-629-9040<br>213-629-9022 (fax)<br>esbenshade@caldwell-leslie.com | *For RDA Construction Corp.* |
| Todd S Heyman<br>Charles E Tompkins<br>Shapiro Haber & Urmy<br>53 State Street<br>Boston, MA 02109<br>617-439-3939<br>617-439-0134 (fax)<br>theyman@shulaw.com | *For RDA Construction Corp.* |
| Paul Holtzman<br>Krokidas & Bluestein LLP<br>600 Atlantic Avenue 19th Floor<br>Boston, MA 02210<br>617-482-7211<br>617-482-7212 (fax)<br>pholtzman@kb-law.com | *For RDA Construction Corp.* |
| A. Craig Eiland<br>Attorney at Law<br>2211 The Strand, Suite 201<br>Galveston, TX  77550<br>Telephone: (409) 763-3260<br>Facsimile: (713) 513-5211<br>E-mail: ceiland@eilandlaw.com | *For Board of Trustees of the Galveston Wharves* |

Gerald O. Gussoni, Jr.
Jeffery M. Lynch
Joseph W. Fritz, Jr.
Diana T. A. Hale
1350 Port of New Orleans Place
New Orleans, LA  70130

| | | |
|---|---|---|
| 1 | Telephone: (504) 528-3228 | |
| 2 | Facsimile: (504) 528-3209 | |
|   | E-mail: gussonib@portno.com | |
| 3 | E-mail: lynchj@portno.com | |
|   | E-mail: fritzj@portno.com | |
| 4 | E-mail: haled@portno.com | *For Board of Commissioners of the* |
| 5 | | *Port of New Orleans* |
| 6 | | |
|   | M. Stephen Dampier | |
| 7 | LAW OFFICES OF M. STEPHEN | |
|   | DAMPIER, P.C. | |
| 8 | 55 North Section Street | |
|   | Fairhope, AL 36532 | |
| 9 | Telephone: (251) 929-0900 | |
|   | Facsimile: (251) 929-0800 | |
| 10 |     stevedampier@bellsouth.net | |
| 11 | Gregory P. Hansel | |
|    | Randall B. Weill | |
| 12 | PRETI FLAHERTY BELIVEAU | |
|    |  & PACHIOS LLP | |
| 13 | P.O. Box 9546 | |
|    | One City Center | |
| 14 | Portland, ME  04112-9546 | |
| 15 | Telephone: (207) 791-3000 | |
|    | Facsimile: (207) 791-3111 | |
| 16 |     ghansel@preti.com | |
|    |     rweill@preti.com | |
| 17 | | |
| 18 | **FOR DEFENDANTS** | |
| 19 | | |
| 20 | Jeffrey L. Richardson | |
|    | MITCHELL SILBERBERG & KNUPP LLP | |
| 21 | 11377 West Olympic Blvd. | |
|    | Los Angeles, CA 90064 | |
| 22 | Telephone: (310) 312-3769 | |
|    | Facsimile: (310) 231-8370 | |
| 23 | E-Mail: jlr@msk.com | |
| 24 | Nina Ginsberg | |
|    | Ben DiMuro | |
| 25 | DiMUROGINSBURG, PC | |
|    | 908 King Street, Suite 200 | |
| 26 | Alexandria, VA 22314 | |
|    | Telephone: (703) 684-4333 | |
| 27 | Facsimile: (703) 548-3181 | |
|    | E-Mail: nginsberg@dimuro.com | |
| 28 |     Bdimuro@dimuro.com | *For William Alan Potts (Defendant)* |

PROOF OF SERVICE

Page 3

1  Bill J. Thompson
2  25375 Orchard Village Road
   Suite 106
3  Valencia, CA  91351
   Telephone: (661) 222-2207
4  Facsimile: (661) 259-9393
   E-mail: thompsonlaw@prodigy.net
5
                                                    *For Defendant Andrew Barmakian*
6

7  Fentek Marine Systems GmbH
   Langenstücken 36a. D-22393
8  Hamburg. Germany
                                                    *For Fentek Marine Systems GmbH (Defendant)*
9

