M. Stephen Dampier
Law Office of M. Stephen Dampier, P.C.
55 N. Section Street
P.O. Box 161
Fairhope, AL 36533

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re Marine Products Antitrust Litigation

Plaintiff(s)

v.

Defendant(s).

CASE NUMBER

CV10-2319-GW (FFMx)

ORDER ON
APPLICATION OF NON-RESIDENT
ATTORNEY TO APPEAR IN A SPECIFIC
CASE

The Court, having reviewed the accompanying Application of _____M. Stephen Dampier_____,
                                                              *Applicant's Name*

of _____Law Offices of M. Stephen Dampier_____
                    *Firm Name / Address*

_____251-929-0900_____          _____stevedampier@dampierlaw.com_____
      *Telephone Number*                          *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  Plaintiff:

_____Ace Marine Rigging & Supply, Inc., et al._____

and the designation of _____Michael Goldberg (Bar No.188669)_____
                              *Local Counsel Designee /State Bar Number*

of _____Glancy Binkow & Goldberg LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, CA 90067_____
                              *Local Counsel Firm / Address*

_____(310) 201-9150_____          _____info@glancylaw.com_____
      *Telephone Number*                          *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____          _____

                                      U. S. District Judge/U.S. Magistrate Judge