Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
info@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Hollis L. Salzman (*pro hac vice*)
hsalzman@labaton.com
Gregory S. Asciolla (*pro hac vice*)
gasciolla@labaton.com
William V. Reiss (*pro hac vice*)
wreiss@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Interim Class Counsel,*
*Chair of the Executive Committee*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | Master Consolidated Case File No. CV10-2319-GW (FFMx) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANT TOMAS CRAWAACK**<br><br>Judge:     Hon. George H. Wu<br>Courtroom: 10 |

MOTION FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANT TOMAS CRAWAACK
MASTER CONSOLIDATED CASE FILE NO. CV10-2319-GW (FFMx)

Plaintiffs Ace Marine Rigging and Supply, Inc., Board of Commissioners of the Port of New Orleans, OSG Lightering LLC and OSG Lightering Solutions LLC ("Plaintiffs"), on behalf of themselves and the Classes, hereby move for the entry of a default by the Clerk of the Court against Defendant Tomas Crawaack ("Crawaack") pursuant to Federal Rule ("Rule") of Civil Procedure 55(a) ("Motion").  This Motion is brought against Crawaack for his failure "to plead or otherwise defend" this action as provided by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 55(a).

This case arises from three related and overlapping conspiracies involving several marine products.  The conspiracies involve unlawful agreements to fix, raise, maintain and/or stabilize prices, rig bids and/or allocate markets in the United States for:  (1) foam-filled marine fenders and ancillary products ("Foam-Filled Fenders") and foam-filled buoys and ancillary products ("Buoys", together with Foam-Filled Fenders "Foam-Filled Fenders and Buoys"); (2) plastic marine pilings and ancillary products; and (3) marine fenders and ancillary products other than Foam-Filled Fenders, including but not limited to, fixed fenders and pneumatic fenders.

Crawaack was named as a Defendant in each of the three conspiracies in the two original complaints that have been consolidated in the above-captioned matter. *See Board of Trustees of the Galveston Wharves v. Trelleborg AB*, No. CV 10-2319-GW (FFMx) (C.D. Cal.) ("Galveston Complaint") ¶¶ 47-49 [D.E. 1] and *RDA Construction Corp. v. Trelleborg AB*, No. 2:10-cv-03360-GHW (FFMx) (C.D. Cal.) ("RDA Complaint") ¶¶ 46-48.

On April 29, 2010, the Court authorized APS International, Ltd. to effect service of process on Crawaack [D.E. 35].

On June 25, 2010, Crawaack received service of summons and the Galveston Complaint.  [D.E. 128].

On June 28, 2010, the Court consolidated the Galveston and RDA actions

1 into the present consolidated litigation.

2 On July 22, 2010, Plaintiffs filed through the Court's CM/ECF system their Consolidated Amended Class Action Complaint ("CAC"), which named Crawaack as a Defendant in the Foam-Filled Fenders and Buoys conspiracy, but no longer the other two conspiracies.

6 On August 4, 2010, Plaintiffs filed an affidavit of service of summons on Crawaack by posting the document to the ECF website for the United States District Court for the Central District of California [D.E. 128].

9 On September 2, 2010, the Court entered a Minute Order [D.E. 138] requiring Defendants, including Crawaack, to file dispositive motions by November 1, 2010.

12 To date, Crawaack has failed to answer or otherwise respond to the CAC. When a party has "failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise," the court must enter the party's default. Fed. R. Civ. P. 55(a).

16 Because Crawaack has failed to serve an answer or otherwise respond to the CAC that was filed and duly served through the Court's CM/ECF system on July 22, 2010, and because the time for submitting responsive pleadings has expired, the entry of a default against Crawaack is appropriate. *See* Fed. R. Civ. P. 55(a); *see also PepsiCo, Inc. v. Cal. Sec. Cans*, 238 F. Supp. 2d 1172 (C.D. Cal. 2002).

21 For the reasons forth above, Plaintiffs respectfully request that pursuant to Rule 55(a), the Clerk enter a default against Crawaack.

