Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
info@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Hollis L. Salzman (*pro hac vice*)
hsalzman@labaton.com
Gregory S. Asciolla (*pro hac vice*)
gasciolla@labaton.com
William V. Reiss (*pro hac vice*)
wreiss@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Interim Class Counsel,*
*Chair of the Executive Committee*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | Master Consolidated Case File No. CV10-2319-GW (FFMx) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **[PROPOSED] ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANT TOMAS CRAWAACK**  Judge:  Hon. George H. Wu  Courtroom:  10 |

1   A DEFAULT is hereby entered in this action against Defendant Tomas
2  Crawaack for failure to plead or otherwise defend this action as provided by
3  Federal Rule of Civil Procedure 55(a).  *See* Fed. R. Civ. P. 55(a).
4
5       DATED this ___day of _____, 2010.
6
7                                              _____
8                                              CLERK OF THE COURT
                                               UNITED STATES DISTRICT COURT
9                                              CENTRAL DISTRICT OF CALIFORNIA
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2