M. Stephen Dampier
Law Office of M. Stephen Dampier, P.C.
55 N. Section Street
P.O. Box 161
Fairhope, AL 36533

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re Marine Products Antitrust Litigation

Plaintiff(s),

v.

Defendant(s).

CASE NUMBER

CV10-2319-GW (FFMx)

ORDER ON
APPLICATION OF NON-RESIDENT
ATTORNEY TO APPEAR IN A SPECIFIC
CASE

The Court, having reviewed the accompanying Application of __M. Stephen Dampier__,
*Applicant's Name*

of __Law Offices of M. Stephen Dampier__
*Firm Name / Address*

__251-929-0900__                    __stevedampier@dampierlaw.com__
*Telephone Number*                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of Plaintiff:

__Ace Marine Rigging & Supply, Inc., et al.__

and the designation of __Michael Goldberg (Bar No.188669)__
*Local Counsel Designee /State Bar Number*

of __Glancy Binkow & Goldberg LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, CA 90067__
*Local Counsel Firm / Address*

__(310) 201-9150__                  __info@glancylaw.com__
*Telephone Number*                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X  GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated: November 15, 2010

*/s/ George H. Wu*

GEORGE H. WU, U. S. District Judge