Name and address:
Randall B. Weill
Preti Flaherty Beliveau & Pachios LLP
One City Center
Portland, ME 04101

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re Marine Products Antitrust Litigation | CASE NUMBER |
|---|---|
| Plaintiff(s)<br>v. | CV10-2319-GW (FFMx) |
| Defendant(s). | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE:   Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Randall B. Weill                                     , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff  ☐ Defendant: Ace Marine Rigging & Supply, Inc., et al.           by whom I have been retained.

My business information is:
Preti Flaherty Beliveau & Pachios LLP
*Firm Name*

One City Center
*Street Address*

Portland, ME 04101                           rweill@preti.com
*City, State, Zip*                           *E-Mail Address*

207-791-3000                                 207-791-3111
*Telephone Number*                           *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| *Title of Court* | *Date of Admission* |
|---|---|
| United States District Court, District of Maine | 1984 |
| United States Court of Appeals for the First Circuit | 1986 |
| United States Court of Appeals for the Federal Circuit | 1982 |
| United States District Court, District of Columbia | 1979 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| *Case Number* | *Ttitle of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:


I designate Michael Goldberg _____ as local counsel, whose business information is as follows:

Glancy Binkow & Goldberg LLP
*Firm Name*

1801 Avenue of the Stars, Suite 311
*Street Address*

Los Angeles, CA 90067       info@glancylaw.com
*City, State, Zip*          *E-Mail Address*

(310) 201-9150              (310) 201-9160
*Telephone Number*          *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   November 15, 2010    Randall B. Weill
                             *Applicant's Name (please print)*

                             [signature]
                             *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   11/16/2010           Michael Goldberg
                             *Designee's Name (please print)*

                             [signature]
                             *Designee's Signature*

                             188669
                             *Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

____Portland____ **DISTRICT OF** ____Maine____

**CERTIFICATE OF GOOD STANDING**

*I,* ____Linda L. Jacobson____, *Clerk of this Court,*

*certify that* ____Randall B. Weill____, *Bar #* _____,

*was duly admitted to practice in this Court on*

____6/29/1984____, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* ____Portland, Maine____ *on* ____11/16/2010____.
LOCATION                                                     DATE

LINDA L. JACOBSON
CLERK                                           DEPUTY CLERK

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On November 16, 2010, I caused to be served the following document:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 16, 2010, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

# Mailing Information for a Case 2:10-cv-02319-GW -FFM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@murrayfrank.com

- **Paul M Alfieri**
  paul.alfieri@linklaters.com

- **Joseph P Armao**
  joseph.armao@linklaters.com

- **Gregory S Asciolla**
  gasciolla@labaton.com

- **Eric J Belfi**
  ebelfi@labaton.com

- **Robert H Bell**
  robert.bell@linklaters.com

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **William G Caldes**
  Bcaldes@srkw-law.com

- **M Stephen Dampier**
  stevedampier@dampierlaw.com

- **Alejandra De Urioste**
  alejandra.deUrioste@cliffordchance.com

- **Anthony A DeCorso**
  adecorso@orrick.com

- **Jennifer Sabrina Elkayam**
  jelkayam@blechercollins.com

- **Adam R Fox**
  afox@ssd.com,clopez@ssd.com,agoodwin@ssd.com,hyang@ssd.com

- **Joni Forster Galvin**
  joni.forster_galvin@linklaters.com

- **Kevin Elliot Gaut**
  keg@msk.com,jda@msk.com

- **Brian H Getz**
  bhgetz@pacbell.net

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,asohrn@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,lglancy@glancylaw.com

- **Eric A Gressler**
  egressler@orrick.com

- **Roxann E Henry**
  henryr@howrey.com

- **Sally Ann Hostetler**
  sally.hostetler@ofplaw.com

- **Melissa K Hutts**
  mhutts@baronbudd.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Heather Lamberg Kafele**
  heather.kafele@shearman.com

- **Richard B Kendall**
  rkendall@kbkfirm.com,docket@kbkfirm.com,ghunter@kbkfirm.com

- **Inchan Andrew Kwon**
  inchan.kwon@haynesboone.com

- **J Burton LeBlanc , IV**
  bleblanc@baronbudd.com

- **Kellie Lerner**
  klerner@labaton.com

- **Ashlee R Lynn**
  alynn@kbkfirm.com,docket@kbkfirm.com

- **David G Meyer**
  meyerd@howrey.com,struwet@howrey.com,andersondamon@howrey.com

- **Nathan Meyer**
  nmeyer@raklaw.com,ksanderlin@raklaw.com

- **James Drew Miller**
  jim.miller@cliffordchance.com

- **William L Monts , III**
  william.monts@hoganlovells.com

- **Nick S Movaghar**
  nmovaghar@linerlaw.com,clouipineda@linerlaw.com

- **Brian Phillip Murray**
  bmurray@murrayfrank.com

- **Keith Richard Palfin**
  keith.palfin@shearman.com

- **Bernard Persky**
  bpersky@labaton.com,electroniccasefiling@labaton.com

- **Danielle M Randazzo**
  danielle.randazzo@linklaters.com

- **Petra M Reinecke**
  petra@schwartz-cera.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Larry C Russ**
  lruss@raklaw.com,lcdiaz@raklaw.com

