Barry Michael Okun
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re Marine Products Antitrust Litigation

Plaintiff(s)

v.

Defendant(s).

CASE NUMBER

CV10-2319-GW (FFMx)

ORDER ON
APPLICATION OF NON-RESIDENT
ATTORNEY TO APPEAR IN A SPECIFIC
CASE

The Court, having reviewed the accompanying Application of __Brian Michael Okun__,
*Applicant's Name*

of __Labaton Sucharow LLP, 140 Broadway, New York, NY 10005__
*Firm Name / Address*

__212-907-0700__                __bokun@labaton.com__
*Telephone Number*              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of Plaintiff:

__Ace Marine Rigging & Supply, Inc., et al.__

and the designation of __Michael Goldberg (Bar No.188669)__
*Local Counsel Designee /State Bar Number*

of __Glancy Binkow & Goldberg LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, CA 90067__
*Local Counsel Firm / Address*

__(310) 201-9150__              __info@glancylaw.com__
*Telephone Number*              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X  GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated: November 15, 2010

*[signature]*

GEORGE H. WU, U. S. District Judge

G–64 ORDER (11/10)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**