Randall B. Weill
Preti Flaherty Beliveau & Pachios LLP
One City Center
Portland, ME 04101

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re Marine Products Antitrust Litigation | CASE NUMBER |
|---|---|
| Plaintiff(s), v. | CV10-2319-GW (FFMx) |
| Defendant(s). | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of  **Randall B. Weill**,
*Applicant's Name*

of  Preti Flaherty Beliveau & Pachios LLP, One City Center, Portland, ME 04101
*Firm Name / Address*

207-791-3000                                                  rweill@preti.com
*Telephone Number*                                            *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of Plaintiff:

Ace Marine Rigging & Supply, Inc., et al.

and the designation of  Michael Goldberg (Bar No.188669)
*Local Counsel Designee /State Bar Number*

of  Glancy Binkow & Goldberg LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, CA 90067
*Local Counsel Firm / Address*

(310) 201-9150                                               info@glancylaw.com
*Telephone Number*                                            *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X  GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated: November 18, 2010

GEORGE H. WU, U. S. District Judge

G–64 ORDER (11/10)        **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**