# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-2319-GW(FFMx) | Date | November 18, 2010 |
| Title | *Board of Trustees of the Galveston Wharves, et al. v. Trelleborg, AB, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Pat Cuneo | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Gregory S. Asciolla
William V. Reiss
Barry Okun

Attorneys Present for Defendants:

Bill Thompson - Barmakian
James Weidner - Bridgestone
Douglas Schwartz - James Fisher PLC/Fendercare Mar.
Sally Hostetler - Seaward Intl. Inc.
James Tallon/Heather Cafale - Sumitomo Rubber Ind.
Nate Mayer - Waterman
David G. Meyer - Virginia Harbor Svcs., Inc.
Roger H. Bell/Nicholas Daum - Yokohama
Roxann E. Henry - Virginia Harbor
Nick S. Movaghar

**PROCEEDINGS:**     **TELEPHONIC STATUS CONFERENCE**

Parties are advised that the motions to dismiss, presently set for November 22, 2010 at 8:30 a.m., will remain on the Court's calendar.

Any answers to the amended complaint are stayed pending the Court's rulings on the motions to dismiss.

: 25

Initials of Preparer  JG