# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Marine Products Antitrust Litigation<br><br>Plaintiff(s),<br>v.<br><br>Defendant(s). | CASE NUMBER<br><br>CV10-2319-GW(FFMx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT<br>ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __James R. Wade__,
*Applicant's Name*

of  Haynes and Boone, LLP, 1615 L Street NW, Suite 800, Washington, DC 20036
*Firm Name / Address*

202-654-4543                                             jim.wade@haynesboone.com
*Telephone Number*                                       *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of Defendant:

Donald Murray

and the designation of      Kenneth G. Parker SBN 182911
*Local Counsel Designee /State Bar Number*

of      Haynes and Boone, LLP, 18100 Von Karman Avenue, Suite 750, Irvine, CA 92612
*Local Counsel Firm / Address*

949-202-3000                                             kenneth.parker@haynesboone.com
*Telephone Number*                                       *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X  GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated: November 18, 2010

*/s/ George H. Wu*

GEORGE H. WU, U. S. District Judge