Name and address:
James R. Wade
Haynes and Boone, LLP
1615 L Street NW, Suite 800
Washington, DC 20036

*lodged proposed order*

FILED 2010 NOV 17 PM 3:24

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In Re Marine Production Antitrust Litigation | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV-10-02319-GW-(FMMx) |
| v. | |
| This Document Relates To:<br>All Actions | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

NOTICE:  Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, James R. Wade_____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant:
Donald Murray_____ by whom I have been retained.

My business information is:
Haynes and Boone, LLP
*Firm Name*
1615 L Street NW, Suite 800
*Street Address*
Washington, DC 20036            jim.wade@haynesboone.com
*City, State, Zip*                              *E-Mail Address*
(202) 654-4543                      (202) 654-4273
*Telephone Number*              *Fax Number*

PAID NOV 17 2010
Clerk, US District Court
COURT 4612

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| District of Columbia Court of Appeals | January 11, 1988 |

---

G-64 (07/10)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    PAGE 1 of 2

I am not currently the State of California, am not currently employed, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate **Kenneth G. Parker** as local counsel, whose business information is as follows:

Haynes and Boone, LLP
*Firm Name*

18100 Von Karman Avenue, Suite 750
*Street Address*

Irvine, CA 92612
*City, State, Zip*

kenneth.parker@haynesboone.com
*E-Mail Address*

(949) 202-3000
*Telephone Number*

(949) 202-3114
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated **10/22/2010**

James R. Wade
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated **10/17/10**

Kenneth G. Parker
*Designee's Name (please print)*

*Designee's Signature*

SBN 182911
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### JAMES R. WADE

was on the 11TH day of JANUARY, 1988 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 20, 2010.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk