Name and address:
Simon R. Brown
Preti, Flaherty, Beliveau & Pachios, PLLP
57 North Main Street
P.O. Box 1318
Concord, NH 03302-1318

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: Marine Products Antitrust Litigation<br>Plaintiff(s)<br>v.<br>Defendant(s). | CASE NUMBER<br>2:10-CV-2319-GW (FFMx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.

**A CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Simon R. Brown, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Ace Marine Rigging & Supply, Inc., et al. by whom I have been retained.

My business information is:

Preti, Flaherty, Beliveau & Pachios, PLLP
*Firm Name*

57 North Main Street, P.O. Box 1318
*Street Address*

Concord, NH 03302-1318
*City, State, Zip*

sbrown@preti.com
*E-Mail Address*

(603) 410-1500
*Telephone Number*

(603) 410-1501
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| *Title of Court* | *Date of Admission* |
|---|---|
| United States District Court, District of New Hampshire | 1992 |
| United States Court of Appeals for the First Circuit | 2005 |
| State Courts of New Hampshire | 1992 |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| *Case Number* | *Ttitle of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain: Conformed mandatory chambers copies of all motions, opposition and reply papers shall be hand delivered to chambers (Room 163) on Spring Street and placed in a courtesy copy bin located on a wall outside the entry door to chambers.Conformed mandatory chambers copies of all motions, opposition and reply papers shall be hand deli

I designate Michael Goldberg as local counsel, whose business information is as follows:

Glancy Binkow & Goldberg LLP
*Firm Name*

1801 Avenue of the Stars, Suite 311
*Street Address*

Los Angeles, CA 90067
*City, State, Zip*

info@glancylaw.com
*E-Mail Address*

(310) 201-9150
*Telephone Number*

(310) 201-9160
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated December 10, 2010

Simon R. Brown
*Applicant's Name (please print)*

[signature]
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated December 13, 2010

Michael Goldberg
*Designee's Name (please print)*

[signature]
*Designee's Signature*

188669
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

# *Certificate Of Good Standing*

I, Sandra M. Berry, Deputy Clerk of the United States District Court for the District of New Hampshire do hereby certify that

## Simon R. Brown

New Hampshire Bar #9279 admitted to practice in this Court on November 20, 1992 and is in good standing as a member of the bar of this Court.

Dated at Concord, New Hampshire on November 24, 2010.




JAMES R. STARR, Clerk

By: *Sandra M. Berry*
Sandra M. Berry
Deputy Clerk

The issuance of this Certificate of Good Standing is based on this attorney's representation that he/she is an active member and in good standing in the New Hampshire Supreme Court/Bar Association and that no disciplinary matters are currently pending against said counsel in any jurisdiction. Should that representation prove to be untrue as of the above date, this certificate is rendered null and void.

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On December 13, 2010, I caused to be served the following document:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 13, 2010, at Los Angeles, California.

***s/ Michael Goldberg***
Michael Goldberg

**SERVICE LIST**

**ATTORNEYS RECEIVING NOTICE VIA MAIL OR E-MAIL**

**(NOT ON COURT'S ECF SYSTEM IN THIS CASE)**

Mail (or e-mail) service is made on the last known address or believed-to-be current address of the following parties:

**FOR PLAINTIFFS**

Andrew A Esbenshade
Caldwell Leslie & Proctor PC
1000 Wilshire Boulevard Suite 600
Los Angeles, CA 90017-2463
213-629-9040
213-629-9022 (fax)
esbenshade@caldwell-leslie.com — *For RDA Construction Corp.*

Todd S Heyman
Charles E Tompkins
Shapiro Haber & Urmy
53 State Street
Boston, MA 02109
617-439-3939
617-439-0134 (fax)
theyman@shulaw.com — *For RDA Construction Corp.*

Paul Holtzman
Krokidas & Bluestein LLP
600 Atlantic Avenue 19th Floor
Boston, MA 02210
617-482-7211
617-482-7212 (fax)
pholtzman@kb-law.com — *For RDA Construction Corp.*

A. Craig Eiland
Attorney at Law
2211 The Strand, Suite 201
Galveston, TX 77550
Telephone: (409) 763-3260
Facsimile: (713) 513-5211
E-mail: ceiland@eilandlaw.com — *For Board of Trustees of the Galveston Wharves*

Gerald O. Gussoni, Jr.
Jeffery M. Lynch
Joseph W. Fritz, Jr.
Diana T. A. Hale
1350 Port of New Orleans Place
New Orleans, LA 70130

Telephone: (504) 528-3228
Facsimile: (504) 528-3209
E-mail: gussonib@portno.com
E-mail: lynchj@portno.com
E-mail: fritzj@portno.com
E-mail: haled@portno.com

*For Board of Commissioners of the Port of New Orleans*

**FOR DEFENDANTS**

Jeffrey L. Richardson
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 312-3769
Facsimile: (310) 231-8370
E-Mail: jlr@msk.com

