Name & Address:
Simon R. Brown
Preti, Flaherty, Beliveau & Pachios, PLLP
57 North Main Street
P.O. Box 1318
Concord, NH 03302-1318

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In Re: Marine Products Antitrust Litigation | CASE NUMBER |
|---|---|
| Plaintiff(s) v. Defendant(s). | 2:10-CV-2319-GW (FFMx) |
| | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of <u>Simon R. Brown</u>,
*Applicant's Name*

of <u>Preti, Flaherty, Beliveau & Pachios, PLLP, 57 North Main Street, P.O. Box 1318, Concord, NH 03302-1318</u>
*Firm Name / Address*

<u>(603) 410-1500</u>     <u>sbrown@preti.com</u>
*Telephone Number*     *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff   ☐ Defendant
<u>Ace Marine Rigging & Supply, Inc., et al.</u>

and the designation of <u>Michael Goldberg (Bar No. 188669)</u>
*Local Counsel Designee /State Bar Number*

of <u>Glancy Binkow & Goldberg LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, CA 90067</u>
*Local Counsel Firm / Address*

<u>(310) 201-9150</u>     <u>info@glancylaw.com</u>
*Telephone Number*     *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee, if paid, shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____     _____
                            U. S. District Judge/U.S. Magistrate Judge