Simon R. Brown
Preti, Flaherty, Beliveau & Pachios, PLLP
57 North Main Street
P.O. Box 1318
Concord, NH 03302-1318

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In Re: Marine Products Antitrust Litigation | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:10-CV-2319-GW (FFMx) |
| v. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Simon R. Brown , of  Preti, Flaherty, Beliveau & Pachios, PLLP, 57 North Main Street, P.O. Box 1318, Concord, NH 03302
　　　　*Applicant's Name*　　　　　　　　　　　　　　　　　　　　　　*Firm Name / Address*

　　　*(603) 410-1500*　　　　　　　　　　　　　　　　　*sbrown@preti.com*
　　　*Telephone Number*　　　　　　　　　　　　　　　　　*E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   X  Plaintiff       Defendant

Ace Marine Rigging & Supply, Inc., et al.

and the designation of  Michael Goldberg (Bar No. 188669)
　　　　　　　　　　　*Local Counsel Designee /State Bar Number*

of  Glancy Binkow & Goldberg LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, CA 90067
　　　　　　　　　　*Local Counsel Firm / Address*

　　　*(310) 201-9150*　　　　　　　　　　　　　　　　　*info@glancylaw.com*
　　　*Telephone Number*　　　　　　　　　　　　　　　　　*E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

　　X GRANTED

　　☐ DENIED.  Fee shall be returned by the Clerk.

　　☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated: December 17, 2010

　　　　　　　　　　　　　　　　　　　　　*/s/ George H. Wu*
　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU, U. S. District Judge