Anthony A. De Corso, State Bar No. 110453
adecorso@orrick.com
Eric A. Gressler, State Bar No. 186674
egressler@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Attorneys for Defendant
Peter Nilsson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Master Consolidated Case File No. CV-10-2319-GW (FFMx)<br><br>**REQUEST FOR MODIFICATION OF COURT'S JANUARY 20, 2011 ORDER RE MOTIONS OF DEFENDANT PETER NILSSON**<br><br>Hon. George Wu |

Defendant Peter Nilsson requests a modification to section III of the Court's January 20, 2011 Order, which sets forth the rulings on Mr. Nilsson's motions to quash service of process and to dismiss for lack of personal jurisdiction.

Specifically, the Order states that plaintiffs "correctly indicate" that "the relevant forum for the 'minimum contacts' evaluation in [*sic*] the entire United States . . . ." Order at 2:19-23. In fact, the nationwide forum test applies only to corporate defendants, not to individuals such as Mr. Nilsson. Plaintiffs' Corrected Response In Opposition to Mr. Nilsson's Motions reflects plaintiffs' agreement that the relevant forum for analyzing Mr. Nilsson's minimum contacts is California, not the entire United States. *See* Dkt. #200-2, filed November 3, 2010, §II B, C and, in

particular, 13:8-11 ("Nilsson, unlike the corporate Defendants here, is not subject to the Clayton Act's nationwide-service-of-process provision").

Based on the foregoing, Mr. Nilsson requests that the Court modify section III of its January 20, 2011 Order, at 2:19-23.

Plaintiffs' counsel reviewed a copy of this Request before filing and does not oppose the requested modification in the January 20, 2011 Order.

Dated: January 21, 2011

Respectfully submitted,
Orrick, Herrington & Sutcliffe LLP

By /s/Anthony A. De Corso
ANTHONY A. DE CORSO, Attorneys for Defendant Peter Nilsson