UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-2319-GW(FFMx) | Date | January 26, 2011 |
| Title | *Board of Trustees of the Galveston Wharves, et al. v. Trelleborg AB, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS) COURT ORDER**

The following call-in information is provided to counsel wishing to appear telephonically at the Status Conference, presently set for January 31, 2011 at 8:30 a.m.:

**Call-in Number: 213-894-0800**
**Meeting ID: 7002#**
**User Password: 3313#**

:

Initials of Preparer JG