UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-2319-GW(FFMx) | Date | January 31, 2011 |
| Title | *Board of Trustees of the Galveston Wharves, et al. v. Trelleborg, AB, et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gregory S. Asciolla<br>Michael M. Goldberg<br>Will Reese - by telephone<br>Lee Albert - by telephone | BY TELEPHONE:<br>Bill Thompson/James Weidner<br>Sally Hostetler/Frank March<br>James Tallon/Heather Cafale<br>Nate Mayer/James R. Wade<br>Jennifer Elkayam<br>IN PERSON:<br>David G. Meyer/Eric A. Gressler<br>Bety Javidzad/Gabriel D. Miller<br>Roxann E. Henry/Nick S. Movaghar<br>Petra M. Reinecke |

**PROCEEDINGS: STATUS CONFERENCE**

An amendment to the order filed on January 20, 2011 is placed on the record.

Counsel for plaintiff will have until March 17, 2011 to **manually** file the three separate actions indicated on the record.

The Status Conference is continued to **March 31, 2011 at 8:30 a.m.** Joint proposed one-page document re dates will be filed by March 29, 2011.

: 25

Initials of Preparer JG