Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
info@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Hollis L. Salzman (*pro hac vice*)
hsalzman@labaton.com
Gregory S. Asciolla (*pro hac vice*)
gasciolla@labaton.com
William V. Reiss (*pro hac vice*)
wreiss@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Interim Class Counsel,*
*Chair of the Executive Committee*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | Master Consolidated Case File No. CV10-2319-GW (FFMx) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **[PROPOSED] ORDER PERMITTING SERVICE OF TRELLEBORG AB THROUGH ITS COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)** |
| | Judge:  Hon. George H. Wu |
| | Courtroom:  10 |

Before the Court is Defendant Trelleborg AB's Motion to Dismiss for Insufficiency of Service [D.E. 162]; and Plaintiffs' Response and Cross-Motion in the Alternative for Leave to Serve Trelleborg AB by Alternative Means Under Federal Rule of Civil Procedure 4(f)(3) [D.E. 196].  After reviewing the moving papers and responses thereto, and after conducting a hearing on November 22, 2010, in accordance with ¶ 4 of the Court's January 20, 2011 Order [D.E. 234], IT IS HEREBY ORDERED THAT, pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiffs are granted leave to effectuate service on Trelleborg AB by sending the summons and operative complaint to Trelleborg AB's counsel David G. Meyer, Howrey LLP, 550 South Hope Street, Suite 1100, Los Angeles, California 90071-2627 via certified mail with a courtesy copy to be emailed to meyerd@howrey.com within five (5) days of entry of this Order.

IT IS SO ORDERED.

Dated: _____, 2011            _____
                                        Hon. George H. Wu
                                        United States District Judge

---

[PROPOSED] ORDER PERMITTING SERVICE OF TRELLEBORG AB THROUGH ITS COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3)
CV10-3360-GW (FFMx)