1    Anthony A. De Corso, State Bar No. 110453
     adecorso@orrick.com
2    Eric A. Gressler, State Bar No. 186674
     egressler@orrick.com
3    ORRICK, HERRINGTON & SUTCLIFFE LLP
     777 South Figueroa Street, Suite 3200
4    Los Angeles, CA 90017-5855
     Telephone: (213) 629-2020
5    Facsimile: (213) 612-2499

6    Attorneys for Defendant
     Peter Nilsson
7

8                UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11

| 12    IN RE MARINE PRODUCTS | Master Consolidated Case File |
| 13    ANTITRUST LITIGATION | No. CV-10-2319-GW (FFMx) |

14

15    **THIS DOCUMENT RELATES TO: ALL ACTIONS**

**OBJECTION TO PLAINTIFFS' [PROPOSED] ORDER PERMITTING SERVICE OF PETER NILSSON THROUGH HIS COUNSEL**

Judge:     Hon. George Wu
Courtroom: 10

18

19

20        Defendant Peter Nilsson objects to the plaintiffs' [Proposed] Order

21 Permitting Service of Peter Nilsson through his counsel pursuant to Federal Rule of

22 Civil Procedure 4(f)(3), filed February 7, 2011 [Docket #238-2]. Plaintiffs'

23 proposed order does not comply with the Court's order allowing service of process.

24 Plaintiffs' draft order proposes to allow substituted service on Mr. Nilsson by

25 serving Mr. Nilsson's counsel with the summons and complaint. However, the

26 Court's minute order permitted service via certified mail to Mr. Nilsson in Sweden,

27 which is precisely the relief plaintiffs requested, and not service on counsel. *See*

28 Court's 1/20/2011 Order [Docket #234], p. 2:13-14 ("the Court will permit

1   Plaintiffs to serve Nilsson by way of certified mail"); Court's 11/22/2010 Minutes

2   of Proceedings and Tentative Ruling  [Docket #231], p. 19-20; Plaintiffs' Response

3   in Opposition to Motion to Quash Service [Docket #197], p. 11:20-26 ("Here,

4   Plaintiffs are similarly requesting authorization to serve Nilsson via certified mail to

5   his home in Sweden.")  In short, plaintiffs' Proposed Order does not comport with

6   the Court's order or even what they themselves sought from the Court.  Finally,

7   Orrick, Herrington & Sutcliffe LLP is not authorized to receive service of process

8   on behalf of Mr. Nilsson.  For the foregoing reasons, plaintiffs' Proposed Order

9   should not be entered and plaintiffs should be required to resubmit an order that

10  complies with the relief granted by the Court.

11

12  Dated: February 8, 2011                          Respectfully submitted,
                                                     Orrick, Herrington & Sutcliffe LLP

13

14                                                   By  /s/Eric A. Gressler
                                                     ERIC A. GRESSLER, Attorneys for

15                                                   Defendant Peter Nilsson

16

17

18

19

20

21

22

23

24

25

26

27

28

OHS West:261086678.1                    - 2 -          OBJECTION TO PLAINTIFFS'  [PROPOSED]
                                                       ORDER PERMITTING SERVICE OF PETER
                                                       NILSSON THROUGH HIS COUNSEL