Anthony A. De Corso, State Bar No. 110453
adecorso@orrick.com
Eric A. Gressler, State Bar No. 186674
egressler@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Attorneys for Defendant
Peter Nilsson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE MARINE PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Consolidated Case File No. CV-10-2319-GW (FFMx)<br><br>**STIPULATION AMONG PLAINTIFFS, DEFENDANT PETER NILSSON AND DEFENDANT TRELLEBORG AB REGARDING PLAINTIFFS' [PROPOSED] ORDERS PERMITTING SERVICE OF PETER NILSSON AND TRELLEBORG AB THROUGH THEIR COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3)**<br><br>Judge: Hon. George Wu<br>Courtroom: 10 |
|---|---|

WHEREAS,

(1) On January 20, 2011, the Court entered its order regarding the Defendants' motions to dismiss [Docket #234] and that the Court would allow Plaintiffs to serve Defendants Peter Nilsson and Trelleborg AB with the summons and complaint in this action via certified mail pursuant to F.R.C.P. 4(f)(3).

(2) On January 31, 2011, the Court ordered Plaintiffs to submit proposed orders regarding service of the summons and complaint upon Defendants Peter Nilsson and Trelleborg AB by February 7, 2011.

(3) On February 7, 2011, Plaintiffs submitted their [Proposed] Orders Permitting Service Of Peter Nilsson And Trelleborg AB Through Their Counsel Pursuant To Federal Rule Of Civil Procedure 4(f)(3) [Docket #238].

(4) On February 8, 2011 Defendant Peter Nilsson filed his Objection to Plaintiffs' [Proposed] Order Permitting Service of Peter Nilsson Through His Counsel [Docket #239].

(5) Thereafter, counsel for Plaintiffs, Peter Nilsson and Trelleborg AB discussed the proposed orders pertaining to the service of the summons and complaint and hereby seek time to resolve the dispute regarding the form of the order permitting service via certified mail.

THEREFORE, IT IS HEREBY STIPULATED AMONG PLAINTIFFS AND DEFENDANT PETER NILSSON AND TRELLEBORG AB, AS FOLLOWS:

(1) Plaintiffs agree to withdraw their [Proposed] Orders Permitting Service Of Peter Nilsson And Trelleborg AB Through Their Counsel Pursuant To Federal Rule Of Civil Procedure 4(f)(3) and Defendant Peter Nilsson agrees to withdraw his Objection to Plaintiffs' [Proposed] Order Permitting Service of Peter Nilsson Through His Counsel.

(2) Plaintiffs will have until March 10, 2011 to resubmit proposed orders to the Court regarding service of the summons and complaint upon Defendants Peter Nilsson and Trelleborg AB or otherwise resolve the issue of service of the summons and complaint upon Defendants Peter Nilsson and Trelleborg AB.

/ / /

/ / /

  (3) The parties agree that by entering into this stipulation, no party is waiving any arguments regarding or objections to the assertion of personal jurisdiction or means of service.

Dated: February 11, 2011

Respectfully submitted,

Orrick, Herrington & Sutcliffe LLP

By _____
ERIC A. GRESSLER, Attorneys for
Defendant Peter Nilsson

Dated: February 11, 2011

HOWREY LLP

By _____ EAG w/ PERMISSION
ROXANN E. HENRY, Attorneys for
Defendant Trelleborg AB

Dated: February 11, 2011

By _____
Hollis L. Salzman (pro hac vice)
Gregory S. Asciolla (pro hac vice)
William V. Reiss (pro hac vice)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
E-mail: hsalzman@labaton.com
E-mail: gasciolla@labaton.com
E-mail: wreiss@labaton.com
Interim Class Counsel,
Chair of the Executive Committee