1 Anthony A. De Corso, State Bar No. 110453
adecorso@orrick.com
2 Eric A. Gressler, State Bar No. 186674
egressler@orrick.com
3 ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
4 Los Angeles, CA 90017-5855
Telephone: (213) 629-2020
5 Facsimile: (213) 612-2499

6 Attorneys for Defendant
Peter Nilsson
7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10 WESTERN DIVISION

11

| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | Master Consolidated Case File No. CV-10-2319-GW (FFMx) |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **[PROPOSED] ORDER AMONG PLAINTIFFS, DEFENDANT PETER NILSSON AND DEFENDANT TRELLEBORG AB REGARDING PLAINTIFFS' [PROPOSED] ORDERS PERMITTING SERVICE OF PETER NILSSON AND TRELLEBORG AB THROUGH THEIR COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3)**<br><br>Judge: Hon. George Wu<br>Courtroom: 10 |

1  Having considered the stipulation among plaintiffs, Defendant Peter Nilsson
2  and Defendant Trelleborg AB regarding Plaintiffs' [Proposed] Orders Permitting
3  Service of Peter Nilsson and Trelleborg AB through their counsel Pursuant to
4  Federal Rule Of Civil Procedure 4(F)(3),
5  IT IS HEREBY ORDERED that:
6  (1) Plaintiffs' [Proposed] Orders Permitting Service Of Peter Nilsson And
7  Trelleborg AB Through Their Counsel Pursuant To Federal Rule Of Civil
8  Procedure 4(f)(3) [Docket #238] is withdrawn and Defendant Peter Nilsson's
9  Objection to Plaintiffs' [Proposed] Order Permitting Service of Peter Nilsson
10 Through His Counsel [Docket #239] is withdrawn.
11 (2) Plaintiffs will have until March 10, 2011 to resubmit a proposed order
12 to the Court regarding service of the summons and complaint upon Defendants
13 Peter Nilsson and Trelleborg AB or otherwise resolve the issue of service of the
14 summons and complaint upon Defendants Peter Nilsson and Trelleborg AB.
15 (3) By entering into this stipulation, no party is waiving any arguments
16 regarding or objections to the assertion of personal jurisdiction or means of service.
17
18
19 Dated: February _____, 2011
20 HON. GEORGE WU
   UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28