# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE MARINE PRODUCTS ANTITRUST LITIGATION

~~Plaintiff(s)~~

XX

THIS DOCUMENT RELATES TO:

ALL ACTIONS

~~Defendant(s)~~

CASE NUMBER: CV10-2319-GW(FFMx)

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:   ATTORNEY ADMISSION CLERK AND COUNSEL OF RECORD:

Pursuant to Local Rule 83-2.7, please take notice of the following attorney information change(s) for Roxann E. Henry
*Name of Attorney*

☐ **Name:**
from: _____ to: _____

☐ I am a California attorney. My California Bar Number is: _____
☒ I am an out-of-state attorney.

☒ **Law Firm/Government Agency Association:**
from:   Howrey LLP
to:     Dewey & LeBoeuf LLP

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case; please serve all subsequent documents on _____ California Bar Number: _____ at my former firm/agency. This attorney ☐ is ☐ is not currently on the Court's docket *(this information may be obtained from WebPacer).*

*If the attorney is from out-of-state, an Application of Non-Resident Attorney to Appear in a Specific Case MUST be filed separately.*

☒ **Address:**          1101 New York Avenue, NW, Washington, DC 20005
☒ **Telephone Number:** 202-346-8110
☒ **Facsimile Number:** 202-346-8102
☒ **E-mail Address:**   rhenry@dl.com

I ☐ am ☐ am not   enrolled in the Optical Scanning Program.

Dated: March 10, 2011                        /S/ Roxann E. Henry
                                             *Signature of Attorney*

NOTICE OF CHANGE OF ATTORNEY INFORMATION

G-06 (10/01)