1   **DAVID G. MEYER (SBN 116591)**
2   **HOWREY LLP**
    **550 South Hope Street, Suite 1100**
3   **Los Angeles, California 90071-2627**
    **Telephone: (213) 892-1800**
4   **Facsimile: (213) 892-2300**
    **meyerd@howrey.com**
5
    **ROXANN E. HENRY** *(PRO HAC VICE)*
6   **DEWEY & LEBOEUF LLP**
    **1101 New York Avenue, NW**
7   **Washington, DC 20005-4213**
    **Telephone: (202) 346-8110**
8   **Facsimile: (202) 986-8102**

9   *Attorney for Trelleborg AB, et al.*

10              **UNITED STATES DISTRICT COURT**

11          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 12  IN RE MARINE PRODUCTS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | Master Consolidated Case File [No. CV10-2319-GW (FFMx)] |
| 13 | |
| 14  THIS DOCUMENT RELATES TO: | NOTICE OF CHANGE OF FIRM AFFILIATION |
| 15  ALL ACTIONS | |

18  TO:  THE CLERK OF THE COURT AND ALL PARTIES:

19         PLEASE TAKE NOTICE that Roxann E. Henry, counsel for defendants, formerly with

20  Howrey LLP, has changed law firm affiliation.  Please direct all future pleadings and

21  correspondence to her at the address shown below and revise your Service List accordingly.

22              DEWEY & LEBOEUF LLP
                1101 New York Avenue, N.W.
23              Washington, D.C. 20005
                Telephone: 202-346-8110; Fax: 202-346-8102
24              rhenry@dl.com

25  Dated: March 10, 2011                    DEWEY & LEBOEUF, LLP

27                                  By: /s/ ROXANN E. HENRY
                                        ROXANN E. HENRY
28                                      Attorney for Trelleborg AB, et al.