1   Anthony A. De Corso, State Bar No. 110453
    adecorso@orrick.com
2   Eric A. Gressler, State Bar No. 186674
    egressler@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
4   Los Angeles, CA 90017-5855
    Telephone: (213) 629-2020
5   Facsimile: (213) 612-2499

6   Attorneys for Defendant
    Peter Nilsson
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         WESTERN DIVISION

11  IN RE MARINE PRODUCTS              Master Consolidated Case File
    ANTITRUST LITIGATION               No.  CV-10-2319-GW (FFMx)
12
13  ─────────────────────────          STIPULATION AMONG
                                       PLAINTIFFS, DEFENDANT
14  THIS DOCUMENT RELATES TO:          PETER NILSSON AND
    ALL ACTIONS                        DEFENDANT TRELLEBORG AB
15                                     REGARDING PLAINTIFFS'
                                       [PROPOSED] ORDERS
16                                     PERMITTING SERVICE OF
                                       PETER NILSSON AND
17                                     TRELLEBORG AB THROUGH
                                       THEIR COUNSEL PURSUANT TO
18                                     FEDERAL RULE OF CIVIL
                                       PROCEDURE 4(F)(3)
19
                                       Judge:    Hon. George Wu
20                                     Courtroom: 10

21       WHEREAS,

22       (1)    On January 20, 2011, the Court entered its order regarding the

23  Defendants motions to dismiss [Docket #234] and that the Court would allow

24  Plaintiffs to serve Defendants Peter Nilsson and Trelleborg AB with the summons

25  and complaint in this action via certified mail pursuant to F.R.C.P. 4(f)(3).

26       (2)    On January 31, 2011, the Court ordered Plaintiffs to submit proposed

27  orders regarding service of the summons and complaint upon Defendants Peter

28  Nilsson and Trelleborg AB by February 7, 2011.

1    (3)    On February 7, 2011, Plaintiffs submitted their [Proposed] Orders

2 Permitting Service Of Peter Nilsson And Trelleborg AB Through Their Counsel

3 Pursuant To Federal Rule Of Civil Procedure 4(f)(3) [Docket #238].

4    (4)    On February 8, 2011 Defendant Peter Nilsson filed his Objection to

5 Plaintiffs' [Proposed] Order Permitting Service of Peter Nilsson Through His

6 Counsel [Docket #239].

7    (5)    Thereafter, counsel for Plaintiffs, Peter Nilsson and Trelleborg AB

8 stipulated to entry of an order to seek time to resolve the dispute regarding the form

9 of the order permitting service via certified mail and the court on February 14, 2011

10 entered an order in accord with the stipulation.

11    (6)    Counsel for Plaintiffs, Peter Nilsson and Trelleborg AB have

12 continued discussions and hereby seek an additional two weeks to resolve the

13 relevant issues.

14    THEREFORE, IT IS HEREBY STIPULATED AMONG PLAINTIFFS

15 AND DEFENDANT PETER NILSSON AND TRELLEBORG AB, AS

16 FOLLOWS:

17    (1)    Plaintiffs will have until March 24, 2011 to resubmit proposed orders

18 to the Court regarding service of the summons and complaint upon Defendants

19 Peter Nilsson and Trelleborg AB or otherwise resolve the issue of service of the

20 summons and complaint upon Defendants Peter Nilsson and Trelleborg AB.

21    (2)    The parties agree that by entering into this stipulation, no party is

22 waiving any arguments regarding or objections to the assertion of personal

23 jurisdiction or means of service.

24 ///

25 ///

26 ///

27 ///

28 ///

STIP AMONG PLNTFS, DEF. PETER NILSSON & DEF.
TRELLEBORG AB RE PLAINTIFFS [PROPOSED] ORDER
RE SERVICE THROUGH COUNSEL

Dated: March 10, 2011

Respectfully submitted,

Orrick, Herrington & Sutcliffe LLP

By _____

ERIC A. GRESSLER, Attorneys for
Defendant Peter Nilsson *Anthony DeCarlo*

Dated: March 10, 2011

DEWEY & LeBOEUF LLP

By _____

ROXANN E. HENRY
1101 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:   (202) 346-8000
Facsimile:   (202) 346-8102
Email:        rhenry@dl.com
Attorneys for Defendant Trelleborg AB

Dated: March 10, 2011

By _____

Hollis L. Salzman (pro hac vice)
Gregory S. Asciolla (pro hac vice)
William V. Reiss (pro hac vice)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
E-mail: hsalzman@labaton.com
E-mail: gasciolla@labaton.com
E-mail: wreiss@labaton.com
Interim Class Counsel,
Chair of the Executive Committee

STIP AMONG PLNTFS, DEF. PETER NILSSON & DEF.
TRELLEBORG AB RE PLAINTIFFS [PROPOSED] ORDER
RE SERVICE THROUGH COUNSEL