| | |
|---|---|
| 1 | Anthony A. De Corso, State Bar No. 110453 |
| | adecorso@orrick.com |
| 2 | Eric A. Gressler, State Bar No. 186674 |
| | egressler@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| 4 | Los Angeles, CA  90017-5855 |
| | Telephone: (213) 629-2020 |
| 5 | Facsimile: (213) 612-2499 |
| 6 | Attorneys for Defendant |
| | Peter Nilsson |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | Master Consolidated Case File No.  CV-10-2319-GW (FFMx) |
| | **[PROPOSED] ORDER AMONG PLAINTIFFS, DEFENDANT PETER NILSSON AND DEFENDANT TRELLEBORG AB REGARDING PLAINTIFFS' [PROPOSED] ORDERS PERMITTING SERVICE OF PETER NILSSON AND TRELLEBORG AB THROUGH THEIR COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3)** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | |
| | Judge:     Hon. George Wu |
| | Courtroom: 10 |

1  Having considered the stipulation among Plaintiffs, Defendant Peter Nilsson
2  and Defendant Trelleborg AB regarding Plaintiffs' [Proposed] Orders Permitting
3  Service of Peter Nilsson and Trelleborg AB through their counsel Pursuant to
4  Federal Rule Of Civil Procedure 4(f)(3),

5  IT IS HEREBY ORDERED that:

6  (1) Plaintiffs will have until March 24, 2011 to resubmit a proposed order
7  to the Court regarding service of the summons and complaint upon Defendants
8  Peter Nilsson and Trelleborg AB or otherwise resolve the issue of service of the
9  summons and complaint upon Defendants Peter Nilsson and Trelleborg AB.

10  (2) By entering into this stipulation, no party is waiving any arguments
11  regarding or objections to the assertion of personal jurisdiction or means of service.

Dated: March _____, 2011

_____
HON. GEORGE WU
UNITED STATES DISTRICT JUDGE