DEWEY & LEBOEUF LLP
Dean Hansell (SBN 93831)
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Tel: (213) 621-6031
Fax: (213) 473-2031
dhansell@dl.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION<br><br>Plaintiff(s)<br>v.<br><br>THIS DOCUMENT RELATES TO ALL LITIGATION<br>Defendant(s). | CASE NUMBER<br>CV10-2319-GW (FFMx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Virginia Harbor Services, Inc. and Trelleborg AB  ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

hereby request the Court approve the substitution of Dean Hansell, Dewey & Leboeuf LLP
*New Attorney*

as attorney of record in place and stead of David G. Meyer
*Present Attorney*

Dated March 18, 2011              /s/ David G. Meyer
                                  *Signature of Party/Authorized Representative of Party*
                                  David G. Meyer

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated March 18, 2011              /s/ David G. Meyer
                                  *Signature of Present Attorney*
                                  David G. Meyer

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated March 18, 2011              /s/ Dean Hansell
                                  *Signature of New Attorney*
                                  Dean Hansell
                                  93831
                                  *State Bar Number*

If party requesting to appear Pro Se:

Dated _____            _____
                                  *Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)            **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**            American LegalNet, Inc.
                                                                                        www.USCourtForms.com