1  Anthony A. De Corso, State Bar No. 110453
   adecorso@orrick.com
2  Eric A. Gressler, State Bar No. 186674
   egressler@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
4  Los Angeles, CA  90017-5855
   Telephone: (213) 629-2020
5  Facsimile: (213) 612-2499

6  Attorneys for Defendant
   Peter Nilsson
7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                     WESTERN DIVISION

11

| 12  IN RE MARINE PRODUCTS ANTITRUST LITIGATION | Master Consolidated Case File No. CV-10-2319-GW (FFMx) |
|---|---|
| 13 | |
| 14 | **ORDER AMONG PLAINTIFFS, DEFENDANT PETER NILSSON AND DEFENDANT TRELLEBORG AB REGARDING PLAINTIFFS' [PROPOSED] ORDERS PERMITTING SERVICE OF PETER NILSSON AND TRELLEBORG AB THROUGH THEIR COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3)** |
| 15  **THIS DOCUMENT RELATES TO: ALL ACTIONS** | |
| 16 | |
| 17 | |
| 18 | |
| 19 | Judge:    Hon. George Wu |
| 20 | Courtroom: 10 |

21
22
23
24
25
26
27
28

- 1 -                                          [PROPOSED] ORDER

Having considered the stipulation among Plaintiffs, Defendant Peter Nilsson and Defendant Trelleborg AB regarding Plaintiffs' [Proposed] Orders Permitting Service of Peter Nilsson and Trelleborg AB through their counsel Pursuant to Federal Rule Of Civil Procedure 4(f')(3),

IT IS HEREBY ORDERED that:

(1) Plaintiffs will have until March 24, 2011 to resubmit a proposed order to the Court regarding service of the summons and complaint upon Defendants Peter Nilsson and Trelleborg AB or otherwise resolve the issue of service of the summons and complaint upon Defendants Peter Nilsson and Trelleborg AB.

(2) By entering into this stipulation, no party is waiving any arguments regarding or objections to the assertion of personal jurisdiction or means of service.

Dated: March 21, 2011

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE