Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
info@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Hollis L. Salzman (*pro hac vice*)
hsalzman@labaton.com
Gregory S. Asciolla (*pro hac vice*)
gasciolla@labaton.com
William V. Reiss (*pro hac vice*)
wreiss@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Interim Class Counsel,
Chair of the Executive Committee*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Consolidated Case File No. CV10-2319-GHW (FFMx)<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF CROSS-MOTION TO SERVE PETER NILSSON AND TRELLEBORG AB THROUGH THEIR COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**<br><br>Judge: Hon. George H. Wu<br>Courtroom: 10 |

**PLEASE TAKE NOTICE** that for the following reasons, Plaintiffs withdraw their cross-motions to serve Peter Nilsson ("Nilsson") and Trelleborg A.B. ("Trelleborg") pursuant to Federal Rule ("Rule") of Civil Procedure 4(f)(3).

---

PLAINTIFFS' NOTICE OF WITHDRAWAL OF CROSS-MOTION
[Master Consolidated Case File No. CV10-2319-GHW (FFMx)]

1. On November 1, 2010, in response to Nilsson and Trelleborg's motions to dismiss for, *inter alia*, improper service, Plaintiffs cross-moved for entry of an Order permitting Plaintiffs to serve Nilsson and Trelleborg by certified mail pursuant to Rule 4(f)(3) ("Cross-Motions") [D.E.s 196 and 197].

2. On January 20, 2011, the Court entered an Order permitting Plaintiffs to serve Nilsson and Trelleborg by certified mail pursuant to Rule 4(f)(3) and requiring Plaintiffs to submit proposed orders ("Proposed Orders") to that effect by February 7, 2011 [D.E. 234].

3. On February 7, 2011, Plaintiffs submitted the Proposed Orders to the Court [D.E. 238].

4. On February 8, 2011, Nilsson filed an objection to Plaintiffs' Proposed Orders [D.E. 239].

5. On February 11, 2011, Plaintiffs entered into a stipulation with Nilsson and Trelleborg ("First Stipulation") whereby the parties agreed that Plaintiffs would have until March 10, 2011 to resubmit the Proposed Orders to the Court or otherwise resolve the issue of service of Nilsson and Trelleborg [D.E. 240].

6. The First Stipulation was entered by the Court on February 14, 2011 [D.E. 241].

7. On March 10, 2011, Plaintiffs entered into a second stipulation with Nilsson and Trelleborg ("Second Stipulation") whereby the parties agreed that Plaintiffs would have until March 24, 2011 to resubmit the Proposed Orders to the Court or otherwise resolve the issue of service of Nilsson and Trelleborg [D.E. 244].

8. The Second Stipulation was entered by the Court on March 21, 2011 [D.E. 241].

9. On January 31, 2011, the Court entered an Order ("January 31 Order") requiring Interim Class Counsel to manually file three separate complaints

for each of the three conspiracies (Foam-Filled Fenders and Buoys, Marine Pilings, and Marine Fenders) alleged in Plaintiffs' Consolidated Amended Class Action Complaint.

10. In accordance with the Court's January 31 Order, Interim Class Counsel filed two separate class action complaints on March 17, 2011 captioned *Ace Marine Rigging & Supply, Inc. v. Virginia Harbor Services, Inc., et al.*, Civ. No 11-00436 (C.D. Cal.) and *Board of Commissioners of the Port of New Orleans v. Virginia Harbor Services, Inc., et al.*, Civ. No 11-00437 (C.D. Cal.) (together, the "Superseding Complaints")[1], which allege a conspiracy among the Defendants named therein to fix prices, rig bids, and allocate the markets for Foam-Filled Fenders and Buoys and Marine Pilings, respectively.[2] Neither Nilsson nor Trelleborg are named as Defendants in the Superseding Complaints.

**THEREFORE**, Interim Class Counsel hereby provides notice to the Court that their Cross-Motions are hereby withdrawn because Nilsson and Trelleborg are not parties to either of the Superseding Complaints and, accordingly, the issue of service as to Nilsson and Trelleborg is moot.

DATED: March 24, 2011

                                  Respectfully submitted,

                                  By: *s/ Michael Goldberg*
                                       Lionel Z. Glancy
                                       Michael Goldberg
                                       info@glancylaw.com
                                       **GLANCY BINKOW & GOLDBERG LLP**
                                       1801 Ave. of the Stars, Suite 311
                                       Los Angeles, CA 90067
                                       Telephone: (310) 201-9150
                                       Facsimile: (310) 201-9160

---

[1] On March 22, 2011, pursuant to Local Rule 83-1.3.1, Plaintiffs filed Notices of Related Cases relating each of the cases to the above-captioned action.

