| | |
|---|---|
| 1 | BLECHER & COLLINS, P.C. |
| 2 | Maxwell M. Blecher (State Bar No. 26202)<br>  Mblecher@blechercollins.com |
| 3 | Jennifer S. Elkayam (State Bar No. 238619)<br>  Jelkayam@blechercollins.com |
| 4 | 515 South Figueroa Street, 17th Floor<br>Los Angeles, California 90071-3334 |
| 5 | Telephone: (213) 622-4222<br>Facsimile: (213) 622-1656 |

Attorneys for Defendant
*Urethane Products Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Consolidated Case File:<br>CV-10-2319-GHW (FFMx)<br><br>**JOINT MOTION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>Date:       March 31, 2011<br>Time:       8:30 a.m.<br>Courtroom: 10<br>Judge:      Hon. George H. Wu |

Plaintiffs and the undersigned Defendants (collectively, the "Parties") jointly move this Court for an Order continuing the scheduling conference now set for March 31, 2011 at 8:30 a.m. The Parties state as follows:

1. On January 31, 2011, the Court entered an Order requiring Interim Class Counsel to manually file three separate complaints for each of the three conspiracies (Foam-Filled Fenders and Buoys, Marine Pilings, and Marine Fenders) alleged in the above-entitled Consolidated Amended Class Action by March 17, 2011.

2. In accordance with the Court's January 31, 2011 Order, on March 17, 2011, Interim Class Counsel filed two separate complaints (the "Superseding Complaints") concerning the alleged Foam-Filled Fenders and Buoys and Marine Pilings conspiracies, which are styled *Ace Marine Rigging & Supply, Inc. v. Virginia Harbor Services, Inc., et al.*, Civ. No., 2:11-00436 (Foam-Filled Fenders and Buoys) and *Board of Commissioners of the Port of New Orleans v. Virginia Harbor Services, Inc., et al.*, Civ. No. 11-00437 (Marine Pilings), respectively.

3. Interim Class Counsel did not file a complaint relating to the third alleged conspiracy for Marine Fenders.

4. The Superseding Complaint concerning Foam-Filled Fenders and Buoys has been assigned to the Honorable Judge Andrew Guilford. The Superseding Complaint concerning Marine Pilings has been assigned to the Honorable Judge David Carter.

5. Interim Class Counsel have filed notices of related cases in both of the new dockets, but as of today, those cases have not been transferred to this Court.

6. Interim Class Counsel are still serving defendants in the Superseding Complaints and the Parties are in the process of filing their *pro hac vice* applications.

7. On January 31, 2011, the Court ordered the Parties to file a Joint Proposed Scheduling Order with respect to each of the Superseding Complaints by

-1-

1  March 29, 2011 and set a scheduling conference for March 31, 2011 at 8:30 a.m.

2      8.    In light of the fact that the Superseding Complaints have not yet been transferred to this Court, the Parties, in the interest of economy and judicial efficiency, request that the Court continue the March 31, 2011 scheduling conference until such time as the Superseding Complaints are before this Court. This continuance will permit Interim Class Counsel to complete service and enable the Parties to file *pro hac vice* applications prior to their proposing a scheduling order with respect to the Superseding Complaints.

    THEREFORE, the Parties respectfully request that the Court continue the scheduling conference set in this action for March 31, 2011 at 8:30 a.m. to a date after the Superseding Complaints are transferred to this Court.

Dated: March 28, 2011

/s/ Michael Goldberg
Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
**GLANCY BINKOW & GOLDBERG LLP**
1801 Ave. of the Stars , Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

Gregory S. Asciolla
William V. Reiss
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
gasciolla@labaton.com
wreiss@labaton.com

