1  BLECHER & COLLINS, P.C.
   Maxwell M. Blecher (State Bar No. 26202)
2    Mblecher@blechercollins.com
   Jennifer S. Elkayam (State Bar No. 238619)
3    Jelkayam@blechercollins.com
   515 South Figueroa Street, 17th Floor
4  Los Angeles, California 90071-3334
   Telephone: (213) 622-4222
5  Facsimile: (213) 622-1656

6

7  Attorneys for Defendant
   *Urethane Products Corporation*

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Master Consolidated Case File: CV-10-2319-GHW (FFMx)<br><br>**[PROPOSED]**<br><br>**ORDER RE JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Courtroom:   10<br>Judge:       Hon. George H. Wu |

**[PROPOSED] ORDER**

The Court has considered the parties joint motion requesting a continuance of the March 31, 2011 scheduling conference. In light of the fact that *Ace Marine Rigging & Supply, Inc. v. Virginia Harbor Services, Inc., et al.*, Civ. No., 2:11-00436 and *Board of Commissioners of the Port of New Orleans v. Virginia Harbor Services, Inc., et al.*, Civ. No. 11-00437 have not yet been transferred to this Court, the Court hereby continues the scheduling conference set for March 31, 2011 at 8:30 a.m. to a date after the above-mentioned cases have been transferred to this Court.

IT IS HEREBY ORDERED the parties joint motion is GRANTED.

Dated: _____, 2011

_____
Honorable George Wu
United States District Judge

-1-