DEWEY & LEBOEUF LLP
Dean Hansell (SBN 93831)
333 South Grand Avenue, Suite 2600
Los Angeles CA 90071
Tel: (213) 621-6031
Fax: (213) 473-2031
dhansell@dl.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION<br>Plaintiff(s)<br>v.<br>THIS DOCUMENT RELATES TO ALL LITIGATION<br>Defendant(s). | CASE NUMBER<br>CV10-2319-GW(FFMx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Virginia Harbor Services, Inc. and Trelleborg AB     ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Dean Hansell, DEWEY & LEBOEUF LLP  who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

333 South Grand Avenue, Suite 2600
*Street Address*

Los Angeles, CA 90071                              dhansell@dl.com
*City, State, Zip*                                 *E-Mail Address*

(213) 621-6031                (213) 473-2031                93831
*Telephone Number*            *Fax Number*                  *State Bar Number*

as attorney of record in place and stead of  David G. Meyer
*Present Attorney*

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

Dated  March 28, 2011                              /S/ GEORGE H. WU
                                                   U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

American LegalNet, Inc.
www.USCourtForms.com