Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
info@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Hollis L. Salzman (*pro hac vice*)
hsalzman@labaton.com
Gregory S. Asciolla (*pro hac vice*)
gasciolla@labaton.com
William V. Reiss (*pro hac vice*)
wreiss@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Interim Class Counsel,
Chair of the Executive Committee*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Master Consolidated Case File No. CV10-2319-GHW (FFMx)<br><br>**PROPOSED SCHEDULES CONCERNING NEWLY-FILED CASES**<br><br>Judge: Hon. George H. Wu<br>Courtroom: 10 |

Pursuant to the Court's January 31, 2011 Order [D.E. 237], Plaintiffs and the undersigned Defendants have met and conferred regarding proposed schedules in the actions captioned *Ace Marine Rigging & Supply, Inc. v. Virginia Harbor Services, Inc., et al.*, Civ. No 11-00436 (C.D. Cal.) and *Board of Commissioners of the Port of New Orleans v. Virginia Harbor Services, Inc., et al.*, Civ. No 11-00437

(C.D. Cal.), which are not presently pending before the Court.[1] Despite their efforts, Plaintiffs and the undersigned Defendants have been unable to reach agreement. Accordingly, the parties submit their respective positions as follows:

## PLAINTIFFS' PROPOSED SCHEDULE

| DATE | DEADLINE |
|---|---|
| April 1, 2011 | Court enters Scheduling Order |
| May 16, 2011 | Defendants' time to answer, move or otherwise respond to Class Action Complaint due. |
| June 29, 2011 | Plaintiff's opposition to Defendants' motion to dismiss due. |
| July 18, 2011 | Defendants' reply in support of motion to dismiss due. |
| July 19, 2011 | Commencement of merits and class certification discovery. Parties serve document requests and interrogatories. Document production shall be performed on a rolling basis as agreed upon by the parties in the meet and confer process. |
| [TO BE FILLED IN BY COURT], 2011 at 8:30 a.m. | Hearing on Defendants' motions to dismiss. |
| September 23, 2011 | Parties complete production of transaction and cost data. |
| October 24, 2011 | Parties substantially complete document production. First date on which depositions may begin to take place. |
| January 31, 2012 | Plaintiff's class certification motion and expert report due. |

---

[1] On March 22, 2011, pursuant to Local Rule 83-1.3.1, Interim Class Counsel filed Notices of Related Cases relating each of the cases to the above-captioned action.

| DATE | DEADLINE |
|---|---|
| May 15, 2012 | Defendants' opposition to class certification and expert rebuttal report due. |
| July 31, 2012 | Plaintiff's reply papers in support of class certification and expert rebuttal report due. |
| [TO BE FILLED IN BY COURT], 2012 at 8:30 a.m. | Hearing on class certification motion. |

## **DEFENDANTS' PROPOSED SCHEDULE**

| DATE | DEADLINE |
|---|---|
| April 1, 2011 | Court enters Scheduling Order |
| June 1, 2011 | Defendants' time to answer, move or otherwise respond to Class Action Complaint due. |
| July 15, 2011 | Plaintiff's opposition to Defendants' motion to dismiss due. |
| August 15, 2011 | Defendants' reply in support of motion to dismiss due. |
| Upon ruling on motions to dismiss | Commencement of class certification discovery. Parties serve document requests and interrogatories. Document production shall be performed on a rolling basis as agreed upon by the parties in the meet and confer process. Parties with procedural defenses (*e.g.*, statute of limitations) entitled to pursue summary judgment and limited discovery necessary to prove those defenses |
| [TO BE FILLED IN BY COURT], 2012 at 8:30 a.m. | Hearing on Defendants' motions to dismiss. |
| December 2, 2011 | Parties complete production of transaction and cost data. |
| January 13, 2012 | Parties substantially complete document |

| DATE | DEADLINE |
|---|---|
| | production for class certification issues. |
| | First date on which depositions related to class certification may begin to take place. |
| April 13, 2012 | Plaintiff's class certification motion and class certification expert report due. |
| June 15, 2012 | Defendants' opposition to class certification and class certification expert report due. |
| August 17, 2012 | Plaintiff's reply papers in support of class certification and class certification expert rebuttal report due. |
| [TO BE FILLED IN BY COURT], 2012 at 8:30 a.m. | Hearing on class certification motion. |

