# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-2319-GW(FFMx) | Date | March 30, 2011 |
|---|---|---|---|
| Title | *Board of Trustees of the Galveston Wharves, et al. v. Trelleborg AB, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorney Present for Plaintiff:                    Attorney Present for Defendant:

None Present                                                      None Present

**PROCEEDINGS: (IN CHAMBERS)     COURT ORDER**

      Counsel who intend on appearing by telephone on March 31, 2011 at 8:30 a.m., will call in as follows:

      **Call-in Number:**    213-894-0800
      **Meeting ID:**    7002#
      **User Password:**    2224#

:

Initials of Preparer    JG