BLECHER & COLLINS, P.C.
Maxwell M. Blecher (State Bar No. 26202)
  Mblecher@blechercollins.com
Jennifer S. Elkayam (State Bar No. 238619)
  Jelkayam@blechercollins.com
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Defendant
URETHANE PRODUCTS CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION:<br><br>**THIS DOCUMENT RELATES TO ALL ACTIONS** | CASE NO. Master Consolidated Case File No. CV10-2319-GW (FFMx)<br><br>NOTICE OF JOINDER AND JOINDER OF DEFENDANT URETHANE PRODUCTS CORPORATION IN DEFENDANTS' PROPOSED SCHEDULE CONCERNING NEWLY-FILED CASES<br>[DOCKET NO. 250]<br><br>Date: March 31, 2011<br>Time: 8:30 a.m.<br>Ctrm: 10 (Hon. George W. Wu) |

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Urethane Products Corporation ("UPC") hereby joins and concurs with the Defendants' proposed schedule concerning the newly-filed action captioned *Ace Marine Rigging &Supply, Inc. v. Virginia Harbor Services, Inc., et al.*, Civ. No. 11-00436. [Docket No. 250].

The Court is set to review the proposed schedules of Plaintiffs and Defendants on March 31, 2011 at 8:30 a.m. in Courtroom 10, the Honorable George Wu presiding.

Dated: March 30, 2011

BLECHER & COLLINS, P.C.
MAXWELL M. BLECHER
JENNIFER S. ELKAYAM

By: /s/ Jennifer S. Elkayam

JENNIFER S. ELKAYAM
Attorneys for Defendant
Urethane Products Corporation

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 515 South Figueroa Street, Suite 1750, Los Angeles, California 90071.

On **March 30, 2011**, I served the foregoing document(s) described as:

**NOTICE OF JOINDER AND JOINDER OF DEFENDANT URETHANE PRODUCTS CORPORATION IN DEFENDANTS' PROPOSED SCHEDULE CONCERNING NEWLY-FILED CASES [DOCKET NO. 250]** on the interested parties in this action as follows:

Mailing Information for a Case 10-cv-02319-GHW (FFMx)

✔ **(By CM/ECF):** Pursuant to the Court's electronic filing and service system, a copy will be transmitted to the registered users.

**Manual Notice List**

And by U.S. Mail to all known non-ECF registered parties.

✔ **(By Mail):** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED ON **March 30, 2011**, at Los Angeles, California.



Celeste Gallegos

## SERVICE LIST

### ATTORNEYS RECEIVING NOTICE VIA MAIL OR E-MAIL

### (NOT ON COURT'S ECF SYSTEM IN THIS CASE)

Service by U.S. Mail (or e-mail) is being made on the last known address or beleived to-be current address of the following parties:

### FOR PLAINTIFFS

Andrew A. Esbenshade
Caldwell Leslie & Proctor PC
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022
E-Mail: esbenshade@caldwell-leslie.com

*Attorney for RDA Construction Corp.*

Todd S. Heyman
Charles E. Tompkins
Shapiro Haber & Urmy
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
E-Mail: theyman@shulaw.com
E-Mail: ctompkins@shulaw.com

*Attorneys for RDA Construction Corp.*

Paul Holtzman
Krokidas & Bluestein LLP
600 Atlantic Avenue 19th Floor
Boston, MA 02210

BLECHER & COLLINS
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

1 Telephone: (617) 482-7211
2 Facsimile: (617) 482-7212
3 E-Mail: pholtzman@kb-law.com

4 *Attorney for RDA Construction Corp.*

5 A. Craig Eiland
6 Attorney at Law
7 2211 The Strand, Suite 201
  Galveston, TX 77550
8 Telephone: (409) 763-3260
9 Facsimile: (713) 513-5211
  E-mail: ceiland@eilandlaw.com

10
11 *Attorney for Board of Trustees of the Galveston Wharves*

12 Gerald O. Gussoni, Jr.
13 Jeffery M. Lynch
   Joseph W. Fritz, Jr.
14 Diana T. A. Hale
15 1350 Port of New Orleans Place
   New Orleans, LA 70130
16 Telephone: (504) 528-3228
17 Facsimile: (504) 528-3209
   E-mail: gussonib@portno.com
18 E-mail: lynchj@portno.com
19 E-mail: fritzj@portno.com
   E-mail: haled@portno.com
20
21 *Attorneys for Board of Commissioners of the Port of New Orleans*

22 **FOR DEFENDANTS**

23
24 Jeffrey L. Richeradon
   MITCHELL SILBERBERG & KNUPP LLP
25 11377 West Olympic Blvd
   Los Angeles, CA 90064
26 Telephone: (310) 312-3769
27 Facsimile (310) 231-8370
   E-Mail: jlr@msk.com
28
   Nina Ginsberg

5

1  Ben DiMuro
2  DiMURO GINSBURG, PC
   908 King Street, Suite 200
3  Alexandria, VA 22314
4  Telephone: (703) 684-4333
   Facsimile: (703) 548-3181
5  E-Mail: nginsberg@dimuro.com
6  E-Mail: Bdimuro@dimuro.com

7  *For William Alan Potts (Defendant)*

8
9  Bill J. Thompson
   **LAW OFFICES OF BILL J. THOMPSON**
10 25375 Orchard Village Road No. 106
   Valencia, CA 91355
11 Telephone:  (661) 222-2207
12 Facsimile: (661) 259-9393
   E-mail: thompsonlaw@prodigy.net
13
14 *Attorney for Defendant Andrew Barmakian*

6