(admitted *pro hac vice*):
CLIFFORD CHANCE US LLP
James B. Weidner (NY Bar No. 1492107)
Email: james.weidner@cliffordchance.com
James D. Miller (NY Bar No. 2553113)
Email: jim.miller@cliffordchance.com
Todd A. Spiegelman (NY Bar No. 4444360)
Email: todd.spiegelman@cliffordchance.com
Alejandra deUrioste (NY Bar No. 4629499)
Email: alejandra.deUrioste@cliffordchance.com
31 West 52nd Street
New York, New York  10019
Telephone:  +1.212.878.8000
Facsimile:   +1.212.878.8375

SQUIRE, SANDERS & DEMPSEY (US) LLP
Adam R. Fox (State Bar No. 220584)
Email: adam.fox@ssd.com
Anne Choi Goodwin (State Bar No. 216244)
Email: anne.goodwin@ssd.com
Helen H. Yang (State Bar No. 241170)
Email: helen.yang@ssd.com
555 South Flower Street, 31st Floor
Los Angeles, CA  90071-2300
Telephone:  +1.213.624.2500
Facsimile:   +1.213.623.4581

Attorneys for Defendants
BRIDGESTONE CORPORATION AND
BRIDGESTONE INDUSTRIAL PRODUCTS
AMERICA, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Master Consolidated Case File No. CV10-2319-GW (FFMx)<br><br>**[PROPOSED] ORDER ON STIPULATION CONCERNING DISMISSAL OF DEFENDANTS BRIDGESTONE CORPORATION, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., THE YOKOHAMA RUBBER COMPANY, LTD. AND SUMITOMO RUBBER INDUSTRIES, LTD.**<br><br>[Fed. R. Civ. P. 41(a)(2)]<br><br>Assigned for all purposes to:<br>Judge:      Hon. George H. Wu<br>Courtroom:  10 |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties' Stipulation to dismiss Defendants BRIDGESTONE CORPORATION, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., THE YOKOHAMA RUBBER COMPANY, LTD. and SUMITOMO RUBBER INDUSTRIES, LTD. is GRANTED, and Defendants BRIDGESTONE CORPORATION, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., THE YOKOHAMA RUBBER COMPANY, LTD. and SUMITOMO RUBBER INDUSTRIES, LTD. are hereby dismissed from these actions with prejudice.  Each party shall bear its own costs.

**IT IS SO ORDERED**

DATED: _____        _____

HON. GEORGE H. WU
U.S. DISTRICT COURT JUDGE

SQUIRE, SANDERS &
DEMPSEY (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, CA  90071-2300

- 2 -

[PROPOSED] ORDER ON STIPULATION
CONCERNING DISMISSAL OF DEFENDANTS

# PROOF OF SERVICE

(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 31st Floor, Los Angeles, California 90071. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 30, 2011, I served the following document(s):

**[PROPOSED] ORDER ON STIPULATION CONCERNING DISMISSAL OF DEFENDANTS BRIDGESTONE CORPORATION, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., THE YOKOHAMA RUBBER COMPANY, LTD. AND SUMITOMO RUBBER INDUSTRIES, LTD.**

Service was accomplished as follows.

**BY ELECTRONIC SERVICE VIA NEF/COURT:**

| | |
|---|---|
| Hollis L. Salzman<br>Gregory S. Asciolla<br>William V. Reiss<br>Eric Belfi<br>Kellie Lerner<br>Barry Okun<br>Bernard Persky<br>**LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>hsalzman@labaton.com<br>gasciolla@labaton.com<br>wreiss@labaton.com<br>ebelfi@labaton.com<br>klerner@labaton.com<br>bokun@labaton.com<br>bpersky@labaton.com<br>For Plaintiffs and the Proposed Class | Peter A. Binkow<br>Lionel Z. Glancy<br>Michael Goldberg<br>Andy Sohrn<br>**GLANCY BINKOW & GOLDBERG LLP**<br>1801 Ave. of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>pbinkow@glancylaw.com<br>lglancy@glancylaw.com<br>mmgoldberg@glancylaw.com<br>asohrn@glancylaw.com<br>*For Plaintiffs and the Proposed Class* |

