1  (admitted *pro hac vice*):
   CLIFFORD CHANCE US LLP
2  James B. Weidner (NY Bar No. 1492107)
   Email: james.weidner@cliffordchance.com
3  James D. Miller (NY Bar No. 2553113)
   Email: jim.miller@cliffordchance.com
4  Todd A. Spiegelman (NY Bar No. 4444360)
   Email: todd.spiegelman@cliffordchance.com
5  Alejandra deUrioste (NY Bar No. 4629499)
   Email: alejandra.deUrioste@cliffordchance.com
6  31 West 52nd Street
   New York, New York  10019
7  Telephone:  +1.212.878.8000
   Facsimile:   +1.212.878.8375

8  SQUIRE, SANDERS & DEMPSEY (US) LLP
9  Adam R. Fox (State Bar No. 220584)
   Email: adam.fox@ssd.com
   Anne Choi Goodwin (State Bar No. 216244)
10 Email: anne.goodwin@ssd.com
   Helen H. Yang (State Bar No. 241170)
11 Email: helen.yang@ssd.com
   555 South Flower Street, 31st Floor
12 Los Angeles, CA  90071-2300
   Telephone:  +1.213.624.2500
13 Facsimile:   +1.213.623.4581

14 Attorneys for Defendants
   BRIDGESTONE CORPORATION AND
15 BRIDGESTONE INDUSTRIAL PRODUCTS
   AMERICA, INC.
16

17            **UNITED STATES DISTRICT COURT**

18        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 19  IN RE MARINE PRODUCTS ANTITRUST LITIGATION | Master Consolidated Case File No. CV10-2319-GW (FFMx) |
| 20 | |
| 21  **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **ORDER ON STIPULATION CONCERNING DISMISSAL OF DEFENDANTS BRIDGESTONE CORPORATION, BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC., THE YOKOHAMA RUBBER COMPANY, LTD. AND SUMITOMO RUBBER INDUSTRIES, LTD.** |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | [Fed. R. Civ. P. 41(a)(2)] |
| 27 | Assigned for all purposes to: Judge:      Hon. George H. Wu |
| 28 | Courtroom:  10 |

SQUIRE, SANDERS &
DEMPSEY (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California  90071-2300

[PROPOSED] ORDER ON STIPULATION
CONCERNING DISMISSAL OF DEFENDANTS

1    Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties' Stipulation

2    to dismiss Defendants BRIDGESTONE CORPORATION, BRIDGESTONE

3    INDUSTRIAL PRODUCTS AMERICA, INC., THE YOKOHAMA RUBBER

4    COMPANY, LTD. and SUMITOMO RUBBER INDUSTRIES, LTD. is

5    GRANTED, and Defendants BRIDGESTONE CORPORATION, BRIDGESTONE

6    INDUSTRIAL PRODUCTS AMERICA, INC., THE YOKOHAMA RUBBER

7    COMPANY, LTD. and SUMITOMO RUBBER INDUSTRIES, LTD. are hereby

8    dismissed from these actions with prejudice.  Each party shall bear its own costs.

9

10   **IT IS SO ORDERED**

11

12   DATED: April 4, 2011                    _____

13                                            HON. GEORGE H. WU

14                                            U.S. DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, CA 90071-2300

- 2 -

[PROPOSED] ORDER ON STIPULATION
CONCERNING DISMISSAL OF DEFENDANTS