DEWEY & LEBOEUF LLP
Dean Hansell (SBN 93831)
Ella R. Serrano (SBN: 228216)
333 South Grand Avenue, Suite 2600
Los Angeles, California  90071-1530
Tel:  (213) 621-6000 Fax:  (213) 621-6100

DEWEY & LEBOEUF LLP
Roxann E. Henry (pro hac vice application pending)
1101 New York Avenue, NW
Washington, DC 20005-4213
Tel:  (202) 346 8110 Fax  (202) 956 3233

*Attorneys for Defendants Virginia Harbor Services, Inc.,
Fentek Marine Systems GmbH, Trelleborg AB*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | Master Consolidated Case File No. CV10-2319-GW (FFMx) |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **STIPULATION FOR DISMISSAL OF DEFENDANTS TRELLEBORG AB; VIRGINIA HARBOR SERVICES, INC.; FENTEK MARINE SYSTEMS GMBH, INC.; AND ROBERT B. TAYLOR AS TO THIRD CLAIM FOR RELIEF**<br><br>Assigned for all purposes to:<br>Judge:      Hon. George H. Wu<br>Courtroom:  10 |

STIPULATION FOR DISMISSAL OF CERTAIN MARINE FENDERS DEFENDANTS AS TO THIRD CLAIM FOR RELIEF

1   It is hereby stipulated by and between the undersigned counsel that

2   Defendants Trelleborg AB; Virginia Harbor Services, Inc.; Fentek Marine Systems

3   GmbH; and Robert B. Taylor be dismissed with prejudice from the action embodied

4   in the Third Claim for Relief asserted by OSG Lightering Solutions LLC and OSG

5   Lightering LLC in the above-referenced actions and for each party to bear its own

6   costs, pursuant to Federal Rule of Civil Procedure 41(a)(2).[1]

7       Plaintiffs respectfully request that the Court enter an order on this stipulation.

8   **IT IS SO STIPULATED.**

9

10  Dated:  April 19, 2011        By:

11

12  Gregory S. Asciolla (pro hac vice)
    Hollis L. Salzman (pro hac vice)

13  William V. Reiss (pro hac vice)
    LABATON SUCHAROW LLP

14  140 Broadway
    New York, NY 10005

15  Telephone: (212) 907-0700
    Fax: (212) 818-0477

16  *Interim Class Counsel, Chair of the Executive*
    *Committee*

17  Dated:  April ___, 2011       By:

18

19  Dean Hansell (SBN 93831)
    Ella R. Serrano (SBN 228216)

20  DEWEY & LEBOEUF LLP
    333 South Grand Avenue, Suite 2600

21  Los Angeles, California  90071-1530
    Tel:  (213) 621-6000 Fax:  (213) 621-6100

22
    Roxann E. Henry
23  DEWEY & LEBOEUF LLP
    1101 New York Avenue, NW

24  Washington, DC 20005-4213
    Tel:  (202) 346 8110 Fax  (202) 956 3233

25
    *Attorneys for Defendants Virginia Harbor Services,*
26  *Inc., Fentek Marine Systems GmbH, and Trelleborg AB*

27

28  [1] *See* D.E. 237.

Dewey & LeBoeuf LLP
333 South Grand Avenue
Suite 2600
Los Angeles, CA, 90071-1530



1

2  Dated: April 21, 2011   By: _____

3  Phillip C. Zane

4  James C. Sandberg, II
   BAKER, DONELSON, BEARMAN, CALDWELL

5  BERKOWITZ, PC
   920 Massachusetts Avenue, NW, Suite 900

6  Washington, DC 20001
   Tel.: (202) 508-3490; Fax: (202) 220-2290

7  *Attorneys for Defendant Robert B. Taylor*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dewey & LeBoeuf LLP
333 South Grand Avenue
Suite 2600
Los Angeles, CA, 90071-1530

2