DEWEY & LEBOEUF LLP
Dean Hansell (SBN 93831)
Ella R. Serrano (SBN: 228216)
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530
Tel: (213) 621-6000 Fax: (213) 621-6100

No JS-6

DEWEY & LEBOEUF LLP
Roxann E. Henry (pro hac vice application pending)
1101 New York Avenue, NW
Washington, DC 20005-4213
Tel: (202) 346 8110 Fax (202) 956 3233

*Attorneys for Defendants Virginia Harbor Services, Inc., Fentek Marine Systems GmbH, Trelleborg AB*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | Master Consolidated Case File No. CV10-2319-GW (FFMx) |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **ORDER FOR DISMISSAL OF DEFENDANTS TRELLEBORG AB; VIRGINIA HARBOR SERVICES, INC.; FENTEK MARINE SYSTEMS GMBH; AND ROBERT B. TAYLOR AS TO THIRD CLAIM FOR RELIEF**<br><br>Assigned for all purposes to:<br>Judge: Hon. George H. Wu<br>Courtroom: 10 |

.

[PROPOSED] ORDER FOR DISMISSAL OF CERTAIN MARINE FENDERS DEFENDANTS AS TO THIRD CLAIM FOR RELIEF

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the parties' Stipulation for Dismissal filed on April 19, 2011, Defendants Trelleborg AB; Virginia Harbor Services, Inc.; Fentek Marine Systems GmbH; and Robert B. Taylor are hereby dismissed with prejudice from that cause of action embodied in the Third Claim for Relief asserted by OSG Lightering Solutions LLC and OSG Lightering LLC and in the above-referenced actions.[1]

Each party shall bear its own costs.

**IT IS SO ORDERED.**

Dated: April 26, 2011      BY: _____
                              Hon. George H. Wu
                              United States District Judge

---

[1] *See* D.E. 237.

Dewey & LeBoeuf LLP
333 South Grand Avenue
Suite 2600
Los Angeles, CA, 90071-1530