Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

Hollis L. Salzman (*pro hac vice*)
Gregory S. Asciolla (*pro hac vice*)
William V. Reiss (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477
gasciolla@labaton.com
hsalzman@labaton.com
wreiss@labaton.com

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | **Master Consolidated Case File No.** CV10-2319-GW (FFMx) |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **NOTICE OF CONSENT TO DISMISSAL OF ACTION**<br><br>Date: December 5, 2011<br>Time: 8:30 A.M.<br>Judge: The Honorable George Wu<br>Ctrm: 10 |

On March 30, 2010, a class action complaint captioned *Board of Trustees of the Galveston Wharves v. Trelleborg AB*, No. CV 10-23l9-GW (FFMx) (C.D. Cal.) (the "Galveston Complaint") [D.E. 1] was filed.  The Galveston Complaint alleged three related and overlapping conspiracies to fix, raise, maintain and/or stabilize prices, rig bids and allocate markets for foam-filled fenders and buoys, marine pilings, and marine fenders other than foam-filled fenders in the United States.

NOTICE OF CONSENT TO DISMISSAL OF ACTION

On May 5, 2010, a second class action complaint captioned *RDA Construction Corp. v. Trelleborg AB*, No. 2: 10-cv-03360-GHW (C.D. Cal.) (FFMx) ("RDA Complaint") was filed. The RDA Complaint alleged the same claims against the same defendants as those in the Galveston Complaint.

On July 23, 2010, a consolidated amended class action complaint was filed, which consolidated and amended the allegations in the Galveston and RDA Complaints under the caption in this action ("Consolidated Action"). This Consolidated Action alleges essentially the same claims relating to the same three conspiracies as those asserted in the Galveston and RDA Complaints.

On September 19, 2010, Defendants moved, among other things, to correct misjoinder of Plaintiffs [D.E. 164] in this Consolidated Action. The Court granted this part of the motion, and in Orders dated January 20, 2011 and January 31, 2011, directed Plaintiffs to manually file three separate complaints for the alleged foam-filled fenders and buoys, marine pilings, and other fenders conspiracies. [D.E. 234, D.E. 237].

On March 17, 2011, Plaintiffs re-filed class action complaints for foam-filled fenders and buoys and marine pilings in the actions captioned *Ace Marine Rigging & Supply, Inc. v. VHS, et al.*, No. SACV11-00436-GW (FFMx) (C.D. Cal.) ("Ace Marine Action") and *Board of Commissioners of the Port of New Orleans. v. VHS, et al.*, No. SACV11-00437-GW (FFMx) (C.D. Cal.) ("Port of New Orleans Action"), respectively.[1] Plaintiffs have settled with all but two groups of Defendants in the Ace Marine and Port of New Orleans Actions.[2]

On November 17, 2011, the Court held a Scheduling Conference and indicated that it would dismiss this Consolidated Action without prejudice if there

---

[1] Plaintiffs did not re-file a case involving fixed fenders,

[2] The remaining non-settling Defendants in the Ace Marine Action are SII, Inc., SHI, Inc. and Frank March ("collectively, Seaward Defendants") and Urethane Products Corporation. The remaining non-settling Defendants in the Port of New Orleans Action are the Seaward Defendants and Andrew Barmakian.

were no objections by either side. [D.E. 261]. In light of the ongoing proceedings in the Ace Marine and Port of New Orleans Actions, Plaintiffs consent to the dismissal of this Consolidated Action without prejudice, provided that such dismissal shall not prejudice any allegations asserted by Plaintiffs in the Ace Marine Action, the action captioned *Ace Marine Rigging & Supply, Inc. v. Trelleborg AB*, No. 10-01553 (FFMx) (C.D. Cal.), and the Port of New Orleans Action, including but not limited to all of Plaintiffs' applicable claims and arguments with respect to statute of limitations.

Dated:        December 2, 2011

By:   s/ *Michael Goldberg*

Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
**GLANCY BINKOW & GOLDBERG LLP**
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

Hollis L. Salzman (*pro hac vice*)
Gregory S. Asciolla (*pro hac vice*)
William V. Reiss (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
hsalzman@labaton.com
gasciolla@labaton.com
wreiss@labaton.com

*Interim Class Counsel,*
*Chair of the Executive Committee*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On December 2, 2011, I caused to be served the following documents:

**NOTICE OF CONSENT TO DISMISSAL OF ACTION**

**[PROPOSED] ORDER DISMISSING CONSOLIDATED ACTION**

By posting the documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by Electronic Mail & US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 2, 2011, at Los Angeles, California.

