Lionel Z. Glancy (Bar No. #134180)
Michael Goldberg (Bar No. #188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

Hollis L. Salzman (*pro hac vice*)
Gregory S. Asciolla (*pro hac vice*)
William V. Reiss (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477
gasciolla@labaton.com
hsalzman@labaton.com
wreiss@labaton.com

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE MARINE PRODUCTS ANTITRUST LITIGATION | **Master Consolidated Case File No.** CV10-2319-GW (FFMx) |
|---|---|
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **[PROPOSED] ORDER DISMISSING CONSOLIDATED ACTION**<br><br>Assigned for all purposes to:<br>Judge:       Hon. George H. Wu<br>Courtroom:  10 |

[PROPOSED] ORDER DISMISSING ACTION

Having considered Plaintiffs' Notice of Consent to Dismissal of Action; the Court's Orders dated January 20, 2011 and January 31, 2011, directing Plaintiffs to manually file three separate complaints for the alleged foam-filled fenders and buoys, marine pilings, and other fenders conspiracies [D.E. 234, D.E. 237], Plaintiffs' re-filing of their class action complaints for foam-filled fenders and buoys and marine pilings in the actions captioned *Ace Marine Rigging & Supply, Inc. v. Trelleborg AB*, No. 10-01553 (FFMx) (C.D. Cal.); *Ace Marine Rigging & Supply, Inc. v. VHS, et al.*, No. SACV11-00436-GW (FFMx) (C.D. Cal.) (together, "Ace Marine Actions") and *Board of Commissioners of the Port of New Orleans. v. VHS, et al.*, No. SACV11-00437-GW (FFMx) (C.D. Cal.) ("Port of New Orleans Action") and finding good cause, the Court orders as follows:

IT IS HEREBY ORDERED that this consolidated action is dismissed without prejudice and such dismissal shall not prejudice any allegations asserted by Plaintiffs in the Ace Marine Actions and Port of New Orleans Action, including but not limited to all of Plaintiffs' applicable claims and arguments with respect to statute of limitations.

**IT IS SO ORDERED.**

Dated: _____     BY: _____
                                   Hon. George H. Wu
                                   United States District Judge