Name & Address:
Peter A. Binkow (SBN 173848)
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re Marine Products Antitrust Litigation | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:10-cv-02319-GW-FFM |
| v. | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**

I, Peter A. Binkow , 173848 , pbinkow@glancylaw.com
   *Name*           *CA Bar ID Number*    *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Board of Commissioners of the Port of New Orleans, OSG Lightering Solutions LLC, OSG Lightering LLC, Ace Maraine Rigging & Supply, Inc.

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☑ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☑ **TO UPDATE NAME OR FIRM INFORMATION:**
   ☑ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
   PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
   Attorney Name changed to _____
   New Firm/Government Agency Name _____
   New Address 1925 Century Park East, Suite 2100, Los Angeles, CA 90067
   New Telephone Number _____ New Facsimile Number _____
   New E-mail address _____

☐ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX
   ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
   ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☐    TO BE REMOVED FROM THE CASE: **
    ☐    I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.
CHECK ONE BOX
    ☐    The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☐    There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐    I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,*Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: December 5, 2011         _____
                               *Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On December 5, 2011, I caused to be served the following document:

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 5, 2011, at Los Angeles, California.

*s/ Peter A. Binkow*
Peter A. Binkow

# Mailing Information for a Case 2:10-cv-02319-GW -FFM

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@murrayfrank.com

- **Paul M Alfieri**
  paul.alfieri@linklaters.com

- **Joseph P Armao**
  joseph.armao@linklaters.com

- **Gregory S Asciolla**
  gasciolla@labaton.com

- **Eric J Belfi**
  ebelfi@labaton.com

- **Robert H Bell**
  robert.bell@linklaters.com

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **Simon R Brown**
  sbrown@preti.com

- **William G Caldes**
  Bcaldes@srkw-law.com

- **M Stephen Dampier**
  stevedampier@dampierlaw.com

- **Alejandra De Urioste**
  alejandra.deUrioste@cliffordchance.com

- **Anthony A DeCorso**
  adecorso@orrick.com

- **Jennifer Sabrina Elkayam**
  jelkayam@blechercollins.com,mblecher@blechercollins.com

- **Adam R Fox**
  afox@ssd.com,clopez@ssd.com,agoodwin@ssd.com,hyang@ssd.com

- **Joni Forster Galvin**
  joni.forster_galvin@linklaters.com

- **Kevin Elliot Gaut**
  keg@msk.com,jda@msk.com

- **Brian H Getz**
  bhgetz@pacbell.net

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,asohrn@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,lglancy@glancylaw.com

- **Eric A Gressler**
  egressler@orrick.com

- **Dean Hansell**
  dhansell@dl.com,linda.chow-fortune@dl.com,eserrano@dl.com,msanchez@dl.com,courtalert@dl.com

- **Roxann E Henry**
  rhenry@dl.com,courtalert@dl.com

- **Sally Ann Hostetler**
  sally.hostetler@ofplaw.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Heather Lamberg Kafele**
  heather.kafele@shearman.com

- **Richard B Kendall**
  rkendall@kbkfirm.com,docket@kbkfirm.com,ghunter@kbkfirm.com

- **Inchan Andrew Kwon**
  inchan.kwon@haynesboone.com

- **J Burton LeBlanc , IV**
  bleblanc@baronbudd.com

- **Kellie Lerner**
  klerner@labaton.com

- **Ashlee R Lynn**
  alynn@kbkfirm.com,docket@kbkfirm.com

- **Nathan Meyer**
  nmeyer@raklaw.com,ksanderlin@raklaw.com

- **James Drew Miller**
  jim.miller@cliffordchance.com

- **William L Monts , III**
  william.monts@hoganlovells.com

- **Nick S Movaghar**
  nmovaghar@linerlaw.com,clouipineda@linerlaw.com

- **Brian Phillip Murray**
  bmurray@murrayfrank.com

- **Barry Michael Okun**
  bokun@labaton.com

- **Keith Richard Palfin**
  keith.palfin@shearman.com

- **Kenneth G Parker**
  kenneth.parker@haynesboone.com,jayne.riedel@haynesboone.com

- **Bernard Persky**
  bpersky@labaton.com,electroniccasefiling@labaton.com

- **Danielle M Randazzo**
  danielle.randazzo@linklaters.com

- **Petra M Reinecke**
  petra@schwartz-cera.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Larry C Russ**
  lruss@raklaw.com,lcdiaz@raklaw.com

- **Hollis L Salzman**
  hsalzman@labaton.com

- **James C Sandberg , II**
  jcsandberg@bakerdonelson.com,pzane@bakerdonelson.com

- **Mazin A Sbaiti**
  msbaiti@baronbudd.com

- **Douglas R Schwartz**
  doug@schwartz-cera.com,jcorbelli@schwartz-cera.com,dmcgee@schwartz-cera.com

- **Andy Sohrn**
  asohrn@glancylaw.com

- **Eugene A Spector**
  espector@srkw-law.com

- **Jeffrey L Spector**
  jspector@srkw-law.com

- **Todd A Spiegelman**

todd.spiegelman@cliffordchance.com

- **Bruce W Steckler**
  bsteckler@baronbudd.com,lweaver@baronbudd.com

- **Randall J Sunshine**
  rsunshine@linerlaw.com,gtanzini@linerlaw.com

- **James P Tallon**
  jtallon@shearman.com

- **Bill J Thompson**
  thompsonlaw@prodigy.net

- **James R Wade**
  jim.wade@haynesboone.com

- **James B Weidner**
  james.weidner@cliffordchance.com

- **Randall B Weill**
  rweill@preti.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Melissa K Hutts
Baron & Budd PC
3102 Oak Lawn Avenue  Suite 1100
Dallas, TX 75219
```