10
   Tomas Crawaack
11 Diestelstrabe 13
   22397 Hamburg
12 Germany
                                                    *For Tomas Crawaack (Defendant)*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 2:10-cv-02319-GW -FFM

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@murrayfrank.com

- **Paul M Alfieri**
  paul.alfieri@linklaters.com

- **Joseph P Armao**
  joseph.armao@linklaters.com

- **Gregory S Asciolla**
  gasciolla@labaton.com

- **Eric J Belfi**
  ebelfi@labaton.com

- **Robert H Bell**
  robert.bell@linklaters.com

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **William G Caldes**
  Bcaldes@srkw-law.com

- **Alejandra De Urioste**
  alejandra.deUrioste@cliffordchance.com

- **Anthony A DeCorso**
  adecorso@orrick.com

- **Jennifer Sabrina Elkayam**
  jelkayam@blechercollins.com

- **Adam R Fox**
  afox@ssd.com,clopez@ssd.com,agoodwin@ssd.com,hyang@ssd.com

- **Joni Forster Galvin**
  joni.forster_galvin@linklaters.com

- **Kevin Elliot Gaut**
  keg@msk.com,jda@msk.com

- **Brian H Getz**
  bhgetz@pacbell.net

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,asohrn@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,lglancy@glancylaw.com

- **Eric A Gressler**
  egressler@orrick.com

- **Roxann E Henry**
  henryr@howrey.com

- **Sally Ann Hostetler**
  sally.hostetler@ofplaw.com

- **Melissa K Hutts**
  mhutts@baronbudd.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Heather Lamberg Kafele**
  heather.kafele@shearman.com

- **Richard B Kendall**
  rkendall@kbkfirm.com,docket@kbkfirm.com,ghunter@kbkfirm.com

- **Inchan Andrew Kwon**
  inchan.kwon@haynesboone.com

- **J Burton LeBlanc , IV**
  bleblanc@baronbudd.com

- **Kellie Lerner**
  klerner@labaton.com

- **Ashlee R Lynn**
  alynn@kbkfirm.com,docket@kbkfirm.com

- **David G Meyer**
  meyerd@howrey.com,struwet@howrey.com,andersondamon@howrey.com

- **Nathan Meyer**
  nmeyer@raklaw.com,ksanderlin@raklaw.com

- **James Drew Miller**
  jim.miller@cliffordchance.com

- **William L Monts , III**
  william.monts@hoganlovells.com

- **Nick S Movaghar**
  nmovaghar@linerlaw.com,clouipineda@linerlaw.com

- **Brian Phillip Murray**
  bmurray@murrayfrank.com

- **Keith Richard Palfin**
  keith.palfin@shearman.com

- **Bernard Persky**
  bpersky@labaton.com,electroniccasefiling@labaton.com

- **Danielle M Randazzo**
  danielle.randazzo@linklaters.com

- **Petra M Reinecke**
  petra@schwartz-cera.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Larry C Russ**
  lruss@raklaw.com,lcdiaz@raklaw.com

- **Hollis Salzman**
  hsalzman@labaton.com

- **James C Sandberg , II**
  jcsandberg@bakerdonelson.com,pzane@bakerdonelson.com

- **Mazin A Sbaiti**
  msbaiti@baronbudd.com

- **Douglas R Schwartz**
  doug@schwartz-cera.com,jcorbelli@schwartz-cera.com,dmcgee@schwartz-cera.com

- **Andy Sohrn**
  asohrn@glancylaw.com

- **Eugene A Spector**
  espector@srkw-law.com

- **Jeffrey L Spector**
  jspector@srkw-law.com

- **Todd A Spiegelman**
  todd.spiegelman@cliffordchance.com

- **Bruce W Steckler**
  bsteckler@baronbudd.com,mhutts@baronbudd.com,bjoe@baronbudd.com

- **Randall J Sunshine**
  rsunshine@linerlaw.com,gtanzini@linerlaw.com

- **James P Tallon**

jtallon@shearman.com

- **James B Weidner**
  james.weidner@cliffordchance.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Bill J Thompson
Thompson & King
,
```