MOTION FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANT TOMAS CRAWAACK
MASTER CONSOLIDATED CASE FILE NO. CV10-2319-GW (FFMx)

2

1  Dated: November 15, 2010

2  Respectfully submitted,

3

4  By:  /s/ Michael Goldberg

5  Lionel Z. Glancy (Bar No. #134180)
   Michael Goldberg (Bar No. #188669)
6  info@glancylaw.com
   **GLANCY BINKOW & GOLDBERG LLP**
7  1801 Ave. of the Stars, Suite 311
   Los Angeles, CA 90067
8  Telephone:  (310) 201-9150
   Facsimile:  (310) 201-9160

9

10  Hollis L. Salzman (*pro hac vice*)
    hsalzman@labaton.com
11  Gregory S. Asciolla (*pro hac vice*)
    gasciolla@labaton.com
12  William V. Reiss (*pro hac vice*)
    wreiss@labaton.com
13  **LABATON SUCHAROW LLP**
    140 Broadway
14  New York, NY 10005
    Telephone:  (212) 907-0700
15  Facsimile:  (212) 818-0477

16  *Interim Class Counsel,*
    *Chair of the Executive Committee*
17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On November 15, 2010, I caused to be served the following document:

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANT TOMAS CRAWAACK**

**[PROPOSED] ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANT TOMAS CRAWAACK**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 15, 2010, at Los Angeles, California.

　　　　　　　　　　　　　　*s/ Michael Goldberg*
　　　　　　　　　　　　　　Michael Goldberg

# Mailing Information for a Case 2:10-cv-02319-GW -FFM

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@murrayfrank.com

- **Paul M Alfieri**
  paul.alfieri@linklaters.com

- **Joseph P Armao**
  joseph.armao@linklaters.com

- **Gregory S Asciolla**
  gasciolla@labaton.com

- **Eric J Belfi**
  ebelfi@labaton.com

- **Robert H Bell**
  robert.bell@linklaters.com

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **William G Caldes**
  Bcaldes@srkw-law.com

- **Alejandra De Urioste**
  alejandra.deUrioste@cliffordchance.com

- **Anthony A DeCorso**
  adecorso@orrick.com

- **Jennifer Sabrina Elkayam**
  jelkayam@blechercollins.com

- **Adam R Fox**
  afox@ssd.com,clopez@ssd.com,agoodwin@ssd.com,hyang@ssd.com

- **Joni Forster Galvin**
  joni.forster_galvin@linklaters.com

- **Kevin Elliot Gaut**
  keg@msk.com,jda@msk.com

- **Brian H Getz**
  bhgetz@pacbell.net

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,asohrn@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,lglancy@glancylaw.com

- **Eric A Gressler**
  egressler@orrick.com

- **Roxann E Henry**
  henryr@howrey.com

- **Sally Ann Hostetler**
  sally.hostetler@ofplaw.com

- **Melissa K Hutts**
  mhutts@baronbudd.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Heather Lamberg Kafele**
  heather.kafele@shearman.com

- **Richard B Kendall**
  rkendall@kbkfirm.com,docket@kbkfirm.com,ghunter@kbkfirm.com

- **Inchan Andrew Kwon**
  inchan.kwon@haynesboone.com

- **J Burton LeBlanc , IV**
  bleblanc@baronbudd.com

- **Kellie Lerner**
  klerner@labaton.com

- **Ashlee R Lynn**
  alynn@kbkfirm.com,docket@kbkfirm.com

- **David G Meyer**
  meyerd@howrey.com,struwet@howrey.com,andersondamon@howrey.com

- **Nathan Meyer**
  nmeyer@raklaw.com,ksanderlin@raklaw.com

- **James Drew Miller**
  jim.miller@cliffordchance.com

- **William L Monts , III**
  william.monts@hoganlovells.com

- **Nick S Movaghar**
  nmovaghar@linerlaw.com,clouipineda@linerlaw.com

- **Brian Phillip Murray**
  bmurray@murrayfrank.com

- **Keith Richard Palfin**
  keith.palfin@shearman.com

- **Bernard Persky**
  bpersky@labaton.com,electroniccasefiling@labaton.com

- **Danielle M Randazzo**
  danielle.randazzo@linklaters.com

- **Petra M Reinecke**
  petra@schwartz-cera.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Larry C Russ**
  lruss@raklaw.com,lcdiaz@raklaw.com

- **Hollis Salzman**
  hsalzman@labaton.com

- **James C Sandberg , II**
  jcsandberg@bakerdonelson.com,pzane@bakerdonelson.com

- **Mazin A Sbaiti**
  msbaiti@baronbudd.com

- **Douglas R Schwartz**
  doug@schwartz-cera.com,jcorbelli@schwartz-cera.com,dmcgee@schwartz-cera.com