- **Hollis Salzman**
  hsalzman@labaton.com

- **James C Sandberg , II**
  jcsandberg@bakerdonelson.com,pzane@bakerdonelson.com

- **Mazin A Sbaiti**
  msbaiti@baronbudd.com

- **Douglas R Schwartz**
  doug@schwartz-cera.com,jcorbelli@schwartz-cera.com,dmcgee@schwartz-cera.com

- **Andy Sohrn**
  asohrn@glancylaw.com

- **Eugene A Spector**
  espector@srkw-law.com

- **Jeffrey L Spector**
  jspector@srkw-law.com

- **Todd A Spiegelman**
  todd.spiegelman@cliffordchance.com

- **Bruce W Steckler**
  bsteckler@baronbudd.com,mhutts@baronbudd.com,bjoe@baronbudd.com

- **Randall J Sunshine**

rsunshine@linerlaw.com,gtanzini@linerlaw.com

- **James P Tallon**
  jtallon@shearman.com

- **James B Weidner**
  james.weidner@cliffordchance.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Barry Michael Okun
Labeton Sucharow LLP
,

Bill J Thompson
Thompson & King
,
```

# SERVICE LIST

## ATTORNEYS RECEIVING NOTICE VIA MAIL OR E-MAIL

### (NOT ON COURT'S ECF SYSTEM IN THIS CASE)

Mail (or e-mail) service is made on the last known address or believed-to-be current address of the following parties:

### FOR PLAINTIFFS

Andrew A Esbenshade
Caldwell Leslie & Proctor PC
1000 Wilshire Boulevard Suite 600
Los Angeles, CA 90017-2463
213-629-9040
213-629-9022 (fax)
esbenshade@caldwell-leslie.com          *For RDA Construction Corp.*

Todd S Heyman
Charles E Tompkins
Shapiro Haber & Urmy
53 State Street
Boston, MA 02109
617-439-3939
617-439-0134 (fax)
theyman@shulaw.com          *For RDA Construction Corp.*

Paul Holtzman
Krokidas & Bluestein LLP
600 Atlantic Avenue 19th Floor
Boston, MA 02210
617-482-7211
617-482-7212 (fax)
pholtzman@kb-law.com          *For RDA Construction Corp.*

A. Craig Eiland
Attorney at Law
2211 The Strand, Suite 201
Galveston, TX  77550
Telephone: (409) 763-3260
Facsimile: (713) 513-5211
E-mail: ceiland@eilandlaw.com
                                        *For Board of Trustees of the*
                                        *Galveston Wharves*

Gerald O. Gussoni, Jr.
Jeffery M. Lynch
Joseph W. Fritz, Jr.
Diana T. A. Hale
1350 Port of New Orleans Place
New Orleans, LA  70130

| | | |
|---|---|---|
| 1 | Telephone: (504) 528-3228<br>Facsimile: (504) 528-3209 | |
| 2 | E-mail: gussonib@portno.com<br>E-mail: lynchj@portno.com | |
| 3 | E-mail: fritzj@portno.com<br>E-mail: haled@portno.com | |
| 4 | | *For Board of Commissioners of the Port of New Orleans* |
| 5 | | |
| 6 | Gregory P. Hansel<br>Randall B. Weill | |
| 7 | PRETI FLAHERTY BELIVEAU<br> & PACHIOS LLP | |
| 8 | P.O. Box 9546<br>One City Center | |
| 9 | Portland, ME  04112-9546<br>Telephone: (207) 791-3000 | |
| 10 | Facsimile: (207) 791-3111 | |
| 11 | ghansel@preti.com<br>rweill@preti.com | |
| 12 | | |
| 13 | **FOR DEFENDANTS** | |
| 14 | | |
| 15 | Jeffrey L. Richardson<br>MITCHELL SILBERBERG & KNUPP LLP | |
| 16 | 11377 West Olympic Blvd.<br>Los Angeles, CA 90064 | |
| 17 | Telephone: (310) 312-3769<br>Facsimile: (310) 231-8370 | |
|  | E-Mail: jlr@msk.com | |
| 18 | | |
| 19 | Nina Ginsberg<br>Ben DiMuro | |
| 20 | DiMUROGINSBURG, PC<br>908 King Street, Suite 200 | |
| 21 | Alexandria, VA 22314<br>Telephone: (703) 684-4333 | |
| 22 | Facsimile: (703) 548-3181<br>E-Mail: nginsberg@dimuro.com | |
| 23 | Bdimuro@dimuro.com | *For William Alan Potts (Defendant)* |
| 24 | Bill J. Thompson<br>25375 Orchard Village Road | |
| 25 | Suite 106<br>Valencia, CA  91351 | |
| 26 | Telephone: (661) 222-2207<br>Facsimile: (661) 259-9393 | |
| 27 | E-mail: thompsonlaw@prodigy.net | |
| 28 | | *For Defendant Andrew Barmakian* |

PROOF OF SERVICE

Page 3

1  
2  Fentek Marine Systems GmbH  
   Langenstücken 36a. D-22393  
3  Hamburg. Germany                    *For Fentek Marine Systems GmbH (Defendant)*  
4  
5  Tomas Crawaack  
   Diestelstrabe 13  
6  22397 Hamburg  
7  Germany                              *For Tomas Crawaack (Defendant)*  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

PROOF OF SERVICE

Page 4