Nina Ginsberg
Ben DiMuro
DiMUROGINSBURG, PC
908 King Street, Suite 200
Alexandria, VA 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
E-Mail: nginsberg@dimuro.com
Bdimuro@dimuro.com

*For William Alan Potts (Defendant)*

Fentek Marine Systems GmbH
Langenstücken 36a. D-22393
Hamburg. Germany

*For Fentek Marine Systems GmbH (Defendant)*

Tomas Crawaack
Diestelstrabe 13
22397 Hamburg
Germany

*For Tomas Crawaack (Defendant)*

# Mailing Information for a Case 2:10-cv-02319-GW -FFM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@murrayfrank.com
- **Paul M Alfieri**
  paul.alfieri@linklaters.com
- **Joseph P Armao**
  joseph.armao@linklaters.com
- **Gregory S Asciolla**
  gasciolla@labaton.com
- **Eric J Belfi**
  ebelfi@labaton.com
- **Robert H Bell**
  robert.bell@linklaters.com
- **Peter A Binkow**
  pbinkow@glancylaw.com
- **William G Caldes**
  Bcaldes@srkw-law.com
- **M Stephen Dampier**
  stevedampier@dampierlaw.com
- **Alejandra De Urioste**
  alejandra.deUrioste@cliffordchance.com
- **Anthony A DeCorso**
  adecorso@orrick.com
- **Jennifer Sabrina Elkayam**
  jelkayam@blechercollins.com
- **Adam R Fox**
  afox@ssd.com,clopez@ssd.com,agoodwin@ssd.com,hyang@ssd.com
- **Joni Forster Galvin**
  joni.forster_galvin@linklaters.com
- **Kevin Elliot Gaut**
  keg@msk.com,jda@msk.com
- **Brian H Getz**
  bhgetz@pacbell.net
- **Lionel Zevi Glancy**
  lglancy@glancylaw.com
- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,asohrn@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,lglancy@glancylaw.com
- **Eric A Gressler**
  egressler@orrick.com
- **Roxann E Henry**
  henryr@howrey.com
- **Sally Ann Hostetler**
  sally.hostetler@ofplaw.com
- **Melissa K Hutts**
  mhutts@baronbudd.com
- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com
- **Heather Lamberg Kafele**
  heather.kafele@shearman.com

- **Richard B Kendall**
  rkendall@kbkfirm.com,docket@kbkfirm.com,ghunter@kbkfirm.com
- **Inchan Andrew Kwon**
  inchan.kwon@haynesboone.com
- **J Burton LeBlanc , IV**
  bleblanc@baronbudd.com
- **Kellie Lerner**
  klerner@labaton.com
- **Ashlee R Lynn**
  alynn@kbkfirm.com,docket@kbkfirm.com
- **David G Meyer**
  meyerd@howrey.com,GelburdM@howrey.com,struwet@howrey.com
- **Nathan Meyer**
  nmeyer@raklaw.com,ksanderlin@raklaw.com
- **James Drew Miller**
  jim.miller@cliffordchance.com
- **William L Monts , III**
  william.monts@hoganlovells.com
- **Nick S Movaghar**
  nmovaghar@linerlaw.com,clouipineda@linerlaw.com
- **Brian Phillip Murray**
  bmurray@murrayfrank.com
- **Barry Michael Okun**
  bokun@labaton.com
- **Keith Richard Palfin**
  keith.palfin@shearman.com
- **Kenneth G Parker**
  kenneth.parker@haynesboone.com,jayne.riedel@haynesboone.com
- **Bernard Persky**
  bpersky@labaton.com,electroniccasefiling@labaton.com
- **Danielle M Randazzo**
  danielle.randazzo@linklaters.com
- **Petra M Reinecke**
  petra@schwartz-cera.com
- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com
- **Larry C Russ**
  lruss@raklaw.com,lcdiaz@raklaw.com
- **Hollis Salzman**
  hsalzman@labaton.com
- **James C Sandberg , II**
  jcsandberg@bakerdonelson.com,pzane@bakerdonelson.com
- **Mazin A Sbaiti**
  msbaiti@baronbudd.com
- **Douglas R Schwartz**
  doug@schwartz-cera.com,jcorbelli@schwartz-cera.com,dmcgee@schwartz-cera.com
- **Andy Sohrn**
  asohrn@glancylaw.com
- **Eugene A Spector**
  espector@srkw-law.com
- **Jeffrey L Spector**
  jspector@srkw-law.com
- **Todd A Spiegelman**

todd.spiegelman@cliffordchance.com

- **Bruce W Steckler**
  bsteckler@baronbudd.com,mhutts@baronbudd.com,bjoe@baronbudd.com
- **Randall J Sunshine**
  rsunshine@linerlaw.com,gtanzini@linerlaw.com
- **James P Tallon**
  jtallon@shearman.com
- **Bill J Thompson**
  thompsonlaw@prodigy.net
- **James R Wade**
  jim.wade@haynesboone.com
- **James B Weidner**
  james.weidner@cliffordchance.com
- **Randall B Weill**
  rweill@preti.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)