[2] Interim Class Counsel did not to file a complaint for the conspiracy relating to Marine Fenders.

| | |
|---|---|
| 1 | Hollis L. Salzman (*pro hac vice*) |
| 2 | hsalzman@labaton.com<br>Gregory S. Asciolla (*pro hac vice*) |
| 3 | gasciolla@labaton.com<br>William V. Reiss (*pro hac vice*) |
| 4 | wreiss@labaton.com<br>**LABATON SUCHAROW LLP** |
| 5 | 140 Broadway<br>New York, NY 10005 |
| 6 | Telephone:  (212) 907-0700<br>Facsimile:  (212) 818-0477 |
| 7 | |
| 8 | *Interim Class Counsel,*<br>*Chair of the Executive Committee* |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On March 24, 2011, I caused to be served the following document:

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF CROSS-MOTION TO SERVE PETER NILSSON AND TRELLEBORG AB THROUGH THEIR COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 24, 2011, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

# SERVICE LIST

## ATTORNEYS RECEIVING NOTICE VIA MAIL OR E-MAIL

## (NOT ON COURT'S ECF SYSTEM IN THIS CASE)

Mail (or e-mail) service is made on the last known address or believed-to-be current address of the following parties:

### FOR PLAINTIFFS

| | |
|---|---|
| Andrew A Esbenshade<br>Caldwell Leslie & Proctor PC<br>1000 Wilshire Boulevard Suite 600<br>Los Angeles, CA 90017-2463<br>213-629-9040<br>213-629-9022 (fax)<br>esbenshade@caldwell-leslie.com | *For RDA Construction Corp.* |
| Todd S Heyman<br>Charles E Tompkins<br>Shapiro Haber & Urmy<br>53 State Street<br>Boston, MA 02109<br>617-439-3939<br>617-439-0134 (fax)<br>theyman@shulaw.com | *For RDA Construction Corp.* |
| Paul Holtzman<br>Krokidas & Bluestein LLP<br>600 Atlantic Avenue 19th Floor<br>Boston, MA 02210<br>617-482-7211<br>617-482-7212 (fax)<br>pholtzman@kb-law.com | *For RDA Construction Corp.* |
| A. Craig Eiland<br>Attorney at Law<br>2211 The Strand, Suite 201<br>Galveston, TX  77550<br>Telephone: (409) 763-3260<br>Facsimile: (713) 513-5211<br>E-mail: ceiland@eilandlaw.com | *For Board of Trustees of the Galveston Wharves* |
| Gerald O. Gussoni, Jr.<br>Jeffery M. Lynch<br>Joseph W. Fritz, Jr.<br>Diana T. A. Hale<br>1350 Port of New Orleans Place<br>New Orleans, LA  70130 | |

PROOF OF SERVICE

Page 2

| | |
|---|---|
| Telephone: (504) 528-3228<br>Facsimile: (504) 528-3209<br>E-mail: gussonib@portno.com<br>E-mail: lynchj@portno.com<br>E-mail: fritzj@portno.com<br>E-mail: haled@portno.com | *For Board of Commissioners of the Port of New Orleans* |

## FOR DEFENDANTS

| | |
|---|---|
| Jeffrey L. Richardson<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Blvd.<br>Los Angeles, CA 90064<br>Telephone: (310) 312-3769<br>Facsimile: (310) 231-8370<br>E-Mail: jlr@msk.com | |
| Nina Ginsberg<br>Ben DiMuro<br>DiMUROGINSBURG, PC<br>908 King Street, Suite 200<br>Alexandria, VA 22314<br>Telephone: (703) 684-4333<br>Facsimile: (703) 548-3181<br>E-Mail: nginsberg@dimuro.com<br>         Bdimuro@dimuro.com | *For William Alan Potts (Defendant)* |
| Fentek Marine Systems GmbH<br>Langenstücken 36a. D-22393<br>Hamburg. Germany | *For Fentek Marine Systems GmbH (Defendant)* |
| Tomas Crawaack<br>Diestelstrabe 13<br>22397 Hamburg<br>Germany | *For Tomas Crawaack (Defendant)* |