*Interim Class Counsel,* Executive Committee Chair

| | | |
|---|---|---|
| 1 | Dated: March 28, 2011 | /s/ Bety Javidzad |
| 2 | | Bety Javidzad<br>**HOGAN LOVELLS US LLP** |
| 3 | | 1999 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067 |
| 4 | | Telephone: (310) 785-4600<br>Facsimile: (310) 785-4601 |
| 5 | | E-Mail: bety.javidzad@hoganlovells.com |
| 6 | | William L. Monts III<br>**HOGAN LOVELLS US LLP** |
| 7 | | 555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109 |
| 8 | | Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910 |
| 9 | | E-Mail: william.monts@hoganlovells.com |
| 10 | | *Attorneys for Defendants Maritime International, Inc. and John Deats* |
| 11 | | |
| 12 | Dated: March 28, 2011 | /s/ Dean Hansell |
| 13 | | Dean Hansell<br>**DEWEY & LEBOEUF LLP** |
| 14 | | 333 South Grand Avenue<br>Los Angeles, California 90071 |
| 15 | | Telephone: (202) 621-6000<br>Facsimile: (213) 621-6100 |
| 16 | | E-mail: dhansell@dl.com |
| 17 | | Roxann E Henry<br>**DEWEY & LEBOEUF LLP** |
| 18 | | 1101 New York Avenue NW<br>Washington, DC 20005 |
| 19 | | Telephone: (202) 346-8110<br>Facsimile: (202)346-8102 |
| 20 | | E-mail: rhenry@dl.com |
| 21 | | *Attorneys for Defendant Virginia Harbor Services, Inc.* |
| 22 | | |
| 23 | Dated: March 28, 2011 | /s/ Kevin E. Gaut |
| 24 | | Kevin E. Gaut<br>**MITCHELL SILBERBERG & KNUPP LLP** |
| 25 | | 11377 West Olympic Boulevard<br>Los Angeles, CA 90064-1683 |
| 26 | | Telephone: (310) 312-3179<br>Facsimile: (310) 312-3100 |
| 27 | | E-mail: keg@msk.com |
| 28 | | |

| | |
|---|---|
| | Sally Ann Hostetler<br>**ODIN FELDMAN & PITTLEMAN PC**<br>9302 Lee Highway Suite 1100<br>Fairfax, VA 22031-1214<br>Telephone: (703) 218-2114<br>Facsimile: (703) 218-2160<br>E-mail: sally.hostetler@ofplaw.com<br><br>*Attorneys for Defendants SII, Inc., SHI, Inc. and Frank March* |
| Dated: March 28, 2011 | /s/ Kenneth G. Parker<br>Kenneth G Parker<br>**HAYNES AND BOONE LLP**<br>18100 Von Karman Avenue Suite 750<br>Irvine, CA 92612<br>Telephone: (949) 202-3000<br>Facsimile: (949) 202-3114<br>E-mail: kenneth.parker@haynesboone.com<br><br>James R Wade<br>**HAYNES & BOONE LLP**<br>1615 L Street NW Suite 800<br>Washington, DC 20036<br>Telephone: (202) 654-4543<br>Facsimile: (202) 654-4501<br>E-mail: jim.wade@haynesboone.com<br><br>*Attorneys for Defendant Donald Murray* |
| Dated: March 28, 2011 | /s/ Jennifer S. Elkayam<br>Maxwell M. Blecher<br>Jennifer S. Elkayam<br>**BLECHER & COLLINS, P.C.**<br>515 S. Figueroa Street, Suite 1750<br>Los Angeles, CA 90071<br>Telephone: (213) 622-4222<br>Facsimile: (213) 622-1656<br>E-mail: jelkayam@blechercollins.com<br>E-mail: mblecher@blechercollins.com<br><br>*Attorney for Defendant Urethane Products Corporation* |

| | | |
|---|---|---|
| 1 | Dated: March 28, 2011 | /s/ Nathan Meyer |
| 2 | | Larry C Russ<br>Nathan Meyer<br>**RUSS AUGUST & KABAT** |
| 3 | | 12424 Wilshire Boulevard 12th Floor<br>Los Angeles, CA 90025 |
| 4 | | Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991 |
| 5 | | E-mail: lruss@raklaw.com<br>E-mail: nmeyer@raklaw.com |
| 6 | | |
| 7 | | *Attorneys for Defendants Marine Fenders International, Inc., Waterman Supply Company, Inc., Gerald Thermos, and Seymour Waterman* |
| 8 | | |
| 9 | | |
| 10 | Dated: March 28, 2011 | /s/ James C. Sandberg, II<br>Phillip C. Zane |
| 11 | | James C Sandberg, II<br>**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ** |
| 12 | | 920 Massachusetts Avenue NW Suite 900<br>Washington, DC 20001 |
| 13 | | Telephone: (202) 508-3470<br>Facsimile: (202) 220-2270 |
| 14 | | E-mail: pzane@ bakerdonelson.com<br>E-mail: jcsandberg@bakerdonelson.com |
| 15 | | |
| 16 | | *Attorneys for Defendant Robert Taylor* |
| 17 | Dated: March 28, 2011 | /s/ Bill J. Thompson |
| 18 | | Bill J. Thompson<br>LAW OFFICES OF BILL J. THOMPSON |
| 19 | | 25375 Orchard Village Road No. 106<br>Valencia, CA 91355 |
| 20 | | Telephone: (661) 222-2207<br>Facsimile: (661) 259-9393<br>E-mail: thompsonlaw@prodigy.net |
| 21 | | |
| 22 | | *Attorney for Defendant Andrew Barmakian* |
| 23 | | |
| 24 | Dated: March 28, 2011 | /s/ William Alan Potts<br>William Alan Potts |
| 25 | | *Pro Se Defendant* |
| 26 | | |
| 27 | | |
| 28 | | |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within action; my business address is 515 South Figueroa Street, Suite 1750, Los Angeles, California 90071.