DATED: March 29, 2011

Respectfully submitted,

By: /s/ Michael Goldberg

    Michael Goldberg (Bar No. #188669)
    Lionel Z. Glancy (Bar No. #134180)
    info@glancylaw.com
    **GLANCY BINKOW & GOLDBERG LLP**
    1801 Ave. of the Stars, Suite 311
    Los Angeles, CA 90067
    Telephone: (310) 201-9150
    Facsimile: (310) 201-9160

|    |    |
|----|----|
| 1  | Hollis L. Salzman (*pro hac vice*) |
|    | hsalzman@labaton.com |
| 2  | Gregory S. Asciolla (*pro hac vice*) |
|    | gasciolla@labaton.com |
| 3  | William V. Reiss (*pro hac vice*) |
| 4  | wreiss@labaton.com |
|    | **LABATON SUCHAROW LLP** |
| 5  | 140 Broadway |
|    | New York, NY 10005 |
| 6  | Telephone:  (212) 907-0700 |
|    | Facsimile:  (212) 818-0477 |
| 7  |    |
|    | *Interim Class Counsel,* |
| 8  | *Chair of the Executive Committee* |
| 9  | By: /s/ Bety Javidzad |
| 10 |    |
|    | Bety Javidzad |
| 11 | **HOGAN LOVELLS US LLP** |
|    | 1999 Avenue of the Stars, Suite 1400 |
| 12 | Los Angeles, California  90067 |
|    | Telephone:  (310) 785-4600 |
| 13 | Facsimile:   (310) 785-4601 |
|    | E-Mail:  bety.javidzad@hoganlovells.com |
| 14 |    |
|    | William L. Monts III |
| 15 | **HOGAN LOVELLS US LLP** |
|    | 555 Thirteenth Street, N.W. |
| 16 | Washington, D.C.  20004-1109 |
|    | Telephone:  (202) 637-5600 |
| 17 | Facsimile:   (202) 637-5910 |
|    | E-Mail:  william.monts@hoganlovells.com |
| 18 |    |
| 19 | *Attorneys for Defendants Maritime* |
|    | *International, Inc. and John Deats* |

PROPOSED SCHEDULES CONCERNING NEWLY-FILED CASES                                             5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/ Kevin E. Gaut

    Kevin E. Gaut
    **MITCHELL SILBERBERG & KNUPP LLP**
    11377 West Olympic Boulevard
    Los Angeles, CA 90064-1683
    Telephone: (310) 312-3179
    Facsimile: (310) 312-3100
    E-mail: keg@msk.com

    Sally Ann Hostetler
    **ODIN FELDMAN & PITTLEMAN PC**
    9302 Lee Highway Suite 1100
    Fairfax, VA 22031-1214
    Telephone: (703) 218-2114
    Facsimile: (703) 218-2160
    E-mail: sally.hostetler@ofplaw.com

    *Attorneys for Defendants SII, Inc., SHI, Inc. and Frank March*

By: /s/ Nathan Meyer

    Nathan Meyer
    Larry C. Russ
    **RUSS AUGUST & KABAT**
    12424 Wilshire Boulevard 12th Floor
    Los Angeles, CA 90025
    Telephone: (310) 826-7474
    Facsimile: (310) 826-6991
    E-mail: lruss@raklaw.com
    E-mail: nmeyer@raklaw.com

    *Attorneys for Defendants Marine Fenders International, Inc., Waterman Supply Company, Inc., Gerald Thermos, and Seymour Waterman*

| | |
|---|---|
| 1 | By: /s/ James C. Sandberg II |
| 2 | James C Sandberg, II |
| 3 | Phillip C. Zane<br>**BAKER DONELSON BEARMAN** |
| 4 | **CALDWELL & BERKOWITZ**<br>920 Massachusetts Avenue NW Suite 900 |
| 5 | Washington, DC 20001<br>Telephone: (202) 508-3470 |
| 6 | Facsimile: (202) 220-2270<br>E-mail: pzane@ bakerdonelson.com |
| 7 | E-mail: jcsandberg@bakerdonelson.com |
| 8 | *Attorneys for Defendant Robert Taylor* |
| 9 | By: /s/ Bill J. Thompson |
| 10 | Bill J. Thompson |
| 11 | **LAW OFFICES OF BILL J. THOMPSON**<br>25375 Orchard Village Road, No. 106 |
| 12 | Valencia, CA 91355<br>Telephone: (661) 222-2207 |
| 13 | Facsimile: (661) 259-9393<br>E-mail: thompsonlaw@prodigy.net |
| 14 | |
| 15 | *Attorney for Defendant Andrew Barmakian* |
| 16 | By: /s/ Dean Hansell |
| 17 | Dean Hansell<br>**DEWEY & LEBOEUF LLP** |
| 18 | 333 South Grand Avenue<br>Los Angeles, California 90071 |
| 19 | Telephone: (202) 621-6000<br>Facsimile: (213) 621-6100 |
| 20 | E-mail: dhansell@dl.com |
| 21 | Roxann E Henry |
| 22 | **DEWEY & LEBOEUF LLP**<br>1101 New York Avenue NW |
| 23 | Washington, DC 20005<br>Telephone: (202) 346-8110 |
| 24 | Facsimile: (202)346-8102<br>E-mail: rhenry@dl.com |
| 25 | |
| 26 | *Attorneys for Defendant Virginia Harbor Services, Inc.* |
| 27 | |
| 28 | |