| | |
|---|---|
| Gregory P. Hansel<br>Randall B. Weill<br>Simon R. Brown<br>**PRETI FLAHERTY BELIVEAU & PACHIOS LLP**<br>P.O. Box 9546<br>One City Center<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>Facsimile: (207) 791-3111<br>ghansel@preti.com<br>rweill@preti.com<br>sbrown@preti.com<br>*For Plaintiffs and the Proposed Class* | M. Stephen Dampier<br>**Law Offices of M. Stephen Dampier, P.C.**<br>55 North Section Street<br>Fairhope, AL 36532<br>251-929-0800<br>Fax: 251-929-0900<br>stevedampier@dampierlaw.com<br>*For Plaintiffs and the Proposed Class* |
| Brian P. Murray<br>Lee Albert<br>MURRAY, FRANK & SAILER LLP<br>275 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 682-1818<br>Fax: (212) 682-1818<br>bmurray@murrayfrank.com<br>lalbert@murraryfrank.com<br>*For Plaintiffs and the Proposed Class* | Eugene A. Spector<br>William G. Caldes<br>Jeffrey L. Spector<br>SPECTOR, ROSEMAN, KODROFF & WILLIS PC<br>1101 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20004<br>Telephone: (202) 756-3600<br>Fax: (202) 756-3602<br>espector@srkw-law.com<br>*For Plaintiffs and the Proposed Class* |

| | |
|---|---|
| J. Burton LeBlanc<br>Bruce Steckler<br>Melissa Hutts<br>Mazin A. Sbaiti<br>**BARON & BUDD, P.C.**<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Telephone: (214) 521-3605<br>Facsimile: (214) 520-1181<br>bleblanc@baronbudd.com<br>bsteckler@baronbudd.com<br>mhutts@baronbudd.com<br>msbaiti@baronbudd.com<br>*For Plaintiffs and the Proposed Class* | James B. Weidner<br>James D. Miller<br>Todd A. Spiegelman<br>Alejandra deUrioste<br>**CLIFFORD CHANCE LLP**<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 878-8000<br>Facsimile: (212) 878-8375<br>james.weidner@cliffordchance.com<br>jim.miller@cliffordchance.com<br>todd.spiegelman@cliffordchance.com<br>alejandra.deurioste@cliffordchance.com<br>*For Defendants Bridgestone Corporation and Bridgestone Industrial Products America, Inc.* |
| Sally Ann Hostetler<br>**ODIN, FELDMAN & PITTLEMAN, P.C.**<br>9302 Lee Highway<br>Suite 1100<br>Fairfax, VA 22031<br>Telephone: (703) 218-2100<br>Facsimile: (703) 218-2160<br>Sally.Hostetler@ofplaw.com<br>*For Defendants Frank March, SII, Inc. f/k/a Seaward International, Inc., SHI, Inc. f/k/a Seaward Holdings, Inc.* | Kevin E. Gaut<br>**MITCHELL SILBERBERG & KNUPP LLP**<br>11377 W. Olympic Boulevard<br>Los Angeles, CA 90064<br>Telephone: (310) 312-3179<br>Facsimile: (310) 231-8379<br>E-mail: keg@msk.com<br>*For Defendants Frank March, SII, Inc. f/k/a Seaward International, Inc., SHI, Inc. f/k/a Seaward Holdings, Inc.* |
| William L. Monts, III<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 637-6440<br>Facsimile: (202) 637-5910<br>william.monts@hoganlovells.com<br>*For Defendants John R. Deats, II and Maritime International Inc.* | Bety Javidzad<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 785-4624<br>Facsimile: (310) 785-4601<br>bety.javidzad@hoganlovells.com<br>*For Defendants John R. Deats, II and Maritime International Inc.* |