                    *s/ Michael Goldberg*
                    Michael Goldberg

# Mailing Information for a Case 2:10-cv-02319-GW -FFM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@murrayfrank.com

- **Paul M Alfieri**
  paul.alfieri@linklaters.com

- **Joseph P Armao**
  joseph.armao@linklaters.com

- **Gregory S Asciolla**
  gasciolla@labaton.com

- **Eric J Belfi**
  ebelfi@labaton.com

- **Robert H Bell**
  robert.bell@linklaters.com

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **Simon R Brown**
  sbrown@preti.com

- **William G Caldes**
  Bcaldes@srkw-law.com

- **M Stephen Dampier**
  stevedampier@dampierlaw.com

- **Alejandra De Urioste**
  alejandra.deUrioste@cliffordchance.com

- **Anthony A DeCorso**
  adecorso@orrick.com

- **Jennifer Sabrina Elkayam**
  jelkayam@blechercollins.com,mblecher@blechercollins.com

- **Adam R Fox**
  afox@ssd.com,clopez@ssd.com,agoodwin@ssd.com,hyang@ssd.com

- **Joni Forster Galvin**
  joni.forster_galvin@linklaters.com

- **Kevin Elliot Gaut**
  keg@msk.com,jda@msk.com

- **Brian H Getz**
  bhgetz@pacbell.net

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,asohrn@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,lglancy@glancylaw.com

- **Eric A Gressler**
  egressler@orrick.com

- **Dean Hansell**
  dhansell@dl.com,linda.chow-fortune@dl.com,eserrano@dl.com,msanchez@dl.com,courtalert@dl.com

- **Roxann E Henry**
  rhenry@dl.com,courtalert@dl.com

- **Sally Ann Hostetler**
  sally.hostetler@ofplaw.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Heather Lamberg Kafele**
  heather.kafele@shearman.com

- **Richard B Kendall**
  rkendall@kbkfirm.com,docket@kbkfirm.com,ghunter@kbkfirm.com

- **Inchan Andrew Kwon**
  inchan.kwon@haynesboone.com

- **J Burton LeBlanc , IV**
  bleblanc@baronbudd.com

- **Kellie Lerner**
  klerner@labaton.com

- **Ashlee R Lynn**
  alynn@kbkfirm.com,docket@kbkfirm.com

- **Nathan Meyer**
  nmeyer@raklaw.com,ksanderlin@raklaw.com

- **James Drew Miller**
  jim.miller@cliffordchance.com

- **William L Monts , III**
  william.monts@hoganlovells.com

- **Nick S Movaghar**
  nmovaghar@linerlaw.com,clouipineda@linerlaw.com

- **Brian Phillip Murray**
  bmurray@murrayfrank.com

- **Barry Michael Okun**
  bokun@labaton.com

- **Keith Richard Palfin**
  keith.palfin@shearman.com

- **Kenneth G Parker**
  kenneth.parker@haynesboone.com,jayne.riedel@haynesboone.com

- **Bernard Persky**
  bpersky@labaton.com,electroniccasefiling@labaton.com

- **Danielle M Randazzo**
  danielle.randazzo@linklaters.com

- **Petra M Reinecke**
  petra@schwartz-cera.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Larry C Russ**
  lruss@raklaw.com,lcdiaz@raklaw.com

- **Hollis L Salzman**
  hsalzman@labaton.com

- **James C Sandberg , II**
  jcsandberg@bakerdonelson.com,pzane@bakerdonelson.com

- **Mazin A Sbaiti**
  msbaiti@baronbudd.com

- **Douglas R Schwartz**
  doug@schwartz-cera.com,jcorbelli@schwartz-cera.com,dmcgee@schwartz-cera.com

- **Andy Sohrn**
  asohrn@glancylaw.com

- **Eugene A Spector**
  espector@srkw-law.com

- **Jeffrey L Spector**
  jspector@srkw-law.com

- **Todd A Spiegelman**

todd.spiegelman@cliffordchance.com

- **Bruce W Steckler**
  bsteckler@baronbudd.com,lweaver@baronbudd.com

- **Randall J Sunshine**
  rsunshine@linerlaw.com,gtanzini@linerlaw.com

- **James P Tallon**
  jtallon@shearman.com

- **Bill J Thompson**
  thompsonlaw@prodigy.net

- **James R Wade**
  jim.wade@haynesboone.com

- **James B Weidner**
  james.weidner@cliffordchance.com

- **Randall B Weill**
  rweill@preti.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Melissa K Hutts
Baron & Budd PC
3102 Oak Lawn Avenue  Suite 1100
Dallas, TX 75219
```