- **Andy Sohrn**
  asohrn@glancylaw.com

- **Eugene A Spector**
  espector@srkw-law.com

- **Jeffrey L Spector**
  jspector@srkw-law.com

- **Todd A Spiegelman**
  todd.spiegelman@cliffordchance.com

- **Bruce W Steckler**
  bsteckler@baronbudd.com,mhutts@baronbudd.com,bjoe@baronbudd.com

- **Randall J Sunshine**
  rsunshine@linerlaw.com,gtanzini@linerlaw.com

- **James P Tallon**

- jtallon@shearman.com

- **James B Weidner**
  james.weidner@cliffordchance.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
M Stephen Dampier
Law Office of M. Stephen Dampier PC
,

Barry Michael Okun
Labeton Sucharow LLP
,

Bill J Thompson
Thompson & King
,
```

# SERVICE LIST

## ATTORNEYS RECEIVING NOTICE VIA MAIL OR E-MAIL

## (NOT ON COURT'S ECF SYSTEM IN THIS CASE)

Mail (or e-mail) service is made on the last known address or believed-to-be current address of the following parties:

### FOR PLAINTIFFS

Andrew A Esbenshade
Caldwell Leslie & Proctor PC
1000 Wilshire Boulevard Suite 600
Los Angeles, CA 90017-2463
213-629-9040
213-629-9022 (fax)
esbenshade@caldwell-leslie.com     *For RDA Construction Corp.*

Todd S Heyman
Charles E Tompkins
Shapiro Haber & Urmy
53 State Street
Boston, MA 02109
617-439-3939
617-439-0134 (fax)
theyman@shulaw.com     *For RDA Construction Corp.*

Paul Holtzman
Krokidas & Bluestein LLP
600 Atlantic Avenue 19th Floor
Boston, MA 02210
617-482-7211
617-482-7212 (fax)
pholtzman@kb-law.com     *For RDA Construction Corp.*

A. Craig Eiland
Attorney at Law
2211 The Strand, Suite 201
Galveston, TX  77550
Telephone: (409) 763-3260
Facsimile: (713) 513-5211
E-mail: ceiland@eilandlaw.com
     *For Board of Trustees of the Galveston Wharves*

Gerald O. Gussoni, Jr.
Jeffery M. Lynch
Joseph W. Fritz, Jr.
Diana T. A. Hale
1350 Port of New Orleans Place
New Orleans, LA  70130

---
PROOF OF SERVICE

Telephone: (504) 528-3228
Facsimile: (504) 528-3209
E-mail: gussonib@portno.com
E-mail: lynchj@portno.com
E-mail: fritzj@portno.com
E-mail: haled@portno.com

*For Board of Commissioners of the Port of New Orleans*

M. Stephen Dampier
LAW OFFICES OF M. STEPHEN DAMPIER, P.C.
55 North Section Street
Fairhope, AL 36532
Telephone: (251) 929-0900
Facsimile: (251) 929-0800
    stevedampier@bellsouth.net

Gregory P. Hansel
Randall B. Weill
PRETI FLAHERTY BELIVEAU
 & PACHIOS LLP
P.O. Box 9546
One City Center
Portland, ME  04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111
    ghansel@preti.com
    rweill@preti.com

**FOR DEFENDANTS**

Jeffrey L. Richardson
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 312-3769
Facsimile: (310) 231-8370
E-Mail: jlr@msk.com

Nina Ginsberg
Ben DiMuro
DiMUROGINSBURG, PC
908 King Street, Suite 200
Alexandria, VA 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
E-Mail: nginsberg@dimuro.com
    Bdimuro@dimuro.com

*For William Alan Potts (Defendant)*

| | |
|---|---|
| 1 | Bill J. Thompson |
| 2 | 25375 Orchard Village Road<br>Suite 106 |
| 3 | Valencia, CA  91351<br>Telephone: (661) 222-2207 |
| 4 | Facsimile: (661) 259-9393<br>E-mail: thompsonlaw@prodigy.net |
| 5 | *For Defendant Andrew Barmakian* |
| 6 | |
| 7 | Fentek Marine Systems GmbH<br>Langenstücken 36a. D-22393 |
| 8 | Hamburg. Germany |
|   | *For Fentek Marine Systems GmbH (Defendant)* |
| 9 | |
| 10 | |
| 11 | Tomas Crawaack<br>Diestelstrabe 13 |
| 12 | 22397 Hamburg<br>Germany |
|    | *For Tomas Crawaack (Defendant)* |

Lines 13–28 blank.