# Mailing Information for a Case 2:10-cv-02319-GW -FFM

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@murrayfrank.com

- **Paul M Alfieri**
  paul.alfieri@linklaters.com

- **Joseph P Armao**
  joseph.armao@linklaters.com

- **Gregory S Asciolla**
  gasciolla@labaton.com

- **Eric J Belfi**
  ebelfi@labaton.com

- **Robert H Bell**
  robert.bell@linklaters.com

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **Simon R Brown**
  sbrown@preti.com

- **William G Caldes**
  Bcaldes@srkw-law.com

- **M Stephen Dampier**
  stevedampier@dampierlaw.com

- **Alejandra De Urioste**
  alejandra.deUrioste@cliffordchance.com

- **Anthony A DeCorso**
  adecorso@orrick.com

- **Jennifer Sabrina Elkayam**
  jelkayam@blechercollins.com

- **Adam R Fox**
  afox@ssd.com,clopez@ssd.com,agoodwin@ssd.com,hyang@ssd.com

- **Joni Forster Galvin**
  joni.forster_galvin@linklaters.com

- **Kevin Elliot Gaut**
  keg@msk.com,jda@msk.com

- **Brian H Getz**
  bhgetz@pacbell.net

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael Marc Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,asohrn@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,lglancy@glancylaw.com

- **Eric A Gressler**
  egressler@orrick.com

- **Roxann E Henry**
  rhenry@dl.com,courtalert@dl.com

- **Sally Ann Hostetler**
  sally.hostetler@ofplaw.com

- **Melissa K Hutts**
  mhutts@baronbudd.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Heather Lamberg Kafele**
  heather.kafele@shearman.com

- **Richard B Kendall**
  rkendall@kbkfirm.com,docket@kbkfirm.com,ghunter@kbkfirm.com

- **Inchan Andrew Kwon**
  inchan.kwon@haynesboone.com

- **J Burton LeBlanc , IV**
  bleblanc@baronbudd.com

- **Kellie Lerner**
  klerner@labaton.com

- **Ashlee R Lynn**
  alynn@kbkfirm.com,docket@kbkfirm.com

- **David G Meyer**
  meyerd@howrey.com,GelburdM@howrey.com,struwet@howrey.com

- **Nathan Meyer**
  nmeyer@raklaw.com,ksanderlin@raklaw.com

- **James Drew Miller**
  jim.miller@cliffordchance.com

- **William L Monts , III**
  william.monts@hoganlovells.com

- **Nick S Movaghar**
  nmovaghar@linerlaw.com,clouipineda@linerlaw.com

- **Brian Phillip Murray**
  bmurray@murrayfrank.com

- **Barry Michael Okun**
  bokun@labaton.com

- **Keith Richard Palfin**
  keith.palfin@shearman.com

- **Kenneth G Parker**
  kenneth.parker@haynesboone.com,jayne.riedel@haynesboone.com

- **Bernard Persky**
  bpersky@labaton.com,electroniccasefiling@labaton.com

- **Danielle M Randazzo**
  danielle.randazzo@linklaters.com

- **Petra M Reinecke**
  petra@schwartz-cera.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Larry C Russ**
  lruss@raklaw.com,tvogt@raklaw.com,lcdiaz@raklaw.com

- **Hollis Salzman**
  hsalzman@labaton.com

- **James C Sandberg , II**
  jcsandberg@bakerdonelson.com,pzane@bakerdonelson.com

- **Mazin A Sbaiti**
  msbaiti@baronbudd.com

- **Douglas R Schwartz**
  doug@schwartz-cera.com,jcorbelli@schwartz-cera.com,dmcgee@schwartz-cera.com

- **Andy Sohrn**
  asohrn@glancylaw.com

- **Eugene A Spector**
  espector@srkw-law.com

- **Jeffrey L Spector**

jspector@srkw-law.com

- **Todd A Spiegelman**
  todd.spiegelman@cliffordchance.com

- **Bruce W Steckler**
  bsteckler@baronbudd.com,mhutts@baronbudd.com,bjoe@baronbudd.com

- **Randall J Sunshine**
  rsunshine@linerlaw.com,gtanzini@linerlaw.com

- **James P Tallon**
  jtallon@shearman.com

- **Bill J Thompson**
  thompsonlaw@prodigy.net

- **James R Wade**
  jim.wade@haynesboone.com

- **James B Weidner**
  james.weidner@cliffordchance.com

- **Randall B Weill**
  rweill@preti.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)