On **March 28, 2011**, I served the foregoing document(s) described as: **(1) JOINT MOTION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE; (2) [PROPOSED] ORDER RE JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE** on the interested parties in this action as follows:

Mailing Information for a Case 10-cv-02319-GHW (FFMx)

✔ (By CM/ECF): Pursuant to the Court's electronic filing and service system, a copy will be transmitted to the registered users.

**Manual Notice List**

And by U.S. Mail to all known non-ECF registered parties.

✔ (By Mail): As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED ON **March 28, 2011**, at Los Angeles, California.

_____
Lorelei L. Gerdine

# SERVICE LIST

## ATTORNEYS RECEIVING NOTICE VIA MAIL OR E-MAIL

## (NOT ON COURT'S ECF SYSTME IN THIS CASE)

## FOR PLAINTIFFS

Andrew A. Esbenshade
Caldwell Leslie & Proctor PC
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022
E-Mail: esbenshade@caldwell-leslie.com

*Attorney for RDA Construction Corp.*

Todd S. Heyman
Charles E. Tompkins
Shapiro Haber & Urmy
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
E-Mail: theyman@shulaw.com
E-Mail: ctompkins@shulaw.com

*Attorneys for RDA Construction Corp.*

Paul Holtzman
Krokidas & Bluestein LLP
600 Atlantic Avenue 19th Floor
Boston, MA 02210
Telephone: (617) 482-7211
Facsimile: (617) 482-7212
E-Mail: pholtzman@kb-law.com

*Attorney for RDA Construction Corp.*

A. Craig Eiland
Attorney at Law
2211 The Strand, Suite 201
Galveston, TX 77550
Telephone: (409) 763-3260
Facsimile: (713) 513-5211
E-mail: ceiland@eilandlaw.com

*Attorney for Board of Trustees of the Galveston Wharves*

Gerald O. Gussoni, Jr.
Jeffery M. Lynch
Joseph W. Fritz, Jr.
Diana T. A. Hale
1350 Port of New Orleans Place
New Orleans, LA 70130
Telephone: (504) 528-3228
Facsimile: (504) 528-3209
E-mail: gussonib@portno.com
E-mail: lynchj@portno.com
E-mail: fritzj@portno.com
E-mail: haled@portno.com

*Attorneys for Board of Commissioners of the Port of New Orleans*

## FOR DEFENDANTS

William Alan Potts, *Pro Se*
c/o Nina Ginsberg
Ben DiMuro
DiMURO GINSBURG, PC
908 King Street, Suite 200
Alexandria, VA 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
E-Mail: nginsberg@dimuro.com
E-Mail: Bdimuro@dimuro.com

Fentek Marine Systems GmbH
Langenstücken 36a
D-22393 Hamburg, Germany

*For Defendant Fentek Marine Systems GmbH*

Tomas Crawaack
Diestelstrabe 13
22397 Hamburg, Germany

*For Defendant Tomas Crawaack*

Bill J. Thompson
**LAW OFFICES OF BILL J. THOMPSON**
25375 Orchard Village Road No. 106
Valencia, CA  91355
Telephone:  (661) 222-2207
Facsimile: (661) 259-9393
E-mail: thompsonlaw@prodigy.net

*Attorney for Defendant Andrew Barmakian*


Service by U.S. Mail is being made by sending true and correct copies, first class postage prepaid, to the following parties at the following addresses:

Andrew Barkmakian, Agent of Service
Plastic Pilings Inc
13241 Harness Drive
Rancho Cucamonga, CA 91739

*For Defendant Plastic Pilings Inc.*

Robert B. Taylor, Agent for Nextwave Marine LLC
107 Katie Lane
Winchester, VA 22602

*For Defendant Nextwave Marine LLC*

Robert B. Taylor, Agent for ProMar Corp.
107 Katie Lane
Winchester, VA 22602

*For Defendant  ProMar Corp.*

Trelleborg AB
P.O. Box 153
231 22 Trelleborg, Sweden

*For Defendant Trelleborg AB*

Tomas Crawaack

Peter Nilsson
c/o Trelleborg AB
P.O. Box 153
231 22 Trelleborg, Sweden

*For Defendant Peter Nilsson*