1 By: /s/ Kenneth G. Parker

Kenneth G. Parker
**HAYNES AND BOONE LLP**
18100 Von Karman Avenue Suite 750
Irvine, CA 92612
Telephone: (949) 202-3000
Facsimile: (949) 202-3114
E-mail: kenneth.parker@haynesboone.com

James R. Wade
**HAYNES & BOONE LLP**
1615 L Street NW Suite 800
Washington, DC 20036
Telephone: (202) 654-4543
Facsimile: (202) 654-4501
E-mail: jim.wade@haynesboone.com

*Attorneys for Defendant Donald Murray*

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On March 29, 2011, I caused to be served the following document:

**PROPOSED SCHEDULES CONCERNING NEWLY-FILED CASES**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 29, 2011, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

# SERVICE LIST

## ATTORNEYS RECEIVING NOTICE VIA MAIL OR E-MAIL
## (NOT ON COURT'S ECF SYSTEM IN THIS CASE)

Mail (or e-mail) service is made on the last known address or believed-to-be current address of the following parties:

### FOR PLAINTIFFS

Andrew A Esbenshade
Caldwell Leslie & Proctor PC
1000 Wilshire Boulevard Suite 600
Los Angeles, CA 90017-2463
213-629-9040
213-629-9022 (fax)
esbenshade@caldwell-leslie.com                *For RDA Construction Corp.*

Todd S Heyman
Charles E Tompkins
Shapiro Haber & Urmy
53 State Street
Boston, MA 02109
617-439-3939
617-439-0134 (fax)
theyman@shulaw.com                             *For RDA Construction Corp.*

Paul Holtzman
Krokidas & Bluestein LLP
600 Atlantic Avenue 19th Floor
Boston, MA 02210
617-482-7211
617-482-7212 (fax)
pholtzman@kb-law.com                           *For RDA Construction Corp.*

A. Craig Eiland
Attorney at Law
2211 The Strand, Suite 201
Galveston, TX  77550
Telephone: (409) 763-3260
Facsimile: (713) 513-5211
E-mail: ceiland@eilandlaw.com
                                               *For Board of Trustees of the*
                                               *Galveston Wharves*

Gerald O. Gussoni, Jr.
Jeffery M. Lynch
Joseph W. Fritz, Jr.
Diana T. A. Hale
1350 Port of New Orleans Place
New Orleans, LA  70130

---
PROOF OF SERVICE

Page 2

```
 1  Telephone: (504) 528-3228
    Facsimile: (504) 528-3209
 2  E-mail: gussonib@portno.com
    E-mail: lynchj@portno.com
 3  E-mail: fritzj@portno.com
    E-mail: haled@portno.com
 4                                          For Board of Commissioners of the
                                            Port of New Orleans
 5
 6
 7                      FOR DEFENDANTS
 8
    Jeffrey L. Richardson
 9  MITCHELL SILBERBERG & KNUPP LLP
    11377 West Olympic Blvd.
10  Los Angeles, CA 90064
    Telephone: (310) 312-3769
11  Facsimile: (310) 231-8370
    E-Mail: jlr@msk.com
12
    Nina Ginsberg
13  Ben DiMuro
    DiMUROGINSBURG, PC
14  908 King Street, Suite 200
    Alexandria, VA 22314
15  Telephone: (703) 684-4333
    Facsimile: (703) 548-3181
16  E-Mail: nginsberg@dimuro.com
         Bdimuro@dimuro.com           For William Alan Potts (Defendant)
17
18
...
28
```