| | |
|---|---|
| Dean Hansell<br>**DEWEY & LEBOEUF LLP**<br>333 South Grand Avenue<br>Suite 2600<br>Los Angeles, CA 90071-1530<br>Telephone: (213) 621-6000<br>Facsimile: (213) 621-6100<br>dhansell@dl.com<br>*For Defendants Virginia Harbor Services, Inc. d/b/a SEAWARD & Trelleborg AB* | Roxann E. Henry<br>**DEWEY & LEBOEUF LLP**<br>1101 New York Avenue NW<br>Washington, DC 20005<br>Telephone: (202) 346-8110<br>Facsimile: (202) 346-8102<br>rhenry@dl.com<br>*For Defendants Virginia Harbor Services, Inc. d/b/a SEAWARD & Trelleborg AB* |
| Douglas Schwartz<br>James J. Corbelli<br>Petra M. Reinecke<br>**SCHWARTZ & CERA LLP**<br>44 Montgomery Street<br>Suite 3850<br>San Francisco, CA 94104<br>Telephone: (415) 956-2600<br>Facsimile: (415) 438-2655<br>doug@schwartz-cera.com<br>petra@schwartz-cera.com<br>*For Defendants FenderCare Marine Solutions, Ltd. and James Fisher PLC* | Brian H. Getz<br>**BRIAN H. GETZ LAW OFFICES**<br>44 Montgomery Street<br>Suite 3850<br>San Francisco, CA 94104<br>Telephone: (415) 912-5886<br>Facsimile: (415) 438-2655<br>bhgetz@pacbell.net<br>*For Defendants FenderCare Marine Solutions, Ltd. and James Fisher PLC* |
| Heather Lamberg Kafele<br>Keith Richard Palfin<br>James P. Tallon<br>**SHEARMAN & STERLING LLP**<br>801 Pennsylvania Avenue, NW,<br>Suite 900<br>Washington, DC 20004-2634<br>Telephone: (202) 508-8097<br>Facsimile:(202) 508-8100<br>hkafeleshearman.com<br>keith.pathn@shearman.com<br>jtallon@shearman.com<br>*For Defendant Sumitomo Rubber Industries, Ltd.* | Nick S. Movaghar<br>Randall J. Sunshine<br>**LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR**<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024<br>Telephone: (310) 500-3501<br>Facsimile: (310) 500-3501<br>mmovaghar@linerlaw.com<br>rsunshine@linerlaw.com<br>*For Defendant Sumitomo Rubber Industries, Ltd.* |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | Anthony A DeCorso<br>Eric A. Gressler<br>**ORRICK HERRINGTON & SUTCLIFFE LLP**<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA 90017-5855<br>Telephone: (213) 629-2020<br>Facsimile:(213) 612-2499<br>adecorso@orrick.com<br>egressler@orrick.com<br>*For Defendant Peter Nilsson* | Jennifer S. Elkayam<br>**BLECHER & COLLINS**<br>515 South Figueroa Street<br>Suite 1750<br>Los Angeles, CA 90071<br>Telephone: (213) 622-4222<br>Facsimile: (213) 622-1656<br>Email: jelkayam@blechercollins.com<br>*For Defendant Urethane Products Corporation* |
| 10<br>11<br>12<br>13<br>14<br>15<br>16 | James R. Wade<br>Inchan Andrew Kwon<br>Kenneth G Parker<br>HAYNES & BOONE<br>1615 L Street, NW, Suite 800<br>Washington, DC 20036-5610<br>Telephone: (202) 654-4543<br>Fax: (202) 654-4273<br>jim.wade@haynesboone.com<br>inchan.kwon@haynesboone.com<br>Kenneth.parker@haynesboone.com<br>*For Donald Murray* | Larry C. Russ<br>Nathan D. Meyer<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br>lruss@raklaw.com<br>nmeyer@raklaw.com<br>*For Defendants Marine Fenders International Inc., Gerald Thermos,, Waterman Supply Company, Inc, and Seymour Waterman* |

| | |
|---|---|
| Joseph P. Armao<br>Paul M. Alfieri<br>Danielle M. Randazzo<br>Robert H. Bell<br>Joni Forster Galvin<br>**LINKLATERS LLP**<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Telephone: (212) 903-9000<br>Facsimile: (212) 903-9100<br>E-mail:<br>joseph.armaolinklaters.com<br>paul.alfieri@hnklaters.com<br>danielle.randazzo@linklaters.com<br>robert.bell@linklaters.com<br>joni.forster_galvin@linklaters.com<br>*For Defendant The Yokohama Rubber Company, Ltd.* | Richard B. Kendall (90072)<br>Ashlee R. Lynn (261002)<br>**KENDALL BRILL & KLIEGER LLP**<br>10100 Santa Monica Blvd, Suite 1725<br>Los Angeles, California 90067<br>(310) 556-2700 (telephone)<br>(310) 556-2705 (facsimile)<br>rkendall@kbkfirm.com<br>alynn@kbkfirm.com<br>*For Defendant The Yokohama Rubber Company, Ltd.* |
| James C. Sandberg, II<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>Lincoln Square<br>555 Eleventh Street, N.W.<br>6th Floor<br>Washington, DC 20004<br>Telephone: 202.508.3490<br>Facsimile: 202.220.2290<br>jcsandberg@bakerdonelson.com<br>*For Defendant Robert B. Taylor* | Bill J. Thompson<br>Law Offices of Bill J. Thompson<br>25375 Orchard Village Road No. 106<br>Valencia, CA 91355<br>Telephone: (661) 222-2207<br>Facsimile: (661) 259-9393<br>E-mail: thompsonlaw@prodigy.net<br>*For Defendant Andrew Barmakian* |

**BY U.S. MAIL**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Andrew A. Esbenshade<br>**CALDWELL LESLIE & PROCTOR PC**<br>1000 Wilshire Blvd, Suite 600<br>Los Angeles, California 90017<br>(213) 629-9040 (telephone)<br>(213) 629-9022 (facsimile)<br>esbenshade@caldwell-leslie.com<br>*For Plaintiffs and the Proposed Class* | A. Craig Eiland<br>Attorney at Law<br>2211 The Strand, Suite 201<br>Galveston, TX 77550<br>Telephone: (409) 763-3260<br>Facsimile: (713) 513-5211<br>ceiland@eilandlaw.com<br>*For Plaintiffs and the Proposed Class* |
| Charles E. Tompkins<br>Todd S. Heyman<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439-3939<br>Facsimile: (617) 439-0134<br>ctompkins@shulaw.com<br>theyman@shulaw.com<br>*For Plaintiffs and the Proposed Class* | Paul Holtzman<br>**KROKIDAS & BLUESTEIN LLP**<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Telephone: (617) 482-7211<br>Facsimile: (617) 482-7212<br>pholtzman@kb-law.com<br>*For Plaintiffs and the Proposed Class* |
| Gerald O. Gussoni, Jr.<br>Jeffery M. Lynch<br>Joseph W. Fritz, Jr.<br>Diana T. A. Hale<br>1350 Port of New Orleans Place<br>New Orleans, LA 70130<br>Telephone: (504) 528-3228<br>Facsimile: (504) 528-3209<br>gussonib@portno.com<br>lynchj@portno.com<br>fritzj@portno.com<br>haled@portno.com<br>*Additional Counsel for Plaintiff Board of Commissioners of The Port of New Orleans* | Nina Ginsberg<br>Ben DiMuro<br>DiMUROGINSBURG, PC<br>908 King Street, Suite 200<br>Alexandria, VA 22314<br>Telephone: (703) 684-4333<br>Fax: (703) 548-3181<br>nginsberg@dimuro.com<br>bdimuro@dimuro.com<br>*For Defendant William Alan Potts* |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

☒ **By U.S. Mail, According to Normal Business Practices.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ ELECTRONIC SERVICE VIA NEF/COURT

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 30, 2011, at Los Angeles, California.

/s/  *Phannie Tsui*

Phannie Tsui

LOSANGELES/308428.2