PROOF OF SERVICE

Page 3

# Mailing Information for a Case 2:10-cv-02319-GW -FFM

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@murrayfrank.com

- **Paul M Alfieri**
  paul.alfieri@linklaters.com

- **Joseph P Armao**
  joseph.armao@linklaters.com

- **Gregory S Asciolla**
  gasciolla@labaton.com

- **Eric J Belfi**
  ebelfi@labaton.com

- **Robert H Bell**
  robert.bell@linklaters.com

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **Simon R Brown**
  sbrown@preti.com

- **William G Caldes**
  Bcaldes@srkw-law.com

- **M Stephen Dampier**
  stevedampier@dampierlaw.com

- **Alejandra De Urioste**
  alejandra.deUrioste@cliffordchance.com

- **Anthony A DeCorso**
  adecorso@orrick.com

- **Jennifer Sabrina Elkayam**
  jelkayam@blechercollins.com

- **Adam R Fox**
  afox@ssd.com,clopez@ssd.com,agoodwin@ssd.com,hyang@ssd.com

- **Joni Forster Galvin**
  joni.forster_galvin@linklaters.com

- **Kevin Elliot Gaut**
  keg@msk.com,jda@msk.com

- **Brian H Getz**
  bhgetz@pacbell.net

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael Marc Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,asohrn@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,lglancy@glancylaw.com

- **Eric A Gressler**
  egressler@orrick.com

- **Dean Hansell**
  dhansell@dl.com,linda.chow-fortune@dl.com,courtalert@dl.com

- **Roxann E Henry**
  rhenry@dl.com,courtalert@dl.com

- **Sally Ann Hostetler**
  sally.hostetler@ofplaw.com

- **Melissa K Hutts**
  mhutts@baronbudd.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Heather Lamberg Kafele**
  heather.kafele@shearman.com

- **Richard B Kendall**
  rkendall@kbkfirm.com,docket@kbkfirm.com,ghunter@kbkfirm.com

- **Inchan Andrew Kwon**
  inchan.kwon@haynesboone.com

- **J Burton LeBlanc , IV**
  bleblanc@baronbudd.com

- **Kellie Lerner**
  klerner@labaton.com

- **Ashlee R Lynn**
  alynn@kbkfirm.com,docket@kbkfirm.com

- **Nathan Meyer**
  nmeyer@raklaw.com,ksanderlin@raklaw.com

- **James Drew Miller**
  jim.miller@cliffordchance.com

- **William L Monts , III**
  william.monts@hoganlovells.com

- **Nick S Movaghar**
  nmovaghar@linerlaw.com,clouipineda@linerlaw.com

- **Brian Phillip Murray**
  bmurray@murrayfrank.com

- **Barry Michael Okun**
  bokun@labaton.com

- **Keith Richard Palfin**
  keith.palfin@shearman.com

- **Kenneth G Parker**
  kenneth.parker@haynesboone.com,jayne.riedel@haynesboone.com

- **Bernard Persky**
  bpersky@labaton.com,electroniccasefiling@labaton.com

- **Danielle M Randazzo**
  danielle.randazzo@linklaters.com

- **Petra M Reinecke**
  petra@schwartz-cera.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Larry C Russ**
  lruss@raklaw.com,tvogt@raklaw.com,lcdiaz@raklaw.com

- **Hollis Salzman**
  hsalzman@labaton.com

- **James C Sandberg , II**
  jcsandberg@bakerdonelson.com,pzane@bakerdonelson.com

- **Mazin A Sbaiti**
  msbaiti@baronbudd.com

- **Douglas R Schwartz**
  doug@schwartz-cera.com,jcorbelli@schwartz-cera.com,dmcgee@schwartz-cera.com

- **Andy Sohrn**
  asohrn@glancylaw.com

- **Eugene A Spector**
  espector@srkw-law.com

- **Jeffrey L Spector**

- jspector@srkw-law.com

- **Todd A Spiegelman**
  todd.spiegelman@cliffordchance.com

- **Bruce W Steckler**
  bsteckler@baronbudd.com,mhutts@baronbudd.com,bjoe@baronbudd.com

- **Randall J Sunshine**
  rsunshine@linerlaw.com,gtanzini@linerlaw.com

- **James P Tallon**
  jtallon@shearman.com

- **Bill J Thompson**
  thompsonlaw@prodigy.net

- **James R Wade**
  jim.wade@haynesboone.com

- **James B Weidner**
  james.weidner@cliffordchance.com

- **Randall B Weill**
  